AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | | |
|---|---|---|
| State of Illinois et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00206-WES-PAS |
| Federal Emergency Management Agency et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Illinois.

Date: 05/14/2025

*Attorney's signature*

Robert Henry Weaver, IL Bar No. 6330611
*Printed name and bar number*

Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
*Address*

robert.weaver@ilag.gov
*E-mail address*

(773) 590-6838
*Telephone number*

(312) 814-4452
*FAX number*