UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF ILLINOIS, et al.,<br><br>                *Plaintiffs*,<br><br>  v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY, et al.,<br><br>                *Defendants.* | No. 1:25-cv-206-WES-PAS |

**INDEX OF EXHIBITS
TO PLAINTIFF STATES' MOTION FOR A PRELIMINARY INJUNCTION**

**I. PUBLICATIONS**

| No. | Document Title |
|---|---|
| 1 | Fed. Emergency Mgmt. Agency, *DHS Announces Funding Allocations for Fiscal Year 2024 Preparedness Grants* (Aug. 23, 2024) |
| 2 | Office of Inspector Gen., U.S. Dep't of Homeland Sec., *FEMA Followed Applicable Laws and Reporting Requirements for Transferring Disaster Relief Funds* (Jan. 23, 2025) |
| 3 | Memorandum from Kristi Noem, Sec'y, to All Agencies and Offices (Feb. 19, 2025) |
| 4 | Memorandum from Cameron Hamilton, Senior Official Performing the Duties of the Adm'r, Fed. Emergency Mgmt. Agency, to Kristi Noem, Sec'y of the Dep't of Homeland Sec. (Mar. 20, 2025) |
| 5 | DHS Standard Terms & Conditions: FY 2025 *Version 2* (Mar. 27, 2025) |
| 6 | DHS Standard Terms & Conditions: FY 2025 *Version 3* (Apr. 18, 2025) |
| 7 | U.S. Dep't of Homeland Sec., *DHS Standard Terms and Conditions* (captured May 17, 2025) |
| 8 | U.S. Dep't of Homeland Sec., *Fusion Centers* (captured May 14, 2025) |
| 9 | U.S. Dep't of Just., *General Policy Regarding Charging, Plea Negotiations, and Sentencing* (Feb. 5, 2025) |

## II. DECLARATIONS

| No. | Declarant Name | Declarant Title |
|---|---|---|
| 10 | Gina Buccieri-Harrington | Special Advisor, Grants Management Directorate, California Governor's Office of Emergency Services |
| 11 | Ramona Fernandez | Deputy Director over the Division of Boating and Waterways, California Department of Parks and Recreation |
| 12 | Eli Owen | Assistant Director for Recovery Operations, California Governor's Office of Emergency Services |
| 13 | Jeffrey F. Rosen | District Attorney of the County of Santa Clara, California |
| 14 | Tom K. Wong | Associate Professor, University of California, San Diego |
| 15 | Caroline Buhse | Grants and Finance Manager, Office of Emergency Management, City and County of Denver |
| 16 | Michael Haney | Director, Office of Grants Management, Division of Homeland Security and Emergency Management, Colorado Department of Public Safety |
| 17 | Jennah Kitchell | Chief Administrative Officer, Division of Fire Prevention and Control, Colorado Department of Public Safety |
| 18 | Ronnell A. Higgins | Commissioner, Connecticut Department of Emergency Services and Public Protection |
| 19 | Abel J. Schall, Jr. | Director, Delware Emergency Management Agency |
| 20 | Lauren Mark | Grants Program Manager, Hawaiʻi Emergency Management Agency |
| 21 | Frank Pace | Administrator, Office of Homeland Security, Hawaiʻi Department of Law Enforcement |
| 22 | Adnan G. Khayyat | Chief Nuclear Officer, Illinois Emergency Management Agency and Office of Homeland Security |
| 23 | Ellen King | Chief Fiscal Officer, Illinois Department of Natural Resources |
| 24 | Tomas Maulawin | Director of Grants Management, Office of Public Safety Administration, City of Chicago |
| 25 | Russell J. Strickland | Secretary, Maryland Department of Emergency Management |
| 26 | Dawn Brantley | Director, Massachusetts Emergency Management Agency |
| 27 | Kevin Stanton | Executive Director, Office of Grants and Research , Massachusetts Executive Office of Public Safety and Security |

| No. | Declarant Name | Declarant Title |
|-----|----------------|-----------------|
| 28 | M. Scott Bowen | Director, Michigan Department of Natural Resources |
| 29 | Capt. Kevin Sweeney | Commander, Emergency Management and Homeland Security Division, Michigan State Police |
| 30 | Capt. Adam Block | Boating Law Administrator, Enforcement Division, Minnesota Department of Natural Resources |
| 31 | T. John Cunningham | Assistant Commissioner of Emergency Services, Minnesota Department of Public Safety |
| 32 | Laurie R. Doran | Director, New Jersey Office of Homeland Security and Preparedness |
| 33 | Michael A. Gaimari, Sr. | Chief of Police, City of Bridgeton |
| 34 | Adrienne Kreipke | Chief Financial and Operations Officer, New Jersey Department of Environmental Protection |
| 35 | Kelly Ottobre | Director of Grant Operations, Division of Administration, New Jersey Department of Law and Public Safety |
| 36 | Tariq Shabazz | Acting Director, Office of Management and Budget, New Jersey Department of the Treasury |
| 37 | Jackie Bray | Commissioner, New York State Division of Homeland Security and Emergency Services |
| 38 | Melissa A. Clayton | Director, Bureau of State Accounting Operations, New York State Office of the State Comptroller |
| 39 | Elizabeth Seward | Director of Financial Administration, New York State Office of Parks, Recreation, and Historic Preservation |
| 40 | Erin McMahon | Director, Oregon Department of Emergency Management |
| 41 | Larry Warren | Director, Oregon State Marine Board |
| 42 | Dean Hoxsie | Chief for the Division of Law Enforcement, Rhode Island Department of Environmental Management |
| 43 | Maj. Ronald Longolucco | Administrative Bureau Commander, State Police, Rhode Island Department of Public Safety |
| 44 | Marc R. Pappas | Director, Rhode Island Emergency Management Agency |
| 45 | Oscar L. Perez | Chief of Police, City of Providence |
| 46 | Katherine "K.D." Chapman-See | Director, Washington State Office of Financial Management |
| 47 | Robert Ezelle | Director, Emergency Management Division, Washington State Military Department |

| No. | Declarant Name | Declarant Title |
|-----|----------------|-----------------|
| 48 | Kelly Susewind | Director, Washington State Department of Fish and Wildlife |
| 49 | Greg Engle | Administrator, Emergency Management Division , Wisconsin Department of Military Affairs |
| 50 | Angela Thomas | State Controller, Wisconsin Department of Administration |