UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF ILLINOIS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> FEDERAL EMERGENCY MANAGEMENT AGENCY, et al., <br><br> *Defendants.* | No. 1:25-cv-206-WES-PAS |

# EXHIBIT 1

Fed. Emergency Mgmt. Agency, *DHS Announces Funding Allocations for Fiscal Year 2024 Preparedness Grants* (Aug. 23, 2024)

# DHS Announces Funding Allocations for Fiscal Year 2024 Preparedness Grants

**Release Date: August 23, 2024**

WASHINGTON -- Today, the Department of Homeland Security announced final allocations of nearly $724 million in six Fiscal Year 2024 competitive preparedness grant programs. This includes $454.5 million in funding for the Nonprofit Security Grant Program, an increase of $149.5 million from Fiscal Year 2023, which will provide critical funding for faith-based groups and others to prevent and protect themselves from the heightened threat environment we face today.

These allocations, together with the more than $1.25 billion in non-competitive grant funding announced earlier this year, total almost $1.98 billion in Fiscal Year 2024 to help prepare our nation against threats and natural disasters.

The grant programs provide funding to state, local, tribal and territorial governments, nonprofit agencies and the private sector to build and sustain capabilities to prevent, protect against, respond to and recover from acts of terrorism and other disasters. The total amount for each grant program is set by Congress and the allocations are made by the department through a competitive process.

"The Department of Homeland Security is proud to work together with our federal, state, local, tribal, territorial and other partners to increase our nation's resilience in a constantly evolving threat environment," said Secretary of Homeland Security Alejandro N. Mayorkas. "The funds announced today will provide communities across the country with vital resources necessary to strengthen their security and guard against terrorism and other threats. The impact of these grants will be measured in lives saved and tragedies averted."

**Preparedness Grant Program Allocations for Fiscal Year 2024**

The following grants are competitive, with allocations announced today:



Page 1 of 3

Page printed at fema.gov/press-release/20240823/dhs-announces-funding-allocations-fiscal-year-2024-preparedness-grants

05/17/2025

**Operation Stonegarden:** Provides **$81 million** to enhance cooperation and coordination among state, local, tribal, territorial and federal law enforcement agencies to jointly enhance security along the United States land and water borders.

**Tribal Homeland Security Grant Program:** Provides **$13.5 million** to eligible Tribal Nations to implement preparedness initiatives to help strengthen the nation against risk associated with potential terrorist attacks and other hazards.

**Nonprofit Security Grant Program:** Provides **$454.5 million** to support target hardening and other physical security enhancements for nonprofit organizations that are at high risk of a terrorist attack. This year, $227.25 million is provided to nonprofits in Urban Area Security Initiative-designated areas and $227.25 million is provided to nonprofits outside those designated urban areas located in any state or territory.

**Port Security Grant Program:** Provides **$90 million** to help protect critical port infrastructure from terrorism, enhance maritime domain awareness, improve port-wide maritime security risk management and maintain or re-establish maritime security mitigation protocols that support port recovery and resiliency capabilities.

**Transit Security Grant Program:** Provides **$83.7 million** to owners and operators of public transit systems to protect critical surface transportation and the traveling public from acts of terrorism and to increase the resilience of transit infrastructure.

**Intercity Bus Security Grant Program:** Provides **$1.8 million** to owners and operators of intercity bus systems to protect surface transportation infrastructure and the traveling public from acts of terrorism and to increase the resilience of transit infrastructure. Eligible applicants receiving approval for funding requested only $1,214,968 of the $1.8 million made available this fiscal year.

The following non-competitive grants were announced earlier this year to recipients based on a number of factors:

**State Homeland Security Program:** Provides **$373.5 million** to support the implementation of risk-driven, capabilities-based state homeland security strategies to address capability targets. Awards are based on statutory minimums



Page 2 of 3

Page printed at fema.gov/press-release/20240823/dhs-announces-funding-allocations-fiscal-year-2024-preparedness-grants    05/17/2025

and relative risk as determined by DHS/FEMA's risk methodology.

**Urban Area Security Initiative:** Provides **$553.5 million** to enhance regional preparedness and capabilities in 31 high-threat, high-density areas. Awards are based on relative risk as determined by the department's risk methodology.

**Emergency Management Performance Grant:** Provides **$319.55 million** to assist state, local, tribal and territorial emergency management agencies in obtaining the resources required to support the National Preparedness Goal's associated mission areas and core capabilities to build a culture of preparedness.

**Intercity Passenger Rail:** Provides **$9 million** to Amtrak to protect critical surface transportation infrastructure and the traveling public from acts of terrorism and increase the resilience of the Amtrak rail system. Award made per congressional direction.

Further information on preparedness grant programs is available at www.dhs.gov and www.fema.gov/grants.



Page 3 of 3

Page printed at fema.gov/press-release/20240823/dhs-announces-funding-allocations-fiscal-year-2024-preparedness-grants    05/17/2025