**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF ILLINOIS, et al., *Plaintiffs*, v. FEDERAL EMERGENCY MANAGEMENT AGENCY, et al., *Defendants.* | No. 1:25-cv-206-WES-PAS |

# EXHIBIT 7

U.S. Dep't of Homeland Sec., *DHS Standard Terms and Conditions* (captured May 17, 2025)



U.S. Department of Homeland Security

# DHS Standard Terms and Conditions

The applicable DHS Standard Terms and Conditions for grants, cooperative agreements, fixed amount awards, and other types of federal financial assistance are based on the fiscal year in which the financial assistance award was funded.

If FY 2025 funds were awarded on or after April 18, 2025 - please refer to Version 3, Dated 04-18-2025.

If FY 2025 funds were awarded between March 27, 2025, and April 18, 2025 - please refer to Version 2, Dated 03-27-2025.

If FY 2022 funds were awarded on or after May 16, 2022 – please refer to Version 3, Dated 05-16-2022.

If FY 2017 funds were awarded on or after March 20, 2017 – please refer to Version 7.1, Dated 03-20-2017.

| Attachment | Ext. | Size | Date |
|---|---|---|---|
| FY 2025 DHS Terms and Conditions Version 3 Dated April 18, 2025 (https://www.dhs.gov/sites/default/files/2025-04/2025_0418_fy2025_dhs_terms_and_conditions_version_3.pdf) | PDF | 230.48 KB | 04/18/2025 |
| FY 2025 DHS Terms and Conditions Version 2 Dated March 27, 2025 (https://www.dhs.gov/sites/default/files/2025-03/2025_0327_fy2025_dhs_terms_and_conditions_version_2_0.pdf) | PDF | 240.83 KB | 03/27/2025 |
| FY 2025 DHS Terms and Conditions Dated October 22, 2024 (https://www.dhs.gov/sites/default/files/2024-11/2024_1021_fy_2025_dhs_terms_and_conditions_dated_october_22_2024.pdf) | PDF | 144.1 KB | 10/21/2024 |
| FY 2024 DHS Terms and Conditions Version 3 Dated April 4 2024 (https://www.dhs.gov/sites/default/files/2025-03/2024_0507_cfo_dhs_standard_terms_and_conditions_version_3_dated_april_4_2024.pdf) | PDF | 210.5 KB | 05/07/2024 |
| FY 2023 DHS Terms and Conditions Version 2 Dated November 29 2022 (https://www.dhs.gov/sites/default/files/2023-01/FY%202023%20DHS%20Terms%20and%20Conditions%20Version%202%20Dated%20November%2029%202022.pdf) | PDF | 293.13 KB | 11/29/2022 |
| Fiscal Year 2022 DHS Standard Terms and Conditions Version 3 Dated May 16 2022 (https://www.dhs.gov/sites/default/files/2022-06/Fiscal%20Year%202022%20DHS%20Terms%20and%20Conditions%20-%20Version%203%20Dated%2005-16-2022.pdf) | PDF | 124.39 KB | 05/16/2022 |
| Fiscal Year 2022 DHS Terms and Conditions Version 2 (https://www.dhs.gov/sites/default/files/2022-01/fy_2022_dhs_terms_and_conditions_version_2_dated_jan_24_2022_508.pdf) | PDF | 166.84 KB | 01/24/2022 |
| Fiscal Year 2021 DHS Standard Terms and Conditions Version 11.4 Dated February 17, 2021 (https://www.dhs.gov/sites/default/files/publications/fy_2021_dhs_standard_terms_and_conditions_version.pdf) | PDF | 279.65 KB | 09/14/2021 |

| Attachment | Ext. | Size | Date |
|---|---|---|---|
| Fiscal Year 2020 DHS Standard Terms and Conditions Version 10.1 Dated December 31, 2019 (https://www.dhs.gov/sites/default/files/publications/fy20_dhs_standard_terms_and_conditions_v10.1_dated_12-31-2019.pdf) | PDF | 253.45 KB | 04/01/2020 |
| Fiscal Year 2019 DHS Standard Terms and Conditions Version 9.3 Dated September 19, 2019 (https://www.dhs.gov/sites/default/files/publications/fy19_dhs_standard_terms_and_conditions_v9.3_9.19.19.pdf) | PDF | 304.51 KB | 09/19/2019 |
| Fiscal Year 2018 DHS Standard Terms and Conditions Version 8.1 Dated April 9, 2018 (https://www.dhs.gov/sites/default/files/publications/Fiscal%20Year%2018%20DHS%20Standard%20Terms%20and%20Conditions%20Version%208.1%20-%20Dated%2004-09-2018.pdf) | PDF | 124.52 KB | 04/09/2018 |
| Fiscal Year 2017 DHS Standard Terms and Conditions Version 7.1 Dated March 20, 2017 (https://www.dhs.gov/sites/default/files/publications/Fiscal%20Year%202017%20DHS%20Standard%20Terms%20and%20Conditions%20Version%207-1%20Dated%2003-20-17.pdf) | PDF | 121.62 KB | 03/20/2017 |
| Fiscal Year 2017 DHS Standard Terms and Conditions Version 7.0 Dated March 3, 2017 (https://www.dhs.gov/sites/default/files/publications/Fiscal%20Year%202017%20DHS%20Standard%20Terms%20and%20Conditions%20Version%207-0%20Dated%2003-03-17.pdf) | PDF | 132.52 KB | 03/03/2017 |
| Fiscal Year 2016 DHS Standard Terms and Conditions Version 6.0 Dated January 29, 2016 (https://www.dhs.gov/sites/default/files/publications/Fiscal%20Year%202016%20DHS%20Standard%20Terms%20and%20Conditions%20Version%206-0%20Dated%2001-29-2016_0.pdf) | PDF | 120.06 KB | 01/29/2016 |

## Collections

ACQUISITIONS (/COLLECTIONS/ACQUISITIONS)

## Keywords

FUNDING (/KEYWORDS/FUNDING)

## Topics

HOMELAND SECURITY ENTERPRISE (/TOPICS/HOMELAND-SECURITY-ENTERPRISE)