**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF ILLINOIS, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY, et al.,<br><br>*Defendants*. | No. 1:25-cv-206-WES-PAS |

# EXHIBIT 43

## Declaration of Maj. Ronald Longolucco

## DECLARATION OF MAJOR RONALD LONGOLUCCO

I, Major Ronald Longolucco, pursuant to 28 U.S.C. § 1746, hereby declare:

1.      I am over the age of eighteen and understand the obligations of an oath.

2.      I am the Administrative Bureau Commander at the Rhode Island State Police. I have served with the Rhode Island State Police since 1997 and have held this current role since 2023. I make this declaration based on personal knowledge and on my review of information and records gathered by agency staff.

3.      The Rhode Island State Police is a state-wide law enforcement agency whose mission is to fulfill the law enforcement needs of the people with the highest degree of fairness, professionalism and integrity, and protect the inherent rights of the people to live in freedom and safety.

4.      The Rhode Island State Police is a part of the Rhode Island Department of Public Safety, State Police ("RIDPS"), which is a Rhode Island executive-branch state agency. RIDPS oversees all the State of Rhode Island's public safety agencies to ensure efficient delivery of the services those agencies provide.

5.      RIDPS receives grant funding from the Rhode Island Emergency Management Agency ("RIEMA") that has been awarded by the Federal Emergency Management Agency ("FEMA").

6.      FEMA administers many grant programs where States are the primary grant recipients. In total, accounting for all program funds, FEMA has obligated the following amounts for which RIDPS is the ultimate beneficiary in recent federal fiscal years:

      a.      Federal Fiscal Year ("FFY") 2023: $1,331,767; and

      b.      FFY 2024: $956,767.

1

7.      RIDPS intends to seek grant funds from FEMA as a recipient and a subrecipient through RIEMA again in FFY 2025.

8.      If these funds were withheld, RIDPS would have to shut down, or at a minimum curtail, mission-critical capabilities that keep Rhode Island residents and Americans in general safe from terrorist attacks, child abusers, and other threats, as discussed in more detail below.

## I.      **Preparedness Grants**

### *Homeland Security Grant Program*

9.      I am familiar with the Homeland Security Grant Program ("HSGP"). This money supports Rhode Island security strategies to address needs in planning, organizing, equipment, training, and exercise in order to prevent, protect against, mitigate, respond to, and recover from, acts of terrorism and other catastrophic events.

10.      HSGP funds are utilized by RIDPS to support the Rhode Island State Fusion Center and the Rhode Island Weapons of Mass Destruction Tactical Team, as further discussed below.

11.      The Rhode Island State Fusion Center ("Fusion Center") is the point for the receipt, analysis, gathering, and sharing of threat-related information between federal; state, local, tribal, territorial, and private sector partners. The Fusion Center is uniquely situated to empower frontline law enforcement, public safety, fire service, emergency response, public health, and private sector security personnel to understand local implications of national intelligence, thus enabling local officials to better protect their communities. It provides multidisciplinary expertise and situational awareness to inform decision making at all levels of government. The Fusion Center conducts analysis and facilitates information sharing while assisting law enforcement and homeland security partners in preventing, protecting against, and responding to crime and terrorism.

12. The Fusion Center provides real-time intelligence and information to law enforcement agencies regarding threats and conditions on the ground. This is a critical tool for large public events that are especially susceptible to terrorist or criminal attacks.

13. RIDPS has two open grant awards from FFYs 2023 to 2024 for funding the Fusion Center:

   a. FFY 2023: Original award of $440,820; and

   b. FFY 2024: Original award of $440,820.

14. RIDPS intends to seek funds again for the Fusion Center as a sub-recipient in FFY 2025.

15. The Rhode Island State Fusion Center is entirely funded by federal funds from FEMA.

16. The Rhode Island Weapons of Mass Destruction Tactical Team ("WMDTT") is used to contain, control, and de-escalate hostile situations where the use of weapons of mass destruction has been, or has threatened to be, introduced.

17. RIDPS has two open grant awards from FFYs 2023 to 2024 for funding the WMDTT:

   a. FFY 2023: Original award of $70,000; and

   b. FFY 2024: Original award of $70,000.

