**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

STATE OF ILLINOIS, et al.,

     *Plaintiffs*,

 v.

FEDERAL EMERGENCY
MANAGEMENT AGENCY, et al.,

     *Defendants.*

No. 1:25-cv-206-WES-PAS

# EXHIBIT 44

## Declaration of Marc R. Pappas

## DECLARATION OF MARC R. PAPPAS

I, Marc R. Pappas, pursuant to 28 U.S.C. § 1746, hereby declare:

1.      I am over the age of eighteen and understand the obligations of an oath.

2.      I am the Director of the Rhode Island Emergency Management Agency ("RIEMA"). I have held this role since 2018. I make this declaration based on personal knowledge and on my review of information and records gathered by agency staff.

3.      The Rhode Island Emergency Management Agency is a Rhode Island executive-branch state agency. The mission of RIEMA is to reduce the loss of life and property for the whole community while ensuring that Rhode Island works to build, sustain, and improve its capability to prepare for, protect against, respond to, recover from, and mitigate all natural, human-caused, and technological hazards. RIEMA works on behalf of the Governor of Rhode Island to manage all activities and departments related to emergency management of the State in response to and in preparation for natural and technological emergencies. RIEMA also plays an integral role in training emergency responders.

4.      RIEMA is the State Administrative Agency ("SAA") for Rhode Island. As the primary grantee of the Federal Emergency Management Agency ("FEMA") in Rhode Island, RIEMA administers a wide range of federal programs meant to assist states and localities in preventing and responding to catastrophic events like terrorist attacks and natural disasters.

5.      In total, accounting for all program funds, FEMA has obligated the following amounts for which RIEMA is the beneficiary in recent federal fiscal years:

      a.      Federal Fiscal Year ("FFY") 2022: $12,462,538

      b.      FFY 2023: $16,507,933; and

      c.      FFY 2024: $13,778,754.

1

6. FEMA grants for which RIEMA is the beneficiary from FFY2022 to 2024 remain open.

7. If these funds were withheld, RIEMA would have to shut down mission-critical capabilities that keep Rhode Island residents and Americans in general safe and enable them to recover from disasters.

**I.    Preparedness Grants**

8. FEMA typically releases notices of funding opportunities for preparedness grants around April or May of the federal fiscal year for the grant in question. Once FEMA provides notice of a notice of funding opportunity, RIEMA can apply for an award by submitting a timely application.

9. RIEMA then typically receives an award within four months of its application, so that RIEMA can begin drawing funds on the award by the end of the calendar year.

10. The term of FEMA preparedness awards is generally three years, meaning that the award remains open for a three-year period for completing reimbursable activities. Any program activities supported by the awarded funds must be completed within the time the award remains open.

*Emergency Management Performance Grant*

11. I am familiar with the Emergency Management Performance Grant ("EMPG") Program. These funds are used to implement FEMA's National Preparedness System, including by building and sustaining core capabilities across the prevention, protection, mitigation, response and recovery mission areas.

12. EMPG funding is administered in Rhode Island by RIEMA.

13. Because EMPG grants are formula grants and not competitive grants, each State is entitled to a specific allocation whenever a notice of funding opportunity is posted.

2

14.     In addition to using EMPG funds themselves, States may pass EMPG funds through to subgrantees for the same purposes. RIEMA passes approximately 15% of EMPG funds on to municipal fire departments, law enforcement, and other first responders and local emergency preparedness offices.

15.     RIEMA has three open EMPG awards from FEMA from FFYs 2022 to 2024:

    a.      FFY 2022: Original award of $3,833,335;

    b.      FFY 2023: Original award of $3,354,105; and,

    c.      FFY 2024: Original award of $3,016,993.

16.     RIEMA intends to seek funds again for its EMPG program in FFY 2025.

17.     EMPG monies fund the salaries of RIEMA operations personnel. Operations personnel lead statewide coordination efforts in response to disasters or mass casualty events. EMPG monies also fund RIEMA communications, facilities, vehicles, and equipment for disaster response.

18.     EMPG monies are likewise passed through to municipal fire departments, law enforcement, and other first responders and local emergency preparedness offices to fund the salaries of local emergency managers and local support staff across Rhode Island. Without these funds, local municipalities will not have sufficient funding support to build emergency management programs, operations plans, and exercise plans which contribute to resiliency and preparedness.

