UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STATE OF ILLINOIS, *et al.*,

           *Plaintiffs*,

v.

FEDERAL EMERGENCY MANAGEMENT AGENCY, *et al.*,

           *Defendants*.

No. 1:25-cv-206-WES-PAS

**JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE**

The parties in the above-captioned case submit this status report to update the Court on their efforts to negotiate a case schedule that would avoid the need for the Court to rule on Plaintiffs' pending motion for a preliminary injunction and would instead resolve the parties' disputes on motions for summary judgment.

1. The parties have conferred and propose to proceed with cross-motions for summary judgment on a schedule that would allow for the efficient and expeditious resolution of this case, thereby avoiding the need for immediate preliminary relief and enabling the Court to address all of the issues in this case at once, rather than in a piecemeal fashion.

2. The parties have not resolved Plaintiffs' claims regarding the Recreational Boating Safety (RBS) Grant Program. However, Plaintiffs' position is that they are prepared to forego their request for preliminary relief, provided that (a) summary judgment motions can be briefed expeditiously and, if possible in light of the Court's schedule, ruled upon by September 30, 2025, so as to avoid what Plaintiffs allege to be the most significant adverse effects of the loss of RBS funding,

1

and (b) Plaintiffs reserve their right to seek preliminary relief if they are required to agree to any of the Civil Immigration Conditions in order to secure any other federal funding before September 2025.

3. To that end, the parties propose the following briefing schedule for cross-motions for summary judgment:

- July 2, 2025: Plaintiffs will file an amended complaint, if any, and motion for summary judgment.

- July 23, 2025: Defendants will file their opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment.

- August 1, 2025: Plaintiffs will file a combined reply in support of their motion for summary judgment and opposition to Defendants' cross-motion for summary judgment.

- August 11, 2025: Defendants will file their reply in support of their motion for summary judgment.

4. The parties propose this schedule subject to Plaintiffs' reserving the right to renew their request for a preliminary injunction, or otherwise seek more immediate relief, if Plaintiffs are required to agree to the Civil Immigration Conditions in order to obtain federal funding for any DHS-administered grant program before the end of September 2025. Defendants reserve their right to assert all applicable defenses should Plaintiffs renew their request for preliminary or immediate relief.

5. Because no discovery is expected in the case, the disputed issues are largely legal in nature, and all relevant factual issues will be fully addressed in the parties' summary judgment briefs and exhibits attached thereto, the parties further request that the Court waive the requirement that the parties submit Statements of Undisputed Facts and responses thereto pursuant to Local Civ. R. 56(a).

6. Defendants also request, with Plaintiffs' consent, that the Court waive the requirement that Defendants file an answer to the complaint or any amended complaint, given that the parties will be proceeding straight to summary judgment briefing.

June 20, 2025

FEDERAL EMERGENCY MANAGEMENT AGENCY; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES COAST GUARD; DAVID RICHARDSON, in his official capacity as Senior Official Performing the Duties of the Administrator of the Federal Emergency Management Agency; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; and KEVIN E. LUNDAY, in his official capacity as Acting Commandant of the U.S. Coast Guard,

By their Attorneys

SARA MIRON BLOOM
Acting United States Attorney

*/s/ Bethany N. Wong*
BETHANY N. WONG
Assistant United States Attorney
One Financial Plaza, 17th Floor
Providence, RI 02903
(401) 709-5000
Bethany.Wong@usdoj.gov

Respectfully submitted,

**KWAME RAOUL**
   ATTORNEY GENERAL OF ILLINOIS

/s/ Alex Hemmer
Alex Hemmer
   *Deputy Solicitor General*
Christopher G. Wells
   *Chief of the Public Interest Division*
Darren Kinkead
   *Public Interest Counsel*
R. Sam Horan
Michael M. Tresnowski
R. Henry Weaver
   *Assistant Attorneys General*
Office of the Illinois Attorney General
115 LaSalle Street
Chicago, IL 60603
(773) 590-7932
alex.hemmer@ilag.gov

