**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF ILLINOIS, et al., *Plaintiffs*, v. FEDERAL EMERGENCY MANAGEMENT AGENCY, et al., *Defendants*. | No. 1:25-cv-206-WES-PAS |

# EXHIBIT 8

Memorandum from Kristi Noem, Sec'y of Homeland Sec., to Component Heads (June 11, 2025)



Secretary
U.S. Department of Homeland Security
Washington, DC 20528

June 11, 2025

MEMORANDUM FOR COMPONENT HEADS

FROM: Kristi Noem
Secretary of Homeland Security

SUBJECT: **Spending Over $100,000**

Effective immediately, prior to the Department incurring obligations for any grant or contract award in excess of $100,000, I will review and consider any and all such proposals to obligate the agency for expenditures over $100,000. All proposals for my consideration must include all relevant details, including any mission impact, dollar values, description of the supplies or services, any timeliness issues, and a description of the proposed action.

Requests for approval of obligations above the $100,000 threshold must be submitted via memo through the Executive Secretary process. As with any request for Secretarial approval, please allow a minimum of 5 days for Front Office review.

This memo supersedes all previous guidance on spending, including my May 15, 2025 memo and modifies the Deputy Secretary's March 21, 2025, guidance concerning approval of contracts and grant awards in excess of $25 million. All other elements of the Deputy Secretary's March 21, 2025, guidance remain in effect.

www.dhs.gov