**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

STATE OF ILLINOIS, et al.,

*Plaintiffs*,

v.

FEDERAL EMERGENCY MANAGEMENT AGENCY, et al.,

*Defendants*.

No. 1:25-cv-206-WES-PAS

# EXHIBIT 20

Declaration of Jeffrey F. Rosen

**DECLARATION OF JEFFREY F. ROSEN**

I, JEFFREY F. ROSEN, declare and state the following:

1. I am a resident of the State of California. I have personal knowledge of all facts stated in this declaration, and if called to do so, I could and would testify to them competently under oath.

2. I am the elected District Attorney of the County of Santa Clara. As District Attorney, I oversee the prosecution of all state crimes within Santa Clara County. I have served in this role since 2011 and have worked for the District Attorney's Office since 1995. During my tenure, I have prosecuted complex and high-profile criminal cases in drug trafficking, burglary, rape, child molestation, gang violence, and murder. In addition to my work as a prosecutor, I have served as president of a large synagogue, taught trial advocacy at Santa Clara University Law School, and trained police officers in report writing.

3. The District Attorney's Office serves a population of nearly two million people. The office has 640 employees, including 195 prosecutors, and prosecutes more than 30,000 cases each year.

4. I am familiar with the Executive Order on "Protecting the American People Against Invasion," issued by the President on January 20, 2025; the Executive Order on "Ending Taxpayer Subsidization of Open Borders," issued on February 19, 2025; and the Executive Order on "Protecting American Communities from Criminal Aliens," issued on April 28, 2025. I understand that the orders purport to restrict access to federal funds for so-called "sanctuary jurisdictions" that limit local entanglement with federal immigration authorities. I am also familiar with the Department of Homeland Security's (DHS) Fiscal Year 2025 Standard Terms and Conditions, last revised on April 18, 2025. I am aware that DHS's Fiscal Year 2025 Standard Terms and Conditions purport to restrict access to federal grants administered by DHS unless recipients agree to various immigration-enforcement conditions.

**Policy of the District Attorney's Office**

5. The mission of the District Attorney's Office is to investigate and prosecute cases in pursuit of justice. This pursuit is improved when people do not fear that their participation in a criminal prosecution will lead to deportation or other adverse immigration consequences. For this reason, the District Attorney's Office does not ask about or formally track information on immigration status in the investigation or prosecution of any matter.

6. Crimes happen in all communities. The whole community benefits when all people in the community feel safe to report crimes, to act as witnesses, and to participate in trials.

7. To my knowledge and in my experience, undocumented people do not live in isolated, crime-ridden neighborhoods, nor do statistics indicate that they are more likely to commit crimes than people with lawful immigration status, including citizens.

8. Fear of deportation has ripple effects on entire communities and families. This is because families and communities are often made up of members with various immigration statuses, and entire families or community networks may fear reporting crimes or serving as witnesses for fear that an undocumented family or community member may be deported. When a crime goes unreported, it still happens. It still hurts whole swaths of our communities. Every time an undocumented community member or their loved ones see a crime but do not report it for fear of immigration consequences, our community becomes less safe and loses yet another opportunity to hold perpetrators accountable.

9. One context in which fear of deportation commonly comes up is domestic violence. In cases of domestic violence, abusers may use deportation as a threat to keep victims from reporting abuse to law enforcement, or victims may not report abuse for fear that the abuser—often a co-parent or family breadwinner—will be deported.

10. Undocumented individuals can and do report and help with the prosecution of crimes committed by those with lawful status, from the commonplace (e.g., hit-and-runs on the freeway) to the rare and exceptionally harmful (e.g., murder).

11. We cannot determine the exact number of crimes that are not reported to authorities because undocumented individuals or their family or community members fear deportation, but we know anecdotally of this phenomenon. Moreover, the District Attorney's Office has experienced instances in which its criminal prosecution falls apart from lack of witness cooperation, either because others who witnessed the crime are hesitant to come forward or because initial witnesses are afraid to come to court. Fear of deportation by victims, witnesses, and families and friends of undocumented victims and witnesses poisons our ability to detect and prosecute crime, thereby making the entire community less safe.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 5/13/25 in San Jose, California.

Jeffrey F. Rosen

Jeffrey F. Rosen