STATE OF ILLINOIS, et al.,

*Plaintiffs*,

v.

FEDERAL EMERGENCY
MANAGEMENT AGENCY, et al.,

*Defendants*.

No. 1:25-cv-206-WES-PAS

# EXHIBIT 21

## Declaration of Michael Haney

## DECLARATION OF MICHAEL HANEY, COLORADO DIVISION OF HOMELAND SECURITY AND EMERGENCY MANAGEMENT

I, Michael Haney, pursuant to 28 U.S.C. § 1746, hereby declare:

1.      I am over the age of eighteen and understand the obligations of an oath.

2.      I am the Director of the Office of Grants Management at the Colorado Department of Public Safety's Division of Homeland Security and Emergency Management ("DHSEM"). I have held this role since January 2023. I make this declaration based on personal knowledge and on my review of information and records gathered by agency staff.

3.      DHSEM is a Division of the Department of Public Safety, a Colorado executive branch state agency. DHSEM's mission is to lead and support Colorado's effort to prevent, protect, mitigate, respond to, and recover from all hazardous events. DHSEM is responsible for administering grants and managing homeland security and emergency management programs throughout Colorado. As the primary grantee of the Federal Emergency Management Agency ("FEMA") in Colorado, DHSEM administers a wide range of federal programs meant to assist states and localities in preventing and responding to catastrophic events like natural disasters, hazardous materials events, cybersecurity incidents, terrorist attacks, and more.

4.      FEMA administers many grant programs where States are the primary grant recipients. DHSEM administers FEMA's annually funded preparedness grants (discussed in Section I of this Declaration), annual prevention grants (discussed in Section II), and post-disaster assistance grants tied to presidentially declared major disasters (discussed in Section III).

5.      As to all programs, under the structure of FEMA grant programs, DHSEM disburses payments to vendors and sub-grantees after the funds are obligated, but before reimbursement by FEMA.

6.     In total, accounting for all program funds, FEMA has obligated the following amounts to DHSEM in recent federal fiscal years:

   a.   Federal Fiscal Year ("FFY")[1] 2023 annual preparedness grants (including the Homeland Security Grant program, Urban Area Security Initiative, Emergency Management Performance Grant Program, State and Local Cybersecurity Grant Program, Flood Mitigation Assistance): $27,272,974.00.

   b.   FFY 2024 annual grants: $26,546,757.00

   c.   Public Assistance grants, covering five disasters from 2013-2023: over $2.6 billion.

   d.   HGMP grants, covering eight disasters: $40,970,978.05.

7.     If FEMA withholds funds under these grant programs, DHSEM would have to shut down mission-critical capabilities that keep Colorado residents safe from acts of terrorism, natural disasters, and other hazards, as discussed in more detail below.

## I. Preparedness Grants

8.     FEMA categorizes as "preparedness grants" the grant programs discussed in Section I of this Declaration, all of which are administered by DHSEM in Colorado.

9.     FEMA typically releases notices of funding opportunities for preparedness grants around April or May of the federal fiscal year for each grant in question. Once FEMA provides a notice of funding opportunity, DHSEM can apply for an award by submitting a timely application.

---

[1] Federal Fiscal Years (FFY) run October 1 to September 30. For example FFY 2025 runs from October 1, 2024 - September 20, 2025.

10.     DHSEM then typically receives an award within four months of its application (typically August or September), so that the award process is complete before the end of that federal fiscal year.

11.     The term of FEMA preparedness awards is generally three years, meaning that the award remains open for a three-year period for completing reimbursable activities. Any program activities supported by the awarded funds must be completed within the time the award remains open.

12.     In FFY 2023, DHSEM received at least $20,719,758.00 in preparedness grant funding from FEMA under the grant programs discussed in this Section.

13.     In FFY 2024, DHSEM received at least $26,546,757.00 in preparedness grant funding from FEMA under the grant programs discussed in this Section.

*Homeland Security Grant Program – State Homeland Security Program*

14.     I am familiar with the Homeland Security Grant Program, and in particular its sub-component, the State Homeland Security Program ("SHSP"). The SHSP provides federal funding to States to build, sustain, and deliver the capabilities necessary to prevent, prepare for, protect against, and respond to acts of terrorism.

