STATE OF ILLINOIS, et al.,

     *Plaintiffs*,

  v.            No. 1:25-cv-206-WES-PAS

FEDERAL EMERGENCY
MANAGEMENT AGENCY, et al.,

     *Defendants.*

# EXHIBIT 41

## Declaration of Jackie Bray

## DECLARATION OF JACKIE BRAY

1.      I am the Commissioner of the New York State Division of Homeland Security and
Emergency Services (DHSES or Division) and have the authority to administer the duties and
powers of the Division as set forth in New York State Law including oversight and management
of the Grants Program Administration (DHSES/GPA) and Disaster Recovery Programs
(DHSES/DRP). DHSES/GPA administers United States Department of Homeland
Security/Federal Emergency Management Administration (FEMA) Preparedness Grants (FEMA
Preparedness Grants) and DHSES/DRP administers FEMA Pre-disaster Preparedness Grants and
Post-disaster Recovery Grants (Recovery Grants) on behalf of New York State. I have held this
position, or as Acting Commissioner, since November 2021. As DHSES' Commissioner, I am
familiar with the FEMA Preparedness Grants Program and Recovery Grants and work regularly
with DHSES/GPA and DHSES/DRP in administering these Programs. I have personal
knowledge of the matters set forth below or have knowledge of the matters based on my review
of information and records gathered by my staff.

2.      I submit this declaration to explain the significant negative impacts to New York
State (State) if FEMA Preparedness Grants and Recovery Grants are withheld or restricted.

3.      New York State faces a persistent and ongoing threat of terrorism as demonstrated
by the number of terrorist attacks and attempts that have targeted the State since the creation of
the FEMA Preparedness Grant Program shortly after September 11, 2001 (9/11). New York has
been repeatedly targeted by foreign terrorist organizations (FTOs), homegrown violent
extremists (HVEs), and domestic violent extremists (DVEs).  The following attacks and plots
illustrate FTO(s), HVE(s) and DVE(s) sustained focus on targeting the State:

1

a. In September 2002, six Yemeni-Americans were arrested in Lackawanna (outside Buffalo) and eventually pled guilty to charges of providing material support to al-Qa'ida. The group had traveled overseas to an al-Qa'ida training camp in Afghanistan and prior to the 9/11 attacks.

b. In September 2009, Najibullah Zazi was arrested in connection with a plot to use triacetone triperoxide (TATP) based explosives to bomb the New York City Subway. In January 2010, two co-conspirators – Zarein Ahmedzay and Adis Medunjanin – were arrested in connection with the plot. The men received direction and training from al-Qa'ida operatives overseas. Zazi pleaded guilty to conspiracy to use weapons of mass destruction (explosive bombs) against persons or property in the United States, conspiracy to commit murder in a foreign country, and providing material support to al-Qa'ida. Ahmedzay pleaded guilty to the following violations: conspiracy to use a weapon of mass of destruction (explosive bombs) against persons or property in the United States; conspiracy to commit murder in a foreign country; and providing material support to a foreign terrorist organization, namely al-Qa'ida. Medunjanin was convicted at trial on charges of conspiring to use weapons of mass destruction, conspiring to commit murder of U.S. military personnel abroad, providing and conspiring to provide material support to al-Qa'ida, receiving military training from al-Qa'ida, conspiring and attempting to commit an act of terrorism transcending national boundaries, and using explosives in relation to these offenses.

c. In September 2016, Ahmad Khan Rahimi was arrested after planting and detonating IEDs in the Chelsea neighborhood of Manhattan and in Seaside New Jersey. In October 2017, Rahimi was convicted of using a weapon of mass destruction and other crimes.

d. In October and November 2018, Cesar Sayoc sent 16 IEDs through the mail to addresses in New York, New Jersey, Washington, DC, Delaware, Atlanta, and California. Targets in New York included packages addressed to Hilary Clinton, George Soros, and CNN's NYC office. In March 2019, Sayoc pleaded guilty to 65 felonies, including 16 counts each of using a weapon of mass destruction, the illegal mailing of explosives with intent to kill or injure another and other crimes.

e. In December 2019, Grafton E. Thomas was arrested following a stabbing attack the home of Rabbi Chaim Rottenberg in Monsey, NY which resulted in the death of Rabbi Josef Neumann and injuries to four others. Thomas was charged with Domestic Terrorism Motivated by Hate in the First Degree under New York State law, amongst other charges. Federally, Thomas was charged with a hate crime including Hate Crime Resulting in Death.

