**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

STATE OF ILLINOIS, et al.,

               *Plaintiffs*,

    v.

FEDERAL EMERGENCY
MANAGEMENT AGENCY, et al.,

               *Defendants*.

No. 1:25-cv-206-WES-PAS

# EXHIBIT 42

## Declaration of Melissa A. Clayton

## DECLARATION OF MELISSA A. CLAYTON IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

I, Melissa A. Clayton, hereby declare:

1. I am the Director of the Bureau of State Accounting Operations within the Office of the State Comptroller (OSC).

2. The Comptroller is the head of the department of audit and control (NY Constitution Article V, §4) and New York's chief fiscal officer. OSC's duties and responsibilities include auditing all vouchers before payment and all official accounts, auditing the accrual and collection of revenues and receipts, and prescribing such methods of accounting as are necessary for the performance of the foregoing duties (Article V, §1).

3. The Bureau of State Accounting Operations (Bureau) is responsible for managing the accounting records of the State, including appropriations, tax collections, refunds, state revenues, and federal grants. BSAO is also responsible for the cash management operations of the State, ensuring there is adequate cash resources for daily State payments.

4. The Federal Billing and Project Section of the Bureau establishes and monitors project, grant, and federal contract billing records and executes the daily draw down of federal funds to finance State-administered federally-funded programs.

5. The following is based on my review of data collected by Federal Billing and Project Section staff.

6. According to Bureau records, in State Fiscal Year 2024 (SFY 2024), New York state agencies received $5,319,498,393 in funds from the United States Department of Homeland Security (DHS). These funds represented approximately 2% of the overall budget of New York State, which was $229 billion in SFY 2024.

1

7. Several New York state agencies received grant funds directly from DHS in SFY 2024, as set forth below:

   a. New York State's Division of Homeland Security and Emergency Services (DHSES) is the primary state agency recipient of funds from DHS in New York. In SFY 2024, DHSES received $5,313,957,488 in funds from DHS. In our system, these funds were identified with the Annual Publication of Assistance Listings (APAL) numbers (formerly CDFA numbers) as the following grant programs: the Public Assistance Program (for Presidentially Declared Disasters); Disaster Assistance Projects; the Hazard Mitigation Grant Program; the Building Resilient Infrastructure and Communities Program; the Flood Mitigation Assistance Program; the Regional Catastrophic Preparedness Grant Program; the Emergency Management Performance Grant Program; the Emergency Operations Center Grant Program; the Homeland Security Grant Program; the Nonprofit Security Grant Program; the Assistance to Firefighters Grant Program; and the Financial Assistance for Targeted Violence and Terrorism Prevention program.[1] All of these programs are administered by the Federal Emergency Management Agency (FEMA).

   b. In SFY 2024, New York State's Department of Environmental Conservation (DEC) received $146,106 from DHS. Our records reflect that these funds were received through the following FEMA grant programs: the Cooperating Technical Partners Program and the Port Security Grant Program.

---

[1] Some of these categories encompass multiple grant programs. For example, Disaster Assistance Projects, APAL number 97.088, refers to multiple grant programs, including the Disaster Case Management Program. *See* 2024 Annual Publication of Assistance Listings, at 3011, available at www.sam.gov/assistance-listings.

c.  In SFY 2024, New York State's Division of Military and Naval Affairs (DMNA) received $61,967 from DHS through FEMA's Port Security Grant Program.

d.  In SFY 2024, New York State's Department of Labor (DOL) received $3,815,273 from DHS through FEMA's Individual and Households Program – Other Needs Assistance (for Presidential Declared Disasters).

e.  In SFY 2024, the New York State Police received $56,159 from DHS through FEMA's Port Security Grant Program.

f.  In SFY 2024, New York State's Office of Parks, Recreation and Historic Preservation (OPRHP) received $1,461,401 from DHS through the U.S. Coast Guard's Recreational Boating Safety program.

8.  In State Fiscal Year 2023, New York executive agencies received $3,166,941,762 in funds from the U.S. Department of Homeland Security, or approximately 1% of the overall budget of New York State. There were three direct recipients of these funds: DHSES received $3,163,681,845 of these funds; OPRHP received $2,961,000; and DMNA received $298,917.

9.  In State Fiscal Year 2022, New York executive agencies received $1,613,805,921 in funds from the U.S. Department of Homeland Security, or approximately 1% of the overall budget of New York State. There were five direct recipients of these funds: DHSES received $1,605,494,705 of these funds; DEC received $851,822; DMNA received $15,505; DOL received $6,157,904; and OPRHP received $1,285,985.

10. The totals above do not reflect all DHS grant funds that flow into New York State. For example, these numbers do not include funds that are received directly by public benefit corporations or public authorities such as the Metropolitan Transportation Authority (MTA)

or Port Authority of New York/New Jersey. Nor do these numbers include funds received directly by counties and municipalities within New York State.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 14th day of May, 2025, in Albany, New York.

Melissa A. Clayton