**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF ILLINOIS, et al., *Plaintiffs*, v. FEDERAL EMERGENCY MANAGEMENT AGENCY, et al., *Defendants*. | No. 1:25-cv-206-WES-PAS |

# EXHIBIT 43

Declaration of Elizabeth Seward

**DECLARATION OF ELIZABETH SEWARD IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Elizabeth Seward, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I am the Director of Financial Administration at the New York State Office of Parks, Recreation, and Historic Preservation (OPRHP). I have held this role since 2019. I make this declaration based on personal knowledge and on my review of information and records gathered by agency staff.

3. OPRHP is the New York executive-branch state agency that is responsible for the operation and stewardship of New York State's parks system and its historic sites. The agency manages approximately 250 state parks and historic sites, which together provide outdoor recreation and education opportunities to approximately 88 million visitors annually.

4. OPRHP receives grant funds from two agencies within the Department of Homeland Security (DHS). OPRHP receives federal funds directly from the United States Coast Guard (USCG) through the USCG's Recreational Boat Safety Program. The USCG has directly obligated the following amounts to OPRHP in recent federal fiscal years, not including carryover funding from previous years:

    a. Federal Fiscal Year (FFY) 2023: $2,978,244

    b. FFY 2024: $2,837,262

5. In addition, OPRHP regularly receives federal funds indirectly from the U.S. Federal Emergency Management Agency (FEMA). These FEMA funds are first allocated to another state agency, the New York Division of Homeland Security and Emergency Services, and OPRHP is a subrecipient.

1

6. If DHS funds are withheld, OPRHP would have to halt or find alternative funding for its life-saving boat safety programs and other activities, as discussed in more detail below.

I. **Recreational Boat Safety Grants**

7. I am familiar with the Recreational Boat Safety (RBS) Grant Program. The RBS program is intended to "encourage greater State participation and uniformity in boating safety efforts and particularly to permit the States to assume the greater share of boating education, assistance, and enforcement activities."[1] In New York State, RBS funding is administered by OPRHP, primarily through its Marine Services Bureau. These funds enable our agency to employ 10 full-time and 2-4 part-time/seasonal staff and administer a multitude of programs that protect the lives of all boaters in New York.

8. Because RBS grants are formula grants and not competitive grants, each State is eligible for a specific allocation whenever a notice of funding opportunity is posted, provided that State meets specific programmatic requirements.

9. Marine Service Bureau records indicate that New York has applied for and received funds from the RBS program since at least FFY 2008.

    a. In FFY2021, New York was awarded a $3,053,556 allocation;[2]

    b. In FFY2022, New York was awarded a $2,823,114 allocation;

    c. In FFY2023, New York was awarded a $2,978,244 allocation;

    d. In FFY2024, New York was awarded a $2,837,262 allocation.

---

[1] U.S. Coast Guard Commandant Publication 12755.3B, State Recreational Boating Safety Grant Programs (Mar. 1, 2022).

[2] Carryover funds from prior fiscal year awards are excluded from these figures.

2

10. New York State's RBS funding supports the Marine Law Enforcement program by providing financial assistance to law enforcement agencies statewide in the form of several annual trainings and loaned assets for marine patrols. There are currently 155 boats or personal watercraft on loan through this program. The Marine Law Enforcement patrols across the state enforce the provisions of New York State's Navigation Law, provide anti-theft efforts through the Hull Identification Number (HIN) assignment program, and assist in providing boating safety education to their communities. These patrols also respond to and report marine casualties and incidents, providing first response on the water for search and rescue efforts and injury/incident response.

11. In addition, RBS funding also provides an Aids to Navigation (ATON) program, which maintains approximately 4500 navigation markers throughout New York State upon sole-state waters. Funding is used to purchase ATON markers, vehicles, vessels, and maintenance equipment, and to employ a team of 2 full-time and 2-4 seasonal staff members.

12. OPRHP staff also administer a floating object permitting program where boaters using the waterways are approved to place their own non-navigational markers, and a regatta permitting program where boaters are permitted to hold a marine event. These permitting programs, along with the approval of local law enforcement, ensure that the floating objects can be placed, and events can take place, safely while not creating hazards to navigation for other boaters. RBS funding also enables OPRHP to provide a boating education program, which involves training instructors, certifying courses, purchasing and distributing all course materials, purchasing outreach materials to distribute at events where the public is educated on new regulations and encouraged to boat safely.

**II.     Homeland Security Grant Program-State Homeland Security Program (SHSP)**

13.     As noted supra at ¶ 5, OPRHP regularly receives indirect funds from FEMA that pass through another state agency. For example, in recent years, OPRHP has received hundreds of thousands of dollars annually under the Homeland Security Grant Program – State Homeland Security Program (SHSP).

14.     I am familiar with the SHSP. This grant program provides federal funding to States to build, sustain, and deliver the capabilities necessary to prevent, prepare for, protect against, and respond to acts of terrorism.

15.     The grant is administered and applied for through New York State's Division of Homeland Security and Emergency Services. Each year, FEMA outlines security priorities that the grant project applications will address with funding. "Enhancing the Protection of Soft Targets/Crowded Places" has been a recurring priority, and funds targeted at this priority have allowed the OPRHP Park Police to undertake various security and safety improvements. Given the increasing large crowds and public events held in state park open spaces, safety and security improvements are priority.