18. RIDPS intends to seek funds again for the WMDTT as a sub-recipient in FFY 2025.

19. The funding provided by FEMA supports staff salaries, equipment, and training for the WMDTT.

*State and Local Cybersecurity Grant Program*

20. I am familiar with the State and Local Cybersecurity Grant Program ("SLCGP"). These funds are used by RIDPS to address cyber-related crimes in Rhode Island, by supporting

3

the Rhode Island State Police Computer Crimes Unit. The mission of the Rhode Island State Police Computer Crimes Unit is to conduct and provide expert assistance to the State Police, and other requesting statewide law enforcement (to include federal) agencies, with investigations pertaining to the criminal use of computers and related technologies. These crimes include (but are not limited to) network intrusion, telecommunications fraud, child exploitation, cyber stalking/harassment, the possession and distribution of child pornography over the Internet, computer tampering/criminal hacking, and all other incidents in which computers or devices containing digital evidence were used to accomplish or facilitate the commission of a crime.

21.    RIDPS is a sub-recipient of SLCGP awards from FEMA granted to RIEMA.

22.    RIDPS has two open SLCGP awards from FFYs 2023 to 2024:

   a.    FFY 2023: Original award of $445,947; and

   b.    FFY 2024: Original award of $445,947.

23.    RIDPS intends to seek SLCGP funds again as a sub-recipient in FFY 2025.

24.    The SLCGP funds support salaries, equipment, and other costs.

*Port Security Grant Program*

25.    I am familiar with the Port Security Grant Program ("PSGP"). This money goes towards fortifying and protecting our nation's ports.

26.    RIDPS is a direct recipient of a PSGP award from FEMA for FFY 2023.

27.    RIDPS' open PSGP award from FFY 2023 was for $375,000.

28.    The FFY 2023 PSGP award is for the purchase of a marine boat. This boat will be used by the Rhode Island State Police to patrol and ensure the safety of Rhode Island's ports.

II.    **Harms To The State Caused By DHS's Funding Conditions**

29.    On March 27, 2025, DHS posted a new version of its Standard Terms and Conditions applicable to new federal awards ratified in FFY 2025. Because FEMA is a component

4

of DHS, these new Standard Terms would apply to any grant agreement executed under the programs described above.

30.    The 2025 Standard Terms and Conditions include a new Section IX titled "Communication and Cooperation with the Department of Homeland Security and Immigration Officials." The new Section IX seeks certain commitments not only from all "recipients," but also from "other recipients of funds under this award," which would include RIDPS.

31.    Among other things, the new section IX purports to require grantees and sub-grantees to "honor requests for cooperation, such as participation in joint operations, sharing of information, or requests for short term detention of an alien pursuant to a valid detainer" and not to "leak or otherwise publicize the existence of an immigration enforcement operation."

32.    While RIDPS provides lawful cooperation and information sharing with federal agencies, including with the Department of Homeland Security and immigration officials, its cooperation is bounded by existing state and federal laws, including by the Federal District Court for the District of Rhode Island's decision in *Morales v. Chadbourne*.

33.    Some aspects of the compliance required by DHS through the new funding conditions is in direct conflict with Rhode Island law and the United States Constitution pursuant to *Morales v. Chadbourne*. Additionally, at this time RIDPS has not agreed to engage in voluntary joint operations with ICE for the purposes of civil immigration enforcement.  Investigating and enforcing violations of federal civil immigration law is not the primary responsibility of RIDPS.

34.    In the event RIDPS is unable to fully comply with the federal government's new funding conditions, Rhode Island would be unable to receive FY2025 DHS funds, depriving the State of over $900,000 in funds (from the Homeland Security Grant Program and State and Local

5

Cybersecurity Grant Program) and frustrating its ability to fulfill all of the crucial functions detailed above.

35.    Not receiving this funding will significantly impair the safety and security of all persons in Rhode Island, by removing critical resources supporting law enforcement training, preparedness, and action around a range of matters including terrorist activities, and cyber criminals (including persons engaging with child sexual abuse material). It will also harm the ability of RIDPS to share information with Rhode Island city and local law enforcement, and with federal law enforcement.

36.    The Fusion Center relies on FEMA grant funding for 100% of its operating budget and would be forced to shut down, or at a minimum curtail its operations, if FEMA cut off funding. *See supra* ¶ 12. This would drastically limit communication and intelligence sharing between law enforcement agencies in the State of Rhode Island and at the federal level. *See supra* ¶ 8.

37.    The State does not have the budgetary resources or flexibility to make up for the lost funding without drawing funding away from other important public safety and law enforcement operations. Not receiving this funding will require lay-offs and/or reduction in work-time to Rhode Island law enforcement personnel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _12th_ day of May, 2025, in North Scituate, Rhode Island

_____

Major Ronald Longolucco
Administrative Bureau Commander
Rhode Island State Police

6