*Homeland Security Grant Program*

19.     I am familiar with the Homeland Security Grant Program ("HSGP"). This money supporting Rhode Island security strategies to address needs in planning, organizing, equipment, training, and exercise in order to prevent, protect against, mitigate, respond to, and recover from,

acts of terrorism and other catastrophic events. This money supports the operations of a number of state emergency response teams including the Rhode Island Heavy Rescue Task Force; the Hazardous Materials and Mass Decontamination Team; the Rhode Island Critical Stress Management Team; the Rhode Island Disaster Medical Assistance Team; the Rhode Island Medical Reserve Corps; the Wilderness Search and Rescue; the Weapons of Mass Destruction Tactical Team; the Flammable Liquids Task Force; the Port of Providence Marine Strike Team; and the Rhode Island Bomb Squad.

20.     HSGP funding is administered in Rhode Island by RIEMA. RIEMA is the SAA for Rhode Island and as such is the only entity eligible to apply for and receive HSGP funding.

21.     Because HSGP grants are formula grants and not competitive grants, each State is entitled to a specific allocation whenever a notice of funding opportunity is posted.

22.     RIEMA has three open HSGP awards from FEMA from FFYs 2022 to 2024:

    a.     FFY 2022: Original award of $4,847,500;

    b.     FFY 2023: Original award of $4,847,500; and

    c.     FFY 2024: Original award of $4,362,750.

23.     RIEMA intends to seek HSGP funds again in FFY 2025.

24.     RIEMA's HSGP funds support training, preparation, and mitigation a broad range of important and extremely serious matters, including matters related to terrorism. HSPG monies fund several specialized teams that are the only personnel in Rhode Island with the expertise and training to respond to incidents such as a wilderness search and rescue, an attack involving weapons of mass destruction or an explosive device, or a terrorist attack at a port.

25.     RIEMA's HSGP funds are also passed through to subrecipient Department of Public Safety for the operations of the Rhode Island State Fusion Center, which is the point for the

4

receipt, analysis, gathering, and sharing of threat-related information between federal; state, local, tribal, territorial, and private sector partners.

*State and Local Cybersecurity Grant Program*

26.     I am familiar with the Cyber Security Grant Program ("CSGP"). This money goes towards supports strengthening cybersecurity practices and resilience of Rhode Island governmental entities. The funds support protection of critical infrastructure and development of cybersecurity policies for the state's information technology systems and networks, conducting cyber assessments, preparation exercises, and training.

27.     CSGP funding is administered in Rhode Island by RIEMA.

28.     Because CSGP grants are formula grants and not competitive grants, each State is entitled to a specific allocation whenever a notice of funding opportunity is posted.

29.     RIEMA has three open CSGP awards from FEMA from FFYs 2022 to 2024:

    a.     FFY 2022: Original award of $2,190,331;

    b.     FFY 2023: Original award of $4,467,229; and

    c.     FFY 2024: Original award of $3,501,799.

30.     RIEMA intends to seek CSGP funds again in FFY 2025.

31.     RIEMA's CSGP funds are provided to subrecipient State and local government agencies and law enforcement agencies to assist them in preventing and mitigating cyber attacks. The overall goal of the program is to enable state and local government agencies to take decisive steps to modernize their approach to cybersecurity.

*Nonprofit Security Grant*

32.     I am familiar with the Nonprofit Security Grant Program ("NSGP"). This money goes towards providing funding support for target hardening and other physical security

enhancements and activities to nonprofit organizations that are at high risk of terrorist and other extremist attacks. The funding also supports integration of nonprofit preparedness activities with broader state and local preparedness efforts. It also promotes coordination and collaboration in emergency preparedness activities among public and private community representatives, as well as state and local government agencies.

33. Under the NSGP, nonprofit organizations apply for funding through RIEMA and RIEMA applies for NSGP funds on behalf of nonprofit subgrantees from FEMA on a yearly basis.

34. NSGP funding is administered in Rhode Island by RIEMA.

35. RIEMA has three open NSGP awards from FEMA from FFYs 2022 to 2024:

    a. FFY 2022: Original award of $1,351,371.58;

    b. FFY 2023: Original award of $2,240,386; and

    c. FFY 2024: Original award of $2,366,775.