*Attorneys for the State of Illinois*

**ROB BONTA**
   ATTORNEY GENERAL OF CALIFORNIA

Michael L. Newman
   *Senior Assistant Attorney General*
Joel Marrero
James E. Stanley
   *Supervising Deputy Attorneys General*
Luke Freedman
Newton Knowles
Christopher Medeiros
Alexis Piazza
Deylin Thrift-Viveros
Delbert Tran
   *Deputy Attorneys General*

/s/ Lee I. Sherman
Lee I. Sherman
   *Deputy Attorney General*
California Department of Justice
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
(213) 269-6000

3

Lee.sherman@doj.ca.gov

*Attorneys for the State of California*

**MATTHEW J. PLATKIN**
  ATTORNEY GENERAL OF NEW JERSEY

/s/ Shankar Duraiswamy
Shankar Duraiswamy
  *Deputy Solicitor General*
Mayur P. Saxena
  *Assistant Attorney General*
Olivia C. Mendes
Phoenix N. Meyers
Sarah Nealon
Daniel Resler
Nathaniel F. Rubin
  *Deputy Attorneys General*
New Jersey Office of the Attorney General
25 Market St., PO Box 093
Trenton, NJ 08625-0093
(609) 376-2745
shankar.duraiswamy@law.njoag.gov

*Attorneys for the State of New Jersey*

**PETER F. NERONHA**
  ATTORNEY GENERAL OF RHODE ISLAND

/s/ Keith D. Hoffmann
Keith D. Hoffmann (RI Bar No. 9874)
  *Chief of Policy*
  *Assistant Attorney General*
Kathryn M. Sabatini (RI Bar No. 8486)
  *Chief, Civil Division*
  *Special Assistant Attorney General*
Paul Meosky (RI Bar No. 10742)
  *Special Assistant Attorney General*
Rhode Island Attorney General's Office
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 1882
khoffmann@r@riag.ri.gov
pmeosky@riag.ri.gov

*Attorneys for the State of Rhode Island*

**ANTHONY G. BROWN**
  ATTORNEY GENERAL OF MARYLAND

/s/ James C. Luh
James C. Luh*
  *Senior Assistant Attorney General*
Office of the Maryland Attorney General
200 Saint Paul Place
20th Floor
Baltimore, MD 21202
(410) 576-6411
jluh@oag.state.md.us

*Attorneys for the State of Maryland*

**PHILIP J. WEISER**
  ATTORNEY GENERAL OF COLORADO

/s/ David Moskowitz
David Moskowitz
  *Deputy Solicitor General*
Colorado Department of Law
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
david.moskowitz@coag.gov

*Attorneys for the State of Colorado*

4

| | |
|---|---|
| **WILLIAM TONG**<br>　ATTORNEY GENERAL OF CONNECTICUT | **KATHLEEN JENNINGS**<br>　ATTORNEY GENERAL OF DELAWARE |

/s/ Ashley Meskill
　*Assistant Attorney General*
Connecticut Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5020
Ashley.meskill@ct.gov

*Attorneys for the State of Connecticut*

/s/ Ian R. Liston
Ian R. Liston
　*Director of Impact Litigation*
Vanessa L. Kassab
　*Deputy Attorney General*
Delaware Department of Justice
820 North French Street
Wilmington, DE 19801
(302) 683-8899
ian.liston@delaware.gov

*Attorneys for the State of Delaware*

**ANNE E. LOPEZ**
　ATTORNEY GENERAL OF HAWAIʻI

/s/ Kalikoʻonālani D. Fernandes
David D. Day
　*Special Assistant to the Attorney General*
Kalikoʻonālani D. Fernandes*
　*Solicitor General*
Department of the Hawaiʻi Attorney General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov

*Attorneys for the State of Hawaiʻi*

**AARON M. FREY**
　ATTORNEY GENERAL OF MAINE

/s/ Vivian A. Mikhail
Vivian A. Mikhail
　*Deputy Attorney General*
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006
(207) 626-8800
vivian.mikhail@maine.gov

*Attorneys for the State of Maine*

5

<div style="columns:2">

**ANDREA JOY CAMPBELL**
  ATTORNEY GENERAL OF MASSACHUSETTS

/s/ Hannah C. Vail
Katherine Dirks
  *Chief State Trial Counsel*
Hannah C. Vail
  *Assistant Attorney General*
Office of the Massachusetts Attorney General
1 Ashburton Place
Boston, MA 02108
(617) 963-2277
katherine.dirks@mass.gov
hannah.vail@mass.gov

*Attorneys for the Commonwealth of Massachusetts*

**KEITH ELLISON**
  ATTORNEY GENERAL OF MINNESOTA

/s/ Brian S. Carter
Brian S. Carter
  *Special Counsel*
Minnesota Attorney General's Office
445 Minnesota Street
Suite 1400
St. Paul, MN 55101
(651) 757-1010
brian.carter@ag.state.mn.us

*Attorneys for the State of Minnesota*

**DANA NESSEL**
  ATTORNEY GENERAL OF MICHIGAN

/s/ Neil Giovanatti
Neil Giovanatti
Adam de Bear
  *Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa Street
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
deBearA@michigan.gov

*Attorneys for the People of the State of Michigan*

**AARON D. FORD**
  ATTORNEY GENERAL OF NEVADA

/s/ Heidi Parry Stern
Heidi Parry Stern
  *Solicitor General*
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
hstern@ag.nv.gov

*Attorneys for the State of Nevada*

</div>

**RAÚL TORREZ**
  ATTORNEY GENERAL OF NEW MEXICO

/s/ Steven Perfrement
Steven Perfrement
  *Senior Litigation Counsel*
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060
sperfrement@nmdoj.gov

*Attorneys for the State of New Mexico*


**DAN RAYFIELD**
  ATTORNEY GENERAL OF OREGON

/s/ Thomas H. Castelli
Thomas H. Castelli
  *Senior Assistant Attorney General*
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880
thomas.castelli@doj.oregon.gov

*Attorneys for the State of Oregon*


**LETITIA JAMES**
  ATTORNEY GENERAL OF NEW YORK

/s/ Julie Dona
Julie Dona
  *Special Counsel*
Zoe Levine
  *Special Counsel for Immigrant Justice*
Rabia Muqaddam
  *Special Counsel for Federal Initiatives*
28 Liberty Street
New York, NY 10005
(212) 907-4589
julie.dona@ag.ny.gov

*Attorneys for the State of New York*


**CHARITY R. CLARK**
  ATTORNEY GENERAL OF VERMONT

/s/ Julio A. Thompson
Jonathan T. Rose
  *Solicitor General*
Julio A. Thompson
  *Assistant Attorney General*
  *Co-Director, Civil Rights Unit*
Officer of the Vermont Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3657
julio.thompson@vermont.gov

*Attorneys for the State of Vermont*

| | |
|---|---|
| **NICHOLAS W. BROWN** | **JOSHUA L. KAUL** |
| ATTORNEY GENERAL OF WASHINGTON | ATTORNEY GENERAL OF WISCONSIN |

/s/ Tyler Roberts
Tyler Roberts
Benjamin Seel
Cristina Sepe
Marsha Chien
  *Assistant Attorneys General*
Washington State Office of the Attorney General
800 Fifth Avenue
Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
Tyler.Roberts@atg.wa.gov
Benjamin.Seel@atg.wa.gov
Cristina.Sepe@atg.wa.gov
Marsha.Chien@atg.wa.gov

*Attorneys for the State of Washington*

/s/ Frances Reynolds Colbert
Frances Reynolds Colbert
  *Assistant Attorney General*
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
(608) 266-9226
frances.colbert@wisdoj.gov

*Attorneys for the State of Wisconsin*