15.     SHSP funding is administered in Colorado by DHSEM.

16.     Because SHSP grants are formula grants and not competitive grants, each State is entitled to a specific allocation whenever a notice of funding opportunity is posted.

17.     In addition to using SHSP funds themselves, States may pass SHSP funds through to subgrantees for the same specified purposes. DHSEM passes approximately 80% of SHSP funds on to county and local fire departments, law enforcement, and other first responders and emergency preparedness offices.

3

18.     Colorado has applied for and received funds from the SHSP since its creation in the USA PATRIOT ACT in 2001.

19.     DHSEM has 4 open SHSP awards from FFYs 2021 to 2024:

    a.     FFY 2021: Original award of $4,602,500.00;

    b.     FFY 2022: Original award of $4,847,500.00;

    c.     FFY 2023: Original award of $4,847,500.00; and

    d.     FFY 2024: Original award of $4,362,750.00.

20.     DHSEM intends to apply again for SHSP funds in FFY 2025.

21.     SHSP funding directly supports several specialized Colorado Information Analysis Cetner (CIAC) units. For example, SHSP funding supports the All Threats Intelligence Unit. This unit      analyzes a broad spectrum of threats, including international terrorism, cyber threats, narcotics trafficking, human trafficking, and gang-related activities. It generates actionable intelligence reports for law enforcement, critical infrastructure providers, federal agencies, and other partners, significantly enhancing threat-awareness and preparedness across Colorado.

22.     SHSP funds are also the sole source of funding for the "All-Hazards Regions" program in Colorado. This program is focused on terrorism prevention, and SHSP funds are used for planning, organizing, equipping, training, and exercising. Without this funding, all areas of the State will be more vulnerable to terrorist attacks.

*Homeland Security Grant Program – Urban Area Security Initiative*

23.     I am familiar with the Homeland Security Grant Program, and in particular its sub-component the Urban Area Security Initiative ("UASI"). UASI serves many of the same overall purposes as the SHSP, but it focuses its resources on high-threat, high-density urban areas. FEMA determines the eligible urban areas through an analysis of relative risk of terrorism faced by the 100 most populous metropolitan statistical areas in the United States.

24. UASI funding is administered in Colorado by DHSEM.

25. Because UASI grants are formula grants and not competitive grants, eligible States are entitled to a specific allocation whenever a notice of funding opportunity is posted, tied to the FEMA-designated eligible urban area or areas in that State.

26. Colorado has one eligible high-threat, high-density urban area, the Denver metropolitan statistical area. DHSEM passes approximately 80% of UASI funds on to fire departments, law enforcement, other first responders, and emergency preparedness offices in the greater Denver area.

27. Colorado has applied for and received funds from UASI since the program was created by appropriations statute in 2003.

28. DHSEM has four open UASI awards from FFYs 2021 to 2024:

    a.      FFY 2021: Original award of $3,900,000.00;

    b.      FFY 2022: Original award of $3,900,000.00;

    c.      FFY 2023: Original award of $3,900,000.00; and

    d.      FFY 2024: Original award of $3,500,484.00.

29. DHSEM intends to apply again for UASI funds in FFY 2025.

30. UASI provides additional funding for the same services discussed above with regard to the SHSP, with a particular focus on sub-grantee agencies in the Denver area. *See supra* ¶¶ 21-22. DHS and FEMA set the same funding priorities for FFY 2024 UASI funds that were set for FFY 2024 SHSP funds.

31. UASI monies provide critical funding for the following entities:

    a.      **Local Governments/Municipalities**: Denver, Westminster, Clear Creek County, Lafayette, Littleton, Thornton, Aurora, Greenwood Village,

Arapahoe County, Bennett, Broomfield, Douglas County, Boulder County, Arvada, Lakewood, Englewood, Erie, Wheat Ridge.

b.   **Emergency Services/Districts**: South Metro Fire, Adams & Jefferson HazMat, Denver Fire, West Metro Fire, North Metro Fire, Arvada Fire.

c.   **Law Enforcement/Public Safety**: Denver Police Department, Arapahoe County Bomb Squad, Douglas County Bomb Squad, Boulder County Bomb Squad, Boulder County Hazardous Materials team, Wheat Ridge Police Department.

d.   **Educational Institutions**: Adams 12 School District, St. Vrain Valley School District, Aurora Public Schools.