f. In April 2022, Frank James committed a shooting on the northbound N train on the New York City Subway in Sunset Park, Brooklyn resulting in 29 injuries. James had online posts espousing various extremist beliefs, conspiracy theories, and grievances. In January 2023, James pleaded guilty to 10 counts of committing a terrorist attack or other violence against a mass transportation

3

vehicle—one count for each gunshot victim—and one count of discharging a firearm in furtherance of his attack.

g.  In May 2022, Payton Gendron carried out a mass shooting at a Tops Friendly Markets location in a predominately Black neighborhood of Buffalo, NY, killing 10 Black New Yorkers and injuring 3 others. Writings left behind by the shooter indicated racially motivated violent extremist white supremacist (RMVE-WS) beliefs and adherence to the racist Great Replacement Theory. Gendron faces both state and federal charges. In July 2022, a federal grand jury charged Gendron on a 27-count indictment including 14 violations of the Matthew Shepard and James Byrd Jr. Hate Crimes Prevention Act (Shepard-Byrd Act) and 13 firearms offenses In November 2022, Gendron pleaded guilty on state charges to 10 counts of first-degree murder, three counts of attempted murder in the second degree as a hate crime, one count of criminal possession of a weapon, and the domestic terrorism motivated by hate charge. Gendron awaits trial on federal charges where the DOJ is seeking the death penalty.

h.  In August 2022, Hadi Matar stabbed author Salman Rushdie during a public speaking engagement at the Chautauqua Institution in Chautauqua, NY. In July 2024, Matar was indicted on federal charges of attempting to provide material support to Hizballah, a designated foreign terrorist organization; engaging in an act of terrorism transcending national boundaries; and providing material support to terrorists. According to the court documents and statements made by the government in court, Matar attempted to provide material support and resources to Hizballah by attempting to carry out a fatwa calling for the

execution of Salman Rushdie, which Matar understood was endorsed by Hizballah. In February 2025, a jury convicted Matar on state charges of attempted murder and assault.

4.      These are just a some of the terrorist plots and attacks that have occurred in New York State. The frequency of attacks over an extended period of time demonstrates that FTO(s), HVE(s) and DVE(s) remain intent and determined to target New York.

5.      The March 2025 Annual Threat Assessment of the U.S. Intelligence Community issued by the Office of the Director of National Intelligence reports that "[t]errorist and transnational criminal organizations are directly threating our citizens." It also states that "Al-Qa'ida maintains its intent to target the United States and U.S. citizens across its global affiliates."

6.      New York State has had more FTO directed, enabled, and inspired attacks against it than any other state.

7.      New York State has had the most ISIS related arrests with 41 arrests. The next highest state is Florida with 23 ISIS related arrests.

8.      There have been 19 DVE attacks and plots in New York State during 2010-2023.

9.      Consequently, the withholding of funding will have a particularly harmful effect on New York State as historically the most frequently targeted state by terrorist organizations that are reported to maintain their intent to target the United States. The loss of this funding will diminish State and local counterterrorism capabilities at a time terrorist organizations are directly threatening our country.

10.     DHSES is a New York State executive-branch agency responsible for, inter alia, developing the State's counter terrorism policies, protocols and strategies and consulting with

State agencies, local governments and private entities to prevent, detect, respond to and recover from terrorist acts or threats and other natural and man-made disasters. DHSES is designated as the State Administrative Agency responsible for the coordination and submission of New York State's Preparedness Grants' application to FEMA on behalf of the State and local governments. DHSES is also designated as the Grantee responsible for the coordination and administration of New York State's Recovery Grants on behalf of the State and local governments.

11.     FEMA categorized the following grant programs as FEMA Preparedness Grants, all of which are administered by DHSES: the State Homeland Security Program (SHSP); the Urban Areas Security Initiative (UASI); the Emergency Management Performance Grant (EMPG); the Emergency Management Performance Grant-American Rescue Plan Act (EMPG-ARPA); the Emergency Operations Center Grant Program (EOC); the Nonprofit Security Grant Program (NSGP); the Regional Catastrophic Preparedness Grant Program (RCPGP); the State and Local Cybersecurity Grant Program (SLCGP); and the Targeted Violence and Terrorism Prevention (TVTP) Grant Program.

12.     FEMA Pre-disaster Preparedness and Recovery grant programs include Flood Mitigation Assistance, Public Assistance, Disaster Case Management, and the Hazard Mitigation Grant Program, all of which are administered by DHSES.

*Preparedness Grants*

13.     FEMA releases notices of funding opportunities (NOFO(s)) for FEMA Preparedness Grants. Once FEMA releases a NOFO, DHSES can apply for an award by submitting a timely application.