16.     For FFY2024, OPRHP was awarded $240,000.00 in SHSP funding. With this award OPRHP procured law enforcement communication devices—specifically, base and portable radios to support and manage mass gatherings. In FFY2023, OPRHP was awarded $258,000 in SHSP funding, which was used for the procurement of mobile vehicle barriers at OPRHP's three concert venues. OPRHP did not receive funding in FFY2022, and in FFY2021, OPRHP was awarded $275,000 from SHSP. This funding was utilized for the procurement of fixed traffic bollards ($140,000), Closed Circuit Television (CCTV) ($85,000), and funded law enforcement overtime ($50,000).

**III.     Harms To New York State Caused By DHS's Funding Conditions**

17.     On March 27, 2025, DHS shared a new version of its Standard Terms and Conditions applicable to new federal awards ratified in FFY2025. Because FEMA is a component of DHS, these new Standard Terms would apply to any grant agreement executed under the programs described above.

18.     The 2025 Standard Terms and Conditions include a new Section IX titled "Communication and Cooperation with the Department of Homeland Security and Immigration Officials." Among other things, the new section IX purports to require grantees and sub-grantees to "honor requests for cooperation, such as participation in joint operations, sharing of information, or requests for short term detention of an alien pursuant to a valid detainer" and not to "leak or otherwise publicize the existence of an immigration enforcement operation." OPRHP is not willing to certify compliance with DHS's new funding conditions, which are burdensome, run counter to state policy, and exceed the federal government's authority.

*RBS Grant*

19.     Soon after the March 27, 2025 conditions were posted, New York received a notice of award for FFY2025, allocating $2,901,786 in new funding. When USCG advised OPRHP of the award, it identified six new DHS standard terms and conditions for compliance, including a new section titled "IX. Communication and Cooperation with the Department of Homeland Security and Immigration Officials."[3]

20.     The RBS Program funds are essential to protect the lives of boaters in New York. *See supra* ¶¶ 7-12. If New York is forced to forego these funds and cannot obtain funding from

---

[3] Moreover, since this notice of award, DHS has amended its Standard Terms and Conditions to include additional immigration-related conditions.

another source, counties across the state would experience adverse impacts to their marine law enforcement patrols, as OPRHP would not be able to host trainings (at an approximate cost of $185,000/annually) or purchase vessels (at an approximate cost of $250,000 each) to support public safety patrols on New York State waters. Most of the waters patrolled are not accessible by the USCG, and county and municipal marine law enforcement partners are the only source of response to accidents. The Aids to Navigation program (which costs approximately $150,000 annually) is critical to marking hazards for boaters to avoid and safely navigation on state e waters. Without this investment accidents would increase drastically. All Safe Boating public service announcements, media buys, and outreach incentives (totaling over $275,000) which is the best manner to alert the public to boating safety initiatives would need to cease or be supplemented from an external funding source. The approximately $141,000 spent annually on managing boater education programs and printed material for boating education classes would also face cuts.

21.    Cutting these programs would have a devastating effect on boating safety. Not being able to staff the Aids to Navigation team and supply them with buoys, vessels, and vehicles is the equivalent of removing all street signs and traffic lights on roadways. Compound that with removing marine law enforcement patrols, which is equivalent to having no first responders on the roads to respond to the inevitable emergencies. Failure to fund the marine law enforcement program will mean the 155 vessels loaned from OPRHP to local law enforcement agencies will not be maintained, and patrols will not be manned or properly trained. Most of the loaned vessel fleet is over 10-15 years, with the newest vessels 6-8 years old. Many are suffering with hull damage and taking on water. Funds have already been expended over the years for extensive repairs to the existing fleet. Funding to purchase new vessels currently comes exclusively from

federal funds under the RBS grant. The loss of this funding will result in fewer law enforcement patrols on New York State waters.

22. If the RBS program is cut completely, OPRHP does not have the budgetary resources to continue RBS operations at the levels necessary to ensure boater safety, and it would need to request additional resources from New York State. If the state is unable to provide additional funding to accomplish the services provided by the RBS program, OPRHP would not be able to make up for the lost funding without drawing funding away from public access to state parks and historic sites, programming and services.

*FEMA SHSP GRANT*

23. FEMA funds also are utilized for other important public safety objectives, as well. For example, the State Homeland Security Program grant award has been used to obtain key security equipment and funding for open public areas, including the concert venues within OPRHP's oversite. *See supra* ¶¶ 13-16. Our public venues are continually assessed for new vulnerabilities, and grant funds address these vulnerabilities with corrective measures and equipment. With the loss of the federal funding opportunities, funds for equipment or location safety improvements would need to be diverted from normal operating budget allocations or go unfunded.

**IV.   Conclusion**

24. Without federal funding for the programs detailed above, it is foreseeable that public safety on our waters and in our parks will be jeopardized.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of May 2025, in Albany, NY .

*Elizabeth Seward*
_____

Elizabeth Seward
Director of Financial Administration
New York State Office of Parks, Recreation and Historic
  Preservation

8