36. RIEMA intends to seek NSGP funds again in FFY 2025.

37. RIEMA's NSGP funds are pass through funds, provided to non-profits to augment their security. In the past, NSGP funds have been provided to, *inter alia*, places of worship—including many synagogues due to increased antisemitic threats—and hospitals.

*Emergency Operations Center Grant*

38. I am familiar with the Emergency Operations Center Grant Program ("EOCGP"). This money goes towards improving emergency management and preparedness capabilities by supporting flexible, sustainable, secure, strategically located, and fully interoperable Emergency Operations Centers with a focus on addressing identified deficiencies and needs. RIEMA has received funds under this program for emergency operations centers in Warwick and Glocester, Rhode Island, and for operational costs.

39. EOCGP funding is administered in Rhode Island by RIEMA.

40. RIEMA has five open EOCGP awards from FEMA from FFYs 2022 to 2024:

    a. FFY 2022 (Warwick): Original award of $240,000;

    b. FFY 2023 (Management Costs): Original award of $73,713;

    c. FFY 2023 (Glocester): Original award of $1,000,000;

    d. FFY 2023 (RIEMA): Original award of $525,000; and,

    e. FFY 2024 (Warwick): Original award of $530,437.

41. RIEMA intends to seek EOCGP funds again in FFY 2025.

42. RIEMA's EOCGP funds both support local operations and assist in administration of state-wide emergency response.

## II. Harms To The State Caused By DHS's Funding Conditions

43. On March 27, 2025, DHS posted a new version of its Standard Terms and Conditions applicable to new federal awards ratified in FFY 2025. Because FEMA is a component of DHS, these new Standard Terms would apply to any grant agreement executed under the programs described above.

44. The 2025 Standard Terms and Conditions include a new Section IX titled "Communication and Cooperation with the Department of Homeland Security and Immigration Officials." The new Section IX seeks certain commitments not only from all "recipients," but also from "other recipients of funds under this award," which would include the Rhode Island Department of Public Safety.

45. Among other things, the new section IX purports to require grantees and sub-grantees to "honor requests for cooperation, such as participation in joint operations, sharing of information, or requests for short term detention of an alien pursuant to a valid detainer" and not to "leak or otherwise publicize the existence of an immigration enforcement operation."

7

46.    Affirming compliance with these terms and conditions as required by DHS is in direct conflict with state and federal law and the United States Constitution, including but not limited to pursuant to *Morales v. Chadbourne*, 996 F. Supp. 2d 19 (D.R.I. 2014), *aff'd in part, dismissed in part,* 793 F.3d 208 (1st Cir. 2015).

47.    In the event RIEMA is unable to comply with the federal government's new funding conditions, Rhode Island would be unable to receive FY2025 DHS funds, depriving the State of over $12,000,000 in funds (from the Emergency Management Performance Grant program, Homeland Security Grant program, State and Local Cybersecurity Grant program, Nonprofit Security Grant program, and the Emergency Operations Grant program) and frustrating its ability to fulfill all of the crucial functions detailed above.

48.    Not receiving this funding will significantly impair the safety and security of all persons in Rhode Island, by removing critical resources supporting emergency preparedness and response both at the local and state-wide levels. Without these funds, Rhode Island will be less ready to face emergency, and less resilient after they come. The very nature of emergencies—which in some ways, such as natural disasters, are getting worse year after year—requires preparedness before crisis hits in order to safeguard lives, property, and well-being as much as possible. FEMA grants are the lifeblood of these preparedness programs.

49.    Without FEMA grant funding, state, local, and federal law enforcement, first responders, and emergency management agencies will be left without the critical assistance of the specialized teams funded by these grants. *See supra* ¶ 19. First responders without the proper training and expertise will be forced to respond to emergency situations such as a wilderness search and rescue, an attack involving weapons of mass destruction or an explosive device, or a terrorist attack at a port. *See supra* ¶ 24.

8

50.    Without FEMA grant funding, RIEMA and local emergency management agencies will lack the personnel and capabilities to prepare for crises before they happen and respond when they happen. *See supra* ¶ 17, 18.

51.    The State does not have the budgetary resources or flexibility to make up for the lost funding without drawing funding away from other important public safety and law enforcement operations. Not receiving this funding will require lay-offs and/or reduction in work-time, and result in reduced preparation for emergencies, and reduced response after emergencies.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of May, 2025, in Cranston, Rhode Island.

Marc R. Pappas
Director
Rhode Island Emergency Management Agency

9