e.   **Regional Organizations/Teams**: UASI Regional Search and Rescue.

f.   **Healthcare/Public Health**: Denver Health (hospital), Denver Public Health & Environment (city agency).

g.   **Other**: Denver Zoo, Aurora Water (water and sanitation district), 17th Judicial District

32.   In addition, DHSEM retains about 20% of UASI funds to provide similar support to the Denver metropolitan statistical area directly. UASI funding specifically enhances the CIAC capabilities within high-risk urban areas, particularly through the Cyber Unit. This unit delivers critical services including cybersecurity vulnerability assessments, security-awareness training, and cyber-incident response support to local governments and essential infrastructure partners. Additionally, UASI supports the CIAC's Watch Center operations, ensuring continuous, real-time monitoring and dissemination of

critical threat information. Without this funding, the Denver metropolitan region would be significantly more vulnerable to cybersecurity threats.

*Emergency Management Performance Grant Program*

33.    I am familiar with the Emergency Management Performance Grant Program ("EMPG"). EMPG provides federal funding to States to provide funds to assist state, local, tribal, and territorial emergency management agencies implement FEMA's National Preparedness System, including by building continuity-of-government capabilities to ensure essential functions in a catastrophic disaster.

34.    EMPG funding is administered in Colorado by DHSEM.

35.    Because EMPG grants are formula grants and not competitive grants, each State is entitled to a specific allocation whenever a notice of funding opportunity is posted.

36.    In addition to using EMPG funds themselves, States may pass EMPG funds through to subgrantees for the same specified purposes. DHSEM passes approximately 51% of EMPG funds on to county and local fire departments, law enforcement, and other first responders and emergency preparedness offices.

37.    Colorado has applied for and received funds from EMPG since it was codified in the Post-Katrina Emergency Management Reform Act of 2006.

38.    DHSEM has two open EMPG awards from FFYs 2023 and 2024:

   a.    FFY 2023: Original award of $6,355,283.00;    ; and

   b.    FFY 2024: Original award of $5,725,277.00.

39.    DHSEM intends to apply again for EMPG funds in FFY 2025.

40.    EMPG dollars fund the salaries of DHSEM operations personnel. Operations personnel lead statewide coordination efforts in response to a disaster or mass casualty event. The EMPG program also funds DHSEM communications, facilities, and vehicles for disaster response.

7

41.     The amounts passed through to localities under the EMPG program likewise fund the salaries of local emergency managers and local support staff across Colorado as well as software and communications to support local emergency response. Without these funds, local jurisdictions will not have sufficient funding support to build emergency management programs, operations plans, and exercise plans that contribute to resiliency and preparedness.

*1.     Nonprofit Security Grant Program*

42.     I am familiar with the Nonprofit Security Grant Program (NSGP). NSGP grants provide federal funding to States to help nonprofits in those States increase the physical security of their facilities at risk of a terrorist or other extremist attack.

43.     NSGP funding is administered in Colorado by DHSEM.

44.     Most NSGP grants are formula grants and not competitive grants, with each State is entitled to a specific allocation whenever a notice of funding opportunity is posted. Additional high-risk urban area funding is available on a competitive basis.

45.     Eligible nonprofit organizations submit an application to DHSEM, describing the nature of the threats they face, and then DHSEM applies to FEMA for NSGP funds on behalf of the eligible nonprofit organizations.

46.     Colorado has applied for and received NSGP funds since the program was created by legislative appropriation in 2004.

47.     DHSEM has four open NSGP awards from FFYs 2021 to 2024:

   a.     FFY 2021: Original award of $1,087,345.00;

   b.     FFY 2022: Original award of $3,167,707.00;

   c.     FFY 2023: Original award of $5,616,975.00; and

   d.     FFY 2024: Original award of $8,114,648.00.

48.     The NSGP provides funding support for target hardening and other physical security enhancements and activities to nonprofit organizations that are at high risk of terrorist attack.