14.     For FEMA Preparedness Grants, DHSES typically receives an award within four months of its application, while HMEP and PERG awards typically take up to six months. The

6

term of the FEMA Preparedness Grant awards are generally three years, meaning that the award remains open for a three-year period for completing reimbursable activities. Any program activities supported by the awarded funds must be completed within the time the award remains open.

15.     Upon issuance of a FEMA Award Letter, or in the case of HMEP and PERG grants entering into Assistance Agreements, DHSES coordinates the distribution of funding to local governments and communicates the terms, conditions and permissible uses of such funding. DHSES monitors grant recipients use of FEMA Preparedness Grant funding through reporting requirements and fiscal/programmatic monitoring site visits. DHSES leads these efforts on behalf of the State.

16.     In FFY 2023, DHSES was awarded $310,647,381 in FEMA Preparedness Grant funding for the grant programs listed in paragraph 11 of this Declaration.

17.     In FFY 2024, DHSES was awarded approximately $288,667,222 in FEMA Preparedness Grant funding for the grant programs discussed in paragraph 11 of this Declaration.

18.     Since FFY 2002, the FEMA Preparedness Grants have provided the State with critical financial assistance to develop homeland security/counterterrorism programs designed to prevent, detect, respond to and recover from terrorist acts and threats. This funding has also been vital to protecting critical infrastructure sites and systems from terrorist attacks and other threats.

19.     In the last five fiscal years, over $702,000,000 in FEMA preparedness funding has supported New York State and law enforcement terrorism prevention activities.

20.     The withholding or restriction of these funds would have significant deleterious consequences on the State's counter terrorism programs and initiatives and endanger public safety. The State's counter terrorism programs have been developed over decades with the

assistance of federal funds and resources that are now at risk of unraveling if this funding is withheld or restricted.

*Homeland Security Grant Program – State Homeland Security Program*

21.     I am familiar with the Homeland Security Grant Program, and in particular its sub-component the State Homeland Security Program. The SHSP provides federal funding to States to build, sustain, and deliver the capabilities necessary to prevent, prepare for, protect against, and respond to acts of terrorism.  Sustainment costs are outlined as allowable costs within the NOFO and FEMA's Preparedness Grants Manual.

22.     SHSP funding is administered in the State by DHSES.

23.     As SHSP grants are formula grants and not competitive grants, the FEMA Administrator is required to obligate a minimum allocation of SHSP funding to each State.

24.     States must make available least 80% of SHSP funds for county or local law enforcement agencies, first responders and emergency management offices.

25.     DHSES, or one of its predecessor agencies, has applied for and received funds from the SHSP since its creation in the Homeland Security Act of 2002.

26.     DHSES has five open SHSP awards from FFYs 2020 to 2024:

   a.  FFY 2020: Award of $73,968,000;

   b.  FFY 2021: Award of $70,639,800.00;

   c.  FFY 2022: Award of $68,033,267.00;

   d.  FFY 2023: Award of $68,033,267.00; and

   e.  FFY 2024: Award of $61,229,940.00.

27.     DHSES intends to apply again for SHSP funds in FFY 2025.

28.     SHSP funds support DHSES' administration and management of terrorism and targeted violence prevention grants and 12 local FBI-certified bomb squads to detect and respond to explosive incidents throughout that State. The loss of this funding will severely hamper the State's bomb detection and response capabilities. The loss of SHSP funding would leave NYS Police as the lone certified bomb squad in the State outside of federal resources.

29.     SHSP funding has also been critical in the State's establishment of local specialty teams. These teams include explosive detection canine teams, tactical teams, and HazMat teams. Likewise, these capabilities would be severely affected, and may cease operating, without SHSP funding. SHSP funding also supports the State's Strategic Police Intelligence Driven Response (SPIDER) border security operations that bring local, county, state, tribal and federal law enforcement stakeholders together for intelligence driven operations along the State's borders. The SPIDER program would be deeply impacted without SHSP funding.

30.     SHSP funding supports the operations of the State's only fusion center, the New York State Intelligence Center (NYSIC). This funding is critical to supporting incident command operations, radiation interdiction efforts, cybersecurity activities, weapons of mass destruction (WMD)/chemical, biological, radiological, nuclear, and explosive programs and staffing for intelligence analysts. This funding also covers the equipment needed to monitor for cybersecurity attacks, detect/identify terrorist activities and conduct terrorism investigations. Applicants for this funding are required to include at least one dedicated fusion center project.

31.     Moreover, SHSP funding supports citizen preparedness initiatives across the State. This initiative trains citizens on how to react and respond terrorist incidents, which makes State response efforts more effective and efficient. The loss of SHSP funding would leave

citizens less informed and aware of how to respond to these incidents and lead to more chaotic response environments.