49.     Organizations in Colorado receiving this crucial funding include:

    a.    **Religious Organizations**: Annunciation Catholic Church, Arvada Central Baptist Church dba The Rising, Assumption of the Blessed Virgin Mary Catholic Parish in Denver, Augustana Lutheran Church, Beth Jacob High School of Denver, Beth Medrosh Hagodol Congregation, Blessed Sacrament Catholic Church, Cathedral Basilica of the Immaculate Conception, Chabad Center at University of Colorado, Chabad of Colorado Springs Jewish Community, Chabad of Downtown, Inc. formally known as Jewish In The City, Colorado Baptist General Convention, dba Ponderosa Retreat and Conference Center, Colorado Christian Fellowship, Inc, Colorado Muslim Society, Congregation B'nai Chaim, Congregation Beth Evergreen, Congregation Bonai Shalom, Boulder, Congregation Emanuel, Congregation Har Shalom, Congregation Hebrew Education Alliance, DAT Minyan, Inc., Guardian Angels Catholic Church and School, Holy Ghost Catholic Parish in Denver, Holy Rosary Catholic Parish in Denver, Jewish Community Center Grand Junction, Jewish Community Center of Denver, Jewish Life Center, Jordan Chapel AME Church, Life Pointe Church, Monument Presbyterian Church, New Life Church, Or Hadash of Northern Colorado, Inc. dba Temple Or Hadash, Our Father Lutheran Church, Our Saviour's Lutheran Church (OSLC), Peak City Church, Pikes Peak

Metropolitan Community Church (PPMCC), Presbyterian Community Church of the Rockies, Pulpit Rock Church, Radiant Church - Assemblies of God, Rocky Mountain Islamic Center, Saint Elizabeth of Hungary Catholic Church, Saint John Vianney Theological Seminary, Saint Mark Coptic Orthodox Church of Colorado, South Holly Baptist Church, South Suburban Christian Church (SSC), St. Anthony of Padua Catholic Parish in Denver, St. Bernadette Catholic Parish in Lakewood, St. Clare of Assisi Catholic Parish In Edwards, St. Francis Center, St. James Catholic School, St. Mary Catholic Church, St. Mary Catholic Parish (and School), St. Mary Magdalene Catholic Parish in Denver, St. Therese Catholic School, St. Timothy's Episcopal Church, Sunridge Congregation of Jehovah's Witnesses, Temple Beit Torah, Temple Shalom, Temple Sinai, The Archdiocese of Denver (AOD) Pastoral Center, The Church of Christ the King, The Church of St. Michael The Archangel, The Islamic Center of Fort Collins Inc, The Jewish Resource Center - Chabad of Aspen, The Saint John Paul II Center for the New Evangelization, Timberline Church, United Hebrew Center, United Methodist Church of Estes Park, United Methodist Church of Steamboat Springs, DBA Heart of Steamboat United Methodist Church, Westminster Presbyterian Church, Woodmen Valley Chapel, Yeshiva Toras Chaim Talmudical Seminary-Denver

b.    **Educational Institutions**: Miguel Pro Catholic Academy, Inc., Denver Academy of Torah, Denver Jewish Day School, Divine Redeemer Catholic School, Kohelet

c.   **Healthcare & Medical Centers**: Arkansas Valley Regional Medical Center, Shalom Park, Southeast Colorado Hospital District, UCHealth Northern Colorado Foundation, UCHealth - Parkview Pueblo West Emergency Services, UCHealth - Poudre Valley Hospital, UCHealth - Memorial Central/North Hospital

d.   **Community & Social Services**: CU Boulder Hillel Foundation, Community Center of the Bukharian Jews of Colorado, Holy Spirit Association for the Unification of World Christianity of Colorado, Jewish Family Service of Colorado, Inc, The Salvation Army, a California Corporation, United States Space Foundation, YMCA of the Rockies

e.   **Youth Services**: Black Canyon Boys and Girls Club, Boys & Girls Club of the Pikes Peak Region, Boys and Girls Clubs of Larimer County, Boys and Girls Clubs of Northwest Colorado, Boys and Girls Clubs of San Luis Valley, Boys and Girls Clubs of Weld County, Girl Scouts of Colorado, Ramah in the Rockies

f.   **Housing Services**: Allied Housing Inc DBA Kavod Senior Life, Partners in Housing

_State and Local Cybersecurity Grant Program_

50.   I am familiar with the State and Local Cybersecurity Grant Program ("SLCGP"). SLCGP provides federal funding to States to manage and reduce systemic cyber risk.

51.   SLCGP funding is administered in Colorado by DHSEM.

52.   Because SLCGP grants are formula grants and not competitive grants, each State is entitled to a specific allocation whenever a notice of funding opportunity is posted.