32. The loss of SHSP funding would reduce the State's capabilities in cybersecurity detection and response and in critical infrastructure protection. Security at mass gathering events and law enforcement and emergency management preparedness and response to terrorist activity at the local level would suffer as well.

*Homeland Security Grant Program – Urban Area Security Initiative*

33. I am familiar with the Homeland Security Grant Program, and in particular its sub-component the Urban Area Security Initiative (UASI). UASI serves many of the same overall purposes as the SHSP, but it focuses its resources on high-threat, high-density urban areas. FEMA determines the eligible urban areas through an analysis of relative risk of terrorism faced by the 100 most populous Metropolitan Statistical Areas in the United States.

34. UASI funding is administered in the State by DHSES.

35. Upon the approval of the UASI grant application, the FEMA Administrator is required to distribute UASI funds to the State in which the high-risk urban area is located.

36. New York State has one eligible high-threat, high-density urban area, the New York City Metropolitan Statistical Area. DHSES passes approximately 90% of UASI funds on to law enforcement agencies, other first responders and emergency preparedness offices, and fire departments in the greater New York City area.

37. DHSES, or one of its predecessor agencies, has applied for and received funds from UASI since its creation in the Homeland Security Act of 2002.

38. DHSES has five open UASI awards from FFYs 2020 to 2024:

    a. FFY 2020: Award of $178,750,000.00;

    b. FFY 2021: Award of $178,750,000.00;

    c. FFY 2022: Award of $176,599,000.00;

    d. FFY 2023: Award of $173,950,017.00; and

    e. FFY 2024: Award of $156,131,176.00.

39. DHSES intends to apply again for UASI funds in FFY 2025.

40. UASI provides funding for the same services discussed above with regard the SHSP, with a particular focus on sub-grantee agencies in the New York City area. For instance, DHS and FEMA set the same funding priorities for FFY 2024 UASI funds as it set for FFY 2024 SHSP funds.

41. UASI monies provide critical funding for the New York City agencies of Office of Emergency Management, the FDNY, New York City Office of Technology and Innovation, and the NYPD.

42. In addition, DHSES retains about 10% of UASI funds to provide similar support to the New York City metropolitan statistical area directly, including support targeted to areas not within the boundaries of New York City including: Westchester County, Nassau County, Suffolk County and Port Authority of New York and New Jersey.

43. UASI funding supports DHSES' management and administration of this grant.

44. The capacities of local specialty teams such as, explosive detection canine teams, tactical teams and HazMat teams are funded with UASI dollars.

45. UASI funding further supports border and port security at the local and State agency level, cybersecurity detection and response, critical infrastructure protection, security at mass gathering events and law enforcement and emergency management preparedness.

46. Citizen preparedness initiatives are also funded with UASI dollars.

47.     UASI funding supports the State's Division of Military and Naval Affairs' (DMNA) Joint Task Force Empire Shield (JTFES), which is a program using National Guard members to provide additional security around soft targets and mass transportation and crowded locations in NYC.

*Emergency Management Performance Grant Program*

48.     I am familiar with the Emergency Management Performance Grant Program (EMPG). EMPG provides federal funding to States to assist state, local, tribal, and territorial emergency management agencies in enhancing and sustaining all-hazards emergency management capabilities.

49.     EMPG funding is administered in the State by DHSES.

50.     Because EMPG grants are formula grants and not competitive grants, each State is entitled to a specific allocation whenever a NOFO is posted.

51.     In addition to using EMPG funds themselves, States may pass EMPG funds through to subgrantees for the same purposes. DHSES passes approximately 49% of EMPG funds on to county or local emergency management offices.

52.     DHSES has three open EMPG awards from FFYs 2022, 2023 and 2024:

    a.  FFY 2022: Award of $17,687,743.00;

    b.  FFY 2023: Award of $15,105,029.00; and

    c.  FFY 2024: Award of $13,481,216.00.

53.     DHSES intends to apply again for EMPG funds in FFY 2025.

54.     EMPG funds DHSES' statewide coordination efforts in response to disaster emergencies or mass casualty events to include communications, facilities, and vehicles for disaster response, including training and exercise support for man-made and natural disasters.

12

55. The amounts passed through to localities under the EMPG program funds local emergency managers as well as software and communications to support local emergency response. Without these funds, local jurisdictions will not have sufficient funding to staff emergency management positions or support and develop emergency management programs, operations plans, and exercise plans, which prepare communities to better respond and recover from man-made and natural disaster emergencies.

56. EMPG monies fund the recurring costs for the software program used at the State Emergency Operations Center, which is essential in the State's coordination and management of strategic and operational activities when responding to disaster emergencies.