53.     In addition to using SLCGP funds themselves, States may pass SLCGP funds through to subgrantees for the same purposes. DHSEM passes all of its SLCGP funds on to a sub-grantee, the Colorado Office of Information Technology, which in turn passes the funds entirely on to units of local government in Colorado.

54.     Colorado has applied for and received funds from SLCGP since it was created as part of the 2021 Infrastructure Investment and Jobs Act. At this time, DHSEM has three open SLCGP awards from FFYs 2022 to 2024:

        a.     FFY 2022: Original award of $3,223,245.00;

        b.     FFY 2023: Original award of $6,553,216.00; and

        c.     FFY 2024: Original award of $4,843,598.00.

55.     DHSEM intends to apply again for SLCGP funds in FFY 2025.

56.     SLCGP funds help local governments strengthen their cyber defenses, improve incident response capabilities, and protect critical infrastructure from evolving cyber threats. The overall goal of the program is to enable state and local governments to take decisive steps to modernize their approach to cybersecurity.

57.     For example, SLCGP funds are meant to develop (1) endpoint detection and response capabilities and (2) ongoing penetration testing programs. Endpoint detection refers to software that can continuously monitor the activities on all physical devices connected to a network and detect threats as early as possible. Penetration testing refers to hiring cyber-security experts to attempt to break into a computer network to identify vulnerabilities before an attack happens. Many local governments currently lack these core capabilities essential to maintain cybersecurity in an increasingly dangerous environment.

## II. **Other Annual Grants**

58.     DHSEM also serves as the state recipient for additional FEMA programs that, like the preparedness grants, operate on an annual funding model.

*Flood Mitigation Assistance*

59.     I am familiar with Flood Mitigation Assistance ("FMA"). FMA provides financial assistance in the form of grants for planning and carrying out activities designed to reduce the risk of flood damage to structures covered under contracts for flood insurance with the National Flood Insurance Program, with a focus on eliminating the risk of repetitive flood damage.

60.     FMA funding is administered in Colorado by DHSEM.

61.     FMA grants are awarded on a competitive basis to specific sub-applicants, which are generally units of local government. Units of local government present flood mitigation plans to DHSEM, which DHSEM reviews and presents in one combined application to FEMA. FEMA then makes awards based on DHSEM's ranking of the projects, project eligibility, and cost-effectiveness of the projects.

62.     Colorado has applied for and received FMA funds since its creation in the National Flood Insurance Reform Act of 1994.

63.     DHSEM has one open FMA award from FFY 2020:

     a.     FFY 2020: Original award of $451,600.00.

64.     Investments in flood mitigation help to significantly minimize the risk of flooding and the severity of the impacts from flood events, which can reduce the need for state or federal disaster declarations and recovery costs.

65.     FMA funds help units of local government to build planning and management capacity and to undertake both localized and individual flood mitigation projects. Localized projects include drainage pipes, pump stations, and grading, to reduce flood risk in a localized

area. Individual flood mitigation operates at the property level, for instance by allowing local governments to acquire flood-prone properties so that the owners can relocate.

66.     In Colorado, a current project is related to funding a mitigation plan for the Town of Estes Park. The Town regularly deals with significant flooding which has been exacerbated by recent wildfires and the resultant burn scars. This plan will help protect critical infrastructure and lives if in the Town.

### III. Post-Disaster Public Assistance Programs

67.     A number of FEMA grant programs are tied not to an annual application process but rather to the presidential declaration of a major disaster under the Stafford Disaster Relief and Emergency Assistance Act. Typically, a State's governor sends a request for a disaster declaration to FEMA, and the President then either grants or denies the request. The President can also declare a major disaster without a governor's request.

68.     Five major disasters declared by the President in Colorado have active or pending FEMA awards at this time, listed according to the major disaster declaration number ("DR"):

      a.     DR-4145: The disaster declaration for the 2013 floods. The largest natural disaster in state history, which lasted for the period of September 11, 2013- September 30, 2013;

      b.     DR-4498: The disaster declaration for the COVID-19 pandemic, which lasted for the period January 20, 2020 to May 11, 2023;

      c.     DR-4581: Multiple catastrophic wildfires, including the Cameron Peak and East Troublesome Wildfires, that took place in Grand and Larimer counties between September 6, 2020 and November 5, 2020;

d. DR-4634: The Marshall Fire, wildfires and straight-line winds that destroyed over a thousand homes in Boulder County between December 30, 2021 and January 7, 2022; and

e. DR-4731: Severe storms, flooding, and tornadoes that took place across eastern Colorado between June 8, 2023 and June 23, 2023.