*State and Local Cybersecurity Grant Program*

57. I am familiar with the State and Local Cybersecurity Grant Program (SLCGP). SLCGP provides federal funding to States to manage and reduce systemic cyber risk.

58. SLCGP funding is administered in the State by DHSES.

59. Because SLCGP grants are formula grants and not competitive grants, each State is entitled to a specific allocation whenever a NOFO is posted.

60. In addition to using SLCGP funds themselves, States may pass SLCGP funds through to subgrantees for the same purposes. DHSES will also use this funding to provide shared services to units of local government in New York State.

61. New York State has applied for and received funds from SLCGP since it was created as part of the 2021 Infrastructure Investment and Jobs Act. At this time, DHSES has three open SLCGP award from FFY 2022 to FFY 2024:

   a. FFY 2022: Award of $5,810,605.00;

   b. FFY 2023: Award of $11,588,894.00;

c. FFY 2024: Award of $8,892,219.00.

62.      DHSES intends to apply again for SLCGP funds in FFY 2025.

63.      SLCGP funds help State and local governments to strengthen their cyber defenses, improve incident response capabilities, and protect critical infrastructure from evolving cyber threats. The overall goal of the program is to enable State and local governments to take decisive steps to modernize their approach to cybersecurity.

64.      In New York State, SLCGP funds will be used to provide locals with shared services and utilize the State share funding for cybersecurity training, equipment and conduct planning for cybersecurity policies and plans.

*Emergency Management Operations Center Grant Program*

65.      I am familiar with the Emergency Management Operations Grant Program (EOC). EOC provides funds to improve emergency management and preparedness capabilities by supporting flexible, sustainable, secure, strategically located and fully interoperable EOCs with a focus on addressing identified deficiencies and needs.

66.      EOC funding is administered in the State by DHSES.

67.      EOC grants are earmarked grants, which New York State has received since FFY 2022. DHSES, or one of its predecessor agencies, has applied for and received funds from FFY 2008 to FFY 2011, when the program was ended.

68.      DHSES passes EOC funds on to several cities, counties, towns, villages, and the City University of New York.

69.      At this time, DHSES has three open EOC awards:

a. FFY 2022: Award of $3,825,000.00;

b. FFY 2023: Award of $3,751,813.00;

14

c. FFY 2024: Award of $4,058,000.00.

70.    DHSES intends to apply again for EOC funds in FFY 2025.

71.    The loss of this funding would diminish the operational capabilities of local EOC(s) and consequently life/safety emergency response capabilities during disaster emergencies.

*Nonprofit Security Grant Program (NSGP)*

72.    I am familiar with the Nonprofit Security Grant Program (NSGP). The NSGP provides funding for target hardening activities to protect nonprofit (501(c)(3)) organizations. For example, NSGP awards have been used to help synagogues in New York State to purchase security cameras, hire security guards, and install fencing, among other activities. While this funding is provided specifically to high-risk nonprofit organizations, the program seeks to integrate nonprofit preparedness activities with broader state and local preparedness efforts.

73.    NSGP funding is administered in the State by DHSES.

74.    NSGP grants are competitive grants, which the State has applied for and received funds starting in FFY 2005 and then continuously during the period from FFY 2007 to FFY 2024. The State did not receive an award in FFY 2006.

75.    DHSES scores and ranks nonprofit organizations eligible receive for NSGP; FEMA subsequently scores and awards these grants for DHSES to administer.

76.    New York State nonprofits have received awards under this program from the period FFY 2020 to FFY 2024.

77.    At this time, DHSES has five open NSGP awards:

a. FFY 2020: Award of $17,028,598.00;

b. FFY 2021: Award of $33,399,557.00;

15

c. FFY 2022: Award of $48,519,548.00;

d. FFY 2023: Award of $37,921,795.00;

e. FFY 2024: Award of $44,874,671.00.

78.     DHSES intends to continue to coordinate and encourage nonprofits to apply for NSGP funds in FFY 2025 to protect vulnerable facilities at risk of terrorist or other extremist attacks.

*Targeted Violence and Terrorism Prevention (TVTP) Grant Program*

79.     I am familiar with the Targeted Violence and Terrorism Prevention (TVTP) Grant Program. The TVTP program seeks to develop sustainable, multidisciplinary TVTP capabilities in local communities, pilot innovative prevention approaches, and identify prevention best practices that can be replicated in local communities. The TVTP program uses funding to develop programs to counter violent extremists' influence online, develop prevention frameworks with SLTT partners to enhance their ability to identify and respond to individuals at risk of mobilizing to violence, and develop and implement recidivism reduction programming to address individuals convicted of crimes related to terrorism and targeted violence.