69. FEMA provides critical funding for Colorado communities to recover after a major disaster through a number of programs, including those discussed below. As shown by the above list, major disasters can arise from storm activity that typically intensifies during the upcoming summer months.

70. In total, as to the five major disasters above, FEMA has obligated over $2.6 billion in federal funds to help Colorado communities recover from these devastating events.

*Public Assistance Program*

71. I am familiar with the Public Assistance Program. After the President makes a major disaster declaration, the Public Assistance Program provides federal funding to States and other eligible recipients to help communities pay for emergency work in the immediate aftermath of a disaster and also to complete more long-term recovery work.

72. After a major disaster, DHSEM, as the state recipient for Public Assistance funds, develops a list of impacts that the disaster has had on Colorado. FEMA and DHSEM work to develop detailed damage descriptions, which ultimately become the basis on which FEMA determines the amount of funding that will be made available.

73. FEMA awards funds based on the validated cost of the scope of work developed by DHSEM and approved by FEMA. Typically, FEMA will then cover 75% of the eligible costs, with the state recipient responsible for the remaining 25%.

74.     In addition to using Public Assistance funds themselves, States may pass Public Assistance funds through to subgrantees as part of the approved scope of work.

75.     By following the above process, Colorado has obtained an allocation of Public Assistance funds every time the President has approved a major disaster in Colorado.

76.     DHSEM has 5 open Public Assistance awards:

     a.     DR-4145: Award amount of $370,745,201.49;

     b.     DR-4498: Original award of $2,171,120,193.07;

     c.     DR-4581: Original award of $40,647,535.15;

     d.     DR-4634: Original award of $52,592,294.27; and

     e.     DR-4731: Original award of $18,026,620.75.

77.     DHSEM intends to apply again for Public Assistance funds whenever there is an eligible major disaster affecting Colorado, which could happen at any time.

78.     Public Assistance funding provides crucial immediate support for Colorado communities after presidentially declared major disasters. The allowable emergency work immediately after a disaster includes extraordinary life-saving measures like search and rescue and distribution of food aid, as well as debris removal. In the longer term, Public Assistance funds "permanent work," which refers to efforts to repair eligible roads, bridges, water control facilities, buildings and equipment, utilities, ports, recreational areas, and other physical infrastructure.

79.     In Colorado, the Public Assistance Program has proven indispensable, helping communities save lives, recover faster, and rebuild stronger and more resilient systems in the face of devastation. The FEMA Public Assistance (PA) grant program provides unique and essential benefits for comprehensive community recovery that cannot be replicated by other sources. The PA program serves as the primary federal mechanism enabling communities to not just repair, but

often significantly improve, their public infrastructure and restore essential services following a major disaster.

        a.     The key benefits realized through the PA program include:

        b.     Restoration of Critical Services: PA funding is instrumental in rapidly repairing and restoring essential public infrastructure – such as roads, bridges, power grids, water treatment and distribution systems, communication networks, hospitals, and emergency response facilities. This restoration is foundational for public health, safety, and the basic functioning of the community.

        c.     Facilitation of Economic Recovery: By rebuilding the infrastructure backbone, PA grants enable local economies to recover more effectively. Functioning roads, utilities, and public facilities allow businesses to reopen, maintain operations, preserve jobs, and restore the local tax base – all vital components of long-term economic health.

        d.     Enhanced Community Resilience: A significant benefit of the PA program is the integration of Section 406 hazard mitigation funding. This allows communities to rebuild damaged infrastructure not just to pre-disaster conditions, but often to higher standards incorporating resilience measures against future hazards. This investment reduces future vulnerability, minimizes damage in subsequent events, and ultimately lowers long-term recovery costs for both the community and federal taxpayers.