80.     This is a nationwide competitive program that New York State was awarded funding in FFY 2022 in the amount of $500,000.00; and in FFY 2023 in the amount of $296,566.00.

81.     This funding has been a critical resource for New York State and local government efforts to identify, mitigate, and prevent threats of targeted violence.

*Pre-Disaster Preparedness Grant*

82.     DHSES also serves as the State recipient for non-disaster FEMA hazard mitigation assistance that, similar to the preparedness grants, operates on an annual funding model, with NOFOs issued throughout the year.

*Flood Mitigation Assistance*

83.     I am familiar with Flood Mitigation Assistance (FMA). FMA provides financial assistance in the form of grants to state and local governments for planning and projects designed to reduce the risk of flood damage to structures covered under contracts for flood insurance with the National Flood Insurance Program.  This grant focuses on eliminating the risk of repetitive flood damage.

84.     FMA funding is administered in New York State by DHSES.

85.     FMA grants are awarded to states on a nationally competitive basis.  FEMA makes sub-awards to local governments based on FEMA's ranking of the projects, project eligibility, and cost-effectiveness of the projects.

86.     DHSES has applied for and received FMA funds since 1997.

87.     DHSES has three open FMA awards:

      a.  FFY2019: Total award of $457,815.50;

      b.  FFY2020: Total award of $501,764.00;

      c.  FFY2021: Total award of $837,766.88.

88.     DHSES has been notified of pending FFY2023 awards, with an anticipated minimum award amount of $3.7M.

89.     DHSES intends to apply again for FMA funds in FFY 2025.

90.     Investments in flood mitigation help to significantly minimize the risk of flooding and the severity of the impacts from flood events, which can reduce the need for state or federal disaster declarations and recovery costs.

91.     FMA funds supports planning and individual flood mitigation projects, including drainage pipes, pump stations, grading, and seawalls to reduce flood risk. Individual flood mitigation also supports acquisition of flood-prone properties.

*Post-Disaster Assistance Programs*

92.     I am familiar with the FEMA post-disaster grant programs, which are not tied to an annual application process. Rather, post-disaster grants are made available after the President grants a major disaster declaration requested by the Governor of the affected state, pursuant to the Stafford Disaster Relief and Emergency Assistance Act.

93.     New York State has seventeen open major disasters, with FEMA approved work and projects totaling over $35 billion. These disasters are listed below according to the major disaster declaration number (DR):

      a.  DR-4020: Hurricane Irene impacted Central New York and Mid-Hudson Valley – 2011;

      b.  DR-4085: Hurricane Sandy impacted Mid-Hudson, New York City, and Long Island - 2012;

      c.  DR-4129: Mohawk Flooding impacted in sixteen counties - 2013;

      d.  DR-4180: Yate/Penn Yan Flooding impacted 11 Upstate Counties during - 2014;

      e.  DR-4348: Flooding impacted the Lake Ontario area - 2017;

      f.  DR-4397: Severe Storms and Flooding impacted Broome, Chemung, Chenango, Delaware, Schuyler, Seneca, and Tioga Counties - 2018;

g.  DR-4472: Severe Storms, Straight-line Winds and Flooding impacted Central and Western New York - 2019;

h.  DR-4480: COVID-19 Pandemic, which impacted the entire State - 2020;

i.  DR-4567: Tropical Storm Isaias impacted the Mid-Hudson, New York City, and Long Island regions on August 4, 2020;

j.  DR-4615: Remnants of Hurricane Ida impacted the mid-Hudson, New York City, and Long Island regions - 2021;

k.  DR-4625: Remnants of Tropical Storm Fred impacted Western New York - 2021;

l.  DR-4694: Severe Winter Storm and Snowstorm impacted Upstate New York and Long Island - 2022;

m.  DR-4723: Severe Storms and Flooding impacted Upstate and the Mid-Hudson region – 2023;

n.  DR-4755: Severe Storms and Flooding impacted the Mid-Hudson region and New York City – 2023;

o.  DR-4814: Storm, Tornadoes, and Flooding impacted five counties in Upstate New York – 2024;

p.  DR-4825: Remnants of Tropical Storm Debby impacted eleven counties - 2024; and

q.  DR-4839: Severe Storm and Flooding that impacted three counties – 2024.

94.  FEMA provides critical funding for New York State and local communities to recover after a major disaster through recovery grant programs identified below. The majority of the State's major disasters have occurred in the summer months when storm activity is most intense.