e.     Significant Financial Leverage: PA grants typically cover at least 75% of eligible costs, providing substantial financial leverage that allows state, tribal, and local governments to undertake necessary, large-scale infrastructure projects that would otherwise be fiscally impossible. This is particularly crucial for rural communities which, as documented by GAO and other research, often have limited local revenue streams and borrowing capacity to address multi-million-dollar infrastructure needs post-disaster. For these communities, PA is often the sole pathway to achieving resilient infrastructure and restoring vital services.

f.     Support for Community Stability: The visible progress enabled by PA-funded reconstruction projects – restoring schools, parks, roads, and essential services – contributes significantly to community morale and stability, helping to retain residents and providing a tangible sense of recovery and forward momentum.

g.     In the context of the major disaster declarations impacting Colorado over the past decade, the benefits derived from FEMA PA – restored essential services, economically enabling infrastructure repairs, and opportunities for enhanced resilience – were critical factors in the recovery trajectory of affected communities, especially the State's rural communities. Without access to the benefits provided by the PA program, the necessary infrastructure restoration would have been severely delayed or impossible, fundamentally hindering the overall recovery.

*Hazard Mitigation Grant Program*

80. I am familiar with the Hazard Mitigation Grant Program (HMGP). After the President makes a major disaster declaration, HMGP provides federal funding to States to develop hazard mitigation plans and rebuild in a way that reduces future disaster losses in the communities affected by the declared disaster.

81. HMPG funding is administered in Colorado by DHSEM.

82. Because HMPG grants are formula grants and not competitive grants, a State is entitled to a specific allocation determined by regulation following a major disaster declaration.

83. In addition to using HMPG funds themselves, States may pass HMPG funds through to subgrantees for the same purposes. Local governments as well as eligible private, nonprofit organizations apply to DHSEM, which in turn sends applications on to FEMA for approval.

84. DHSEM has eight open HMPG awards:

  a. DR-4498: Award of $21,011,762.95;

  b. DR-4731: Award of $3,713,732.11;

  c. DR-4581: Award of $1,693,358.52;

  d. FM-5423: Award of $187,359.83;

  e. FM-5378: Award of $1,758,999.65;

  f. DR-4634: Award of $11,386,722.59;

  g. FM-5524: Award of $499,948.40; and

  h. FM-5334: Award of $719,094.00.

85. DHSEM intends to apply again for HMPG funds whenever there is an eligible major disaster or eligible fire declaration affecting Colorado, which could happen at any time.

86.    HMGP funds are invaluable to local mitigation actions and planning efforts to reduce or eliminate the long-term risk to people, property, and infrastructure from natural hazards. One example of this is the City of Colorado Springs' Palmer Park Channel Stabilization Project under HMGP 4731- the presidentially-declared disaster in August 2023. The project will protect public infrastructure from a 100-year flood event, including Colorado Springs Utilities gas, water, sanitary, and electric lines as well as the City's Space Village Drive. It will prevent costly repairs and service losses. This includes, in the event of an emergency, an estimated one-day loss of water and electric services, five days of gas and sanitary service losses to install a temporary bypass, and twelve months to design and repair a 30-inch sanitary sewer main line and Space Village Drive. This project has a total cost of $5.7 million ($4.29 million federal, $714,000 state, and $714,000 local) and provides over $15.4 million of benefits, a return on investment of 2.7:1. Another example project is the Loveland Fire Rescue Authority's Hazardous Fuels Reduction project under HMGP Post-Fire 5524, the FEMA-declared Fire Management Assistance Grant of 2024. This area suffered some damage during the Cameron Peak Fire and revealed greater potential losses in the area to wildfire. This project will reduce hazardous fuels along 47 miles of critical road infrastructure and adjacent private properties to provide a safer environment for thousands of residents and businesses. It will also protect critical community infrastructure, including: 41 dams, 35 schools, 15 fire and EMS stations, 4 hospitals, 4 power plants, 3 wastewater treatment plants, and a water treatment plant. This project has a total cost of $1.5 million ($1.14 million federal, $190 thousand state, and $190 thousand local) and provides over $7 million of benefits, a return on investment of $4.57 in savings for every $1.00 invested.

## IV.    Harms To The State Caused By DHS's Funding Conditions

87.    On March 27, 2025, the federal Department of Homeland Security (DHS) posted a new version of its Standard Terms and Conditions applicable to new federal awards ratified in

FFY 2025. Because FEMA is a component of DHS, these new Standard Terms would apply to any grant agreement executed under the programs described above.