*Public Assistance Program*

95.     I am familiar with the Public Assistance Program. After the President makes a major disaster declaration, the FEMA Public Assistance program provides federal grant assistance to the State, local governments, and certain private non-profits to repair and rebuild public infrastructure damaged by the disaster, such as roads, bridges, and public water systems.

96.     The Public Assistance Program is administered in the State by DHSES.

97.     After a major disaster, DHSES, as the state recipient for Public Assistance funds, works with FEMA and sub-grantees to identify damage caused by the disaster and to develop detailed damage descriptions, which ultimately become the basis on which FEMA determines the amount of funding that will be made available.

98.     FEMA obligates funds based on the validated cost of the scope of work developed by DHSES and the sub-grantee and approved by FEMA. Typically, FEMA reimburses 75% of the eligible costs, with the state and or sub-recipient responsible for the remaining 25%. By following the above process, every State may receive Public Assistance funds whenever the President approves a major disaster for that State.

99.     New York State has 17 open Public Assistance awards:

     a.   DR-4020 has obligated projects totaling $563,465,009.89;

     b.   DR-4085 has obligated projects totaling $14,741,597,920.03;

     c.   DR-4129 has obligated projects totaling $68,122,646.67;

     d.   DR-4180 has obligated projects totaling $30,292,725.37;

     e.   DR-4348 has obligated projects totaling $26,297,438.37;

     f.   DR-4397 has obligated projects totaling $31,363,052.30;

     g.   DR-4472 has obligated projects totaling $86,399,922.05;

h. DR-4480 has obligated projects totaling $16,599,201,350.72;

i. DR-4567 has obligated projects totaling $784,975,397.34;

j. DR-4615 has obligated projects totaling $254,473,196.44;

k. DR-4625 has obligated projects totaling $104,969,352.80;

l. DR-4694 has obligated projects totaling $21,470,190.00;

m. DR-4723 has obligated projects totaling $35,885,027.50;

n. DR-4755 has obligated projects totaling $7,562,393.64;

o. DR-4814 has obligated projects totaling $1,299,656.82;

p. DR-4825 has obligated projects totaling $387,680.48;

q. DR-4839 has obligated projects totaling $72,329.58[1].

100. New York State intends to request a major disaster declaration when response and recovery is beyond the capacity and capability of the State and local governments and federal assistance is necessary.

101. Public Assistance funding provides critical recovery funding for New York communities after presidentially declared major disasters. The allowable emergency work immediately after a disaster includes extraordinary life-saving measures including search and rescue, sheltering, distribution of food, and debris removal.

102. In New York State, the Public Assistance Program has proven indispensable in helping communities save lives, recover faster, and rebuild stronger and more resilient systems in the aftermath of disaster. Public Assistance funds permanent work, which includes repairs to eligible roads, bridges, water control facilities, buildings and equipment, utilities, ports,

---

[1] Projects are still being written for DR-4615, DR-4625, DR-4694, DR-4723, DR-4755, DR-4814, DR-4825, and DR-4839, therefore the value of obligated projects will increase significantly as FEMA continues to approve these projects.

recreational areas, and other physical infrastructure. The program ensures that vital public services can be quickly stabilized and rebuilt, such as the restoration of electrical infrastructure damaged by Superstorm Sandy (DR-4085), the repair of the Village of Canton pump station and sewer system and the Village of Malone sewer treatment plant, both damaged by the remnants of Tropical Storm Debby (DR-4825). Additionally, the Public Assistance Program helped affected communities repair severely damaged roadways, rebuild bridges, and repair and replace schools destroyed by flooding.

*Disaster Case Management*

103. I am familiar with the Disaster Case Management (DCM) Program. DCM provides supplemental funding, in addition to the Public Assistance funding, for a State to assist disaster-impacted individuals and families through the recovery process.

104. New York State has received four DCM awards since 2011:

    a. DR-4020: Total award of $4,691,761.83;

    b. DR-4031: Total award of $1,215,819.00;

    c. DR-4085: Total award of $40,839,256.36;

    d. DR-4615: Total award of $3,308,529.47.

105. DHSES intends to apply again for DCM funds whenever there is an eligible major disaster affecting New York, which could happen at any time.

106. Whereas Public Assistance funding focuses on immediate life-saving efforts and physical infrastructure recovery, the DCM program funds case managers who work directly with disaster survivors to develop and carry out the disaster survivor's long-term recovery plan. DCM funding allows DHSES to hire case managers who serve as a single point of contact to identify available resources based on their unmet needs caused by a disaster.

*Hazard Mitigation Grant Program*

107.    I am familiar with the Hazard Mitigation Grant Program (HMGP). A major disaster declaration by the President does not automatically grant HMGP funding to the impacted state. The state must request HMGP when requesting Public Assistance and other federally funded programs. HMGP provides federal grants to state and local governments for mitigation projects aimed at reducing future disaster losses in communities throughout the state.