88.     The 2025 Standard Terms and Conditions include a new Section IX titled "Communication and Cooperation with the Department of Homeland Security and Immigration Officials." The new Section IX seeks certain commitments not only from all "recipients," but also from "other recipients of funds under this award," which would include all the units of local government and nonprofit organizations who might be sub-grantees of DHSEM.

89.     Among other things, the new Section IX purports to require grantees and sub-grantees to "honor requests for cooperation, such as participation in joint operations, sharing of information, or requests for short term detention of an alien pursuant to a valid detainer" and not to "leak or otherwise publicize the existence of an immigration enforcement operation."

90.     I understand that DHSEM is unable to comply with the federal government's new funding conditions.

91.     Even if it were able to comply, DHSEM would be required to monitor compliance with DHS's new conditions as to all its many sub-grantees of DHSEM awards. Currently, DHSEM has approximately 250 subrecipients with active projects. Although DHSEM does not have the funds, DHSEM would have to hire additional personnel to determine whether it is possible to monitor compliance with the new funding conditions, and how such monitoring will take place, as well as additional personnel to conduct such monitoring on an ongoing basis.

92.     In the event DHSEM is unable to comply with the federal government's new funding conditions, Colorado would be unable to receive FY2025 FEMA funds, depriving the State of over $27 million in annual funds, frustrating its ability to fulfill all of the crucial functions detailed above and jeopardizing public safety throughout Colorado. DHSEM would also be unable

21

to access disaster relief funds for any future disasters. As noted above, since 2013, FEMA has obligated over $2.6 billion in disaster relief funds, including critical funding for Colorado communities to recover after catastrophic storms and wildfires, activity that typically intensifies during the upcoming summer months.

93.     The Homeland Security Grant Program funds police, fire, emergency services, and public works mutual aid organizations. *See supra* ¶¶ 14-22. These organizations rely on Homeland Security Grant Program funding for their operating budgets and would be forced to significantly diminish operations if FEMA cuts off funding.

94.     The Emergency Management Performance Grant program funds the salaries of state and local emergency management staff as well as equipment and facilities. *See supra* ¶¶ 33-41. Local emergency management agencies in Colorado could be shut down if EMPG funding is discontinued. These local emergency management agencies are the first line of defense during a disaster. At the state level, DHSEM operations could likewise be decimated, leaving no state entity to coordinate disaster response.

95.     The Nonprofit Security Grant Program funds critical security measures for hundreds of nonprofit organizations like houses of worship, private schools, community organizations, and hospitals. *See supra* ¶¶ 42-49. These organizations generally lack any other source of funds to implement such measures absent FEMA funding, and the work will not be completed. A cut-off of funds would significantly hinder efforts to safeguard these vulnerable faith-based and civic organizations during a period of heightened risk of violent domestic extremism.

96.     The Homeland Security Grant Program – Urban Areas Security initiative enhances the Colorado Information and Analysis Center (CIAC) capabilities within high-risk urban areas,

particularly through the Cyber Unit, which delivers critical services including cybersecurity vulnerability assessments, security-awareness training, and cyber-incident response support to local governments and essential infrastructure partners, and through the CIAC's Watch Center operations, which ensures continuous, real-time monitoring and dissemination of critical threat information. *See supra* ¶ 32. These functions are heavily reliant on FEMA funds, so their termination could leave the Denver metropolitan area vulnerable during a disaster.

97.     The State and Local Cybersecurity Grant Program provides funding to help local governments strengthen their cyber defenses. *See supra* ¶¶ 50-57. There is no substitute stream of funding if SLCGP dollars are cut off. The discontinuation of SLCGP funding would immediately hamper efforts to safeguard local governments against cybersecurity attacks from both criminal actors and hostile nation-states    .

98.     Public Assistance and Hazard Mitigation grants provide crucial support to state and local governments and individuals in the wake of a presidentially declared major disaster. *See supra* ¶ 71-86. The denial of such funding to Colorado would severely hamper the ability of Colorado communities to recover from the next natural disaster, which could come at any time.

99.     The State does not have the budgetary resources or flexibility to make up for the lost funding should it be unable to apply for and receive FFY 25 grants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of May, 2025, in Centennial, Colorado.

Michael Haney
Director, Office of Grants Management
Colorado Division of Homeland Security and Emergency
    Management

24