108.    HMGP funding is administered in New York by DHSES.

109.    HMGP provides funds to states to perform long-term hazard reduction after a major disaster declaration. HMGP funding is calculated using a sliding scale based on the total federal assistance provided after a major declaration and is not to exceed 15 percent of the estimated aggregate amounts of disaster assistance provided.

110.    In addition to using HMPG funds for State projects, DHSES passes HMPG funds through to subgrantees for the same purposes. Local governments as well as eligible private, nonprofit organizations apply to DHSES, which in turn sends applications on to FEMA for approval.

111.    DHSES has 11 open HMPG awards:

    a.  D-4085: Total value of obligated projects $1,397,377,521.78;

    b.  DR-4348: Total value of obligated projects $3,091,373.25;

    c.  DR-4397: Total value of obligated projects $698,703.53;

    d.  DR-4472: Total value of obligated projects $7,418,191.89;

    e.  DR-4480: Total value of obligated projects $177,828,071.74;

    f.  DR-4567: Total value of obligated projects $11,057,334.67;

    g.  DR-4615: Total value of obligated projects $61,299,927.35;

23

     h.   DR-4625: Total value of obligated projects $14,682,675.04;

     i.   DR-4694: Total value of obligated projects $585,000;

     j.   DR-4723: Total value of obligated projects $563,731.25;

     k.   DR-4755: 15 projects pending FEMA review and obligation;

112.    DHSES is in the process of finalizing three additional HMPG awards under three recent disasters: DR-4814, DR-4825, and DR-4839. The statewide NOFO for this funding closed on May 1, 2025. DHSES is in the process of reviewing and selecting applications for submission to FEMA for approval and award. The total amount of funding available for State and local mitigation projects under these three grants is $32,366,155.00.

113.    New York State intends to request HMPG funds whenever there is an eligible major disaster affecting New York, which could happen at any time.

114.    HMPG funds are invaluable to local mitigation preparedness and planning efforts. For example, Suffolk County, which has been impacted by five major disasters in the past five years, received grants to mitigate the impact of coastal flooding and storm surge, which contributed to septic system failure. HMGP funds have been used for auxiliary power supply/backup power supply to critical facilities, infrastructure elevations, roadways, sewer treatment plant, property acquisitions/elevation, culvert/drainage/stormwater system improvements, tide gates, beach bluff stabilization, hardening of powerlines, and creek and shoreline embankment stabilization projects.

*DHS's New Immigration-Related Terms and Conditions*

115.    On March 27, 2025, DHS posted on its website the FY 2025 DHS Standard Terms and Conditions, Version 2, and on April 18, 2025, DHS posted the FY 2025 DHS Terms and Conditions, Version 3. The FY 2025 DHS Terms and Conditions, versions 2 & 3, apply to new

federal grant awards issued on or after March 27, 2025 and April 18, 2025, respectively, unless a term or condition specifically indicates otherwise.

116.    These terms and conditions require recipients and subrecipients of any DHS federal awards to, among other things, "honor requests for cooperation, such as participation in joint operations, sharing of information, or requests for short term detention of an alien pursuant to a valid detainer." In addition, recipients must certify that "[t]hey do not, and will not during the term of this award, operate any program that benefits illegal immigrants or incentivizes illegal immigration." DHS defines an illegal immigrant as "any alien, as defined in 8 U.S.C. § 1101(a)(3), who has no lawful immigration status in the United States."

117.    DHSES is not willing to certify compliance with these immigration-related conditions, which are burdensome, contrary to state policy, and beyond the federal government's authority to impose.

118.    As DHSES is the State Administrative Agency and I am the Homeland Security Advisor for New York State, I am familiar with the activities of State subrecipients funded by these federal grants. Even if DHSES were willing to accept these conditions, New York State would be irreparably harmed because State agencies would have to divert resources away from their core missions in order to accommodate the federal government's civil immigration priorities.

*Conclusion*

119.    New York State has relied on Preparedness Grant funding to support and build robust, effective, State and local counter terrorism and other man-made disaster emergency programs. Further, New York State relies on Recovery Grant funding to support the recovery efforts of State and local governments and disaster survivors after major disasters. The withholding of Preparedness and Recovery funding will detrimentally impact the State and local

governments capabilities to identify, prevent, prepare for and respond to disaster emergencies, and will result in the elimination of essential public safety programs.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 15 day of May 2025, in Albany, New York.

Jackie Bray
Commissioner
New York State
Division of Homeland Security &
Emergency Services