**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

STATE OF ILLINOIS, et al.,

        *Plaintiffs*,

  v.

FEDERAL EMERGENCY
MANAGEMENT AGENCY, et al.,

        *Defendants.*

No. 1:25-cv-206-WES-PAS

# EXHIBIT 54

## Declaration of Greg Engle

**<u>DECLARATION OF GREG ENGLE</u>**

I, Greg Engle, pursuant to 28 U.S.C. § 1746, hereby declare:

1.      I am over the age of eighteen and understand the obligations of an oath.

2.      I am the Administrator of the Emergency Management Division (WEM) of the Wisconsin Department of Military Affairs (DMA).  DMA and WEM will collectively be referred to as DMA/WEM.  I have held the Administrator role since 2022.  Prior to that, I was the Acting Administrator for approximately 1 year.  I make this declaration based on personal knowledge and on my review of information and records gathered by agency staff.

3.      DMA is a Wisconsin executive-branch state agency. It coordinates the state's disaster mitigation, preparedness, response, and recovery programs. As the primary grantee of the Federal Emergency Management Agency ("FEMA") in Wisconsin, DMA, through WEM, administers a wide range of federal programs meant to assist states and localities in preventing and responding to catastrophic events like terrorist attacks and natural disasters.

4.      FEMA administers many grant programs where States are the primary grant recipients. DMA/WEM administers FEMA's annually funded preparedness grants (discussed in Section I of this Declaration), additional annual prevention grants (discussed in Section II), and post-disaster assistance grants tied to presidentially declared major disasters (discussed in Section III).

5.      As to all programs, under the structure of FEMA grant programs, DMA/WEM submits requests for reimbursement to FEMA after disbursing payments to vendors and sub-grantees. When FEMA reimbursements do not process, DMA/WEM is liable for unreimbursed costs.

6.      In total, accounting for all program funds, FEMA has obligated the following amounts to DMA/WEM in recent federal fiscal years:

    a.      Federal Fiscal Year ("FFY") 2023: $201,573,576.86

    b.      FFY 2024: $133,023,663.24

7.      If these or future funds were withheld, DMA/WEM would have to shut down mission-critical capabilities that keep Wisconsin residents and Americans in general safe from terrorist attacks and other disasters, as discussed in more detail below.

## I.      **Preparedness Grants**

8.      FEMA categorizes as "preparedness grants" the grant programs discussed in Section I of this Declaration, all of which are administered by DMA/WEM in Wisconsin.

9.      FEMA typically releases notices of funding opportunities for preparedness grants around April or May of the federal fiscal year for the grant in question. Once FEMA provides notice of a notice of funding opportunity, DMA/WEM can apply for an award by submitting a timely application.

10.     DMA/WEM then typically receives an award within four months of its application, so that DMA/WEM can begin drawing funds on the award by the end of the calendar year.

11.     The term of FEMA preparedness awards is generally three years, meaning that the award remains open for a three-year period for completing reimbursable activities. Any program activities supported by the awarded funds must be completed within the time the award remains open.

12.     In FFY 2023, DMA/WEM received at least $22,838,117.00 in preparedness grant funding from FEMA under the grant programs discussed in this Section.

13.     In FFY 2024, DMA/WEM received at least $24,249,516.00 in preparedness grant funding from FEMA under the grant programs discussed in this Section.

2

*Homeland Security Grant Program – State Homeland Security Program*

14.    I am familiar with the Homeland Security Grant Program, and in particular its sub-component the State Homeland Security Program ("SHSP"). The SHSP provides federal funding to States to build, sustain, and deliver the capabilities necessary to prevent, prepare for, protect against, and respond to acts of terrorism.

15.    SHSP funding is administered in Wisconsin by DMA/WEM.

16.    Because SHSP grants are formula grants and not competitive grants, each State is entitled to a specific allocation whenever a notice of funding opportunity is posted.

17.    In addition to using SHSP funds themselves, States may pass SHSP funds through to subgrantees for the same purposes. DMA/WEM passes a minimum of 80% of SHSP funds on to county or local fire departments, law enforcement emergency management, and other responders, either directly or indirectly in the form of services provided by the State that benefit local governments.

18.    Wisconsin has applied for and received funds from the SHSP since its creation in the Homeland Security Act of 2002.

19.    DMA/WEM has four open SHSP awards from FFYs 2021 to 2024:

    a.    FFY 2021: Original award of $4,602,500;

    b.    FFY 2022: Original award of $4,847,500;

    c.    FFY 2023: Original award of $4,847,500;  and

    d.    FFY 2024: Original award of $4,363,750.

20.    DMA/WEM intends to apply again for SHSP funds in FFY 2025.

21.    SHSP funds support DMA/WEM staff salaries focused on protecting against and responding to acts of terrorism, cyber-attacks and other threats.  Statewide efforts include the State

Cyber Response Team, which assists local governments when they respond to cyber incidents that impact their networks and helps protect local governments against cyber threats.

22.    SHSP funds provide funding for local law enforcement bomb, SWAT and dive teams, which respond throughout the state, as well as the state's Urban Search and Rescue (USAR) task force.  Without the funding, some of these critical teams would be severely degraded and others may not be able to operate at all.

23.    SHSP funds components of Wisconsin's two intelligence fusion centers, which are part of a national network established to detect, prevent, investigate, and respond to criminal and terrorist activity. The Wisconsin Statewide Intelligence Center (WSIC), operated by the Wisconsin Department of Justice-Division of Criminal Investigation, serves as the primary focal point for threat information sharing among federal, state, local and tribal law enforcement, emergency management, fire service, public health, corrections, military and private sector partners for the state. WSIC works in partnership with the Southeastern Wisconsin Threat Analysis Center (STAC), a fusion center operated by Milwaukee Police Department that serves the eight counties of Milwaukee, Racine, Washington, Waukesha, Ozaukee, Kenosha, Walworth and Jefferson.

24.    SHSP is the primary source of funding for statewide emergency responder training and exercises, including federally developed courses on the National Incident Management System (NIMS), disaster recovery, public information and warning, volunteer management, and damage assessment. SHSP supports emergency response exercises to help communities prepare for active shooter, cyberattacks, and other threats.

*Emergency Management Performance Grant Program*

25.    I am familiar with the Emergency Management Performance Grant Program ("EMPG"). EMPG provides federal funding to States to provide funds to assist state, local, tribal, and territorial emergency management agencies to implement FEMA's National Preparedness

4

System, including by building continuity-of-government capabilities to ensure essential functions in a catastrophic disaster.

26.    EMPG funding is administered in Wisconsin by DMA/WEM.

27.    Because EMPG grants are formula grants and not competitive grants, each State is entitled to a specific allocation whenever a notice of funding opportunity is posted.

28.    In addition to using EMPG funds themselves, States may pass EMPG funds through to subgrantees for the same purposes. DMA/WEM passes approximately 67% of EMPG funds on to county and tribal emergency management offices.

29.    Wisconsin has applied for and received funds from EMPG since its creation in the Post-Katrina Emergency Management Reform Act of 2006.

30.    DMA/WEM has two open EMPG awards from FFYs 2023 and 2024:

a.    FFY 2023: Original award of $6,388,522; and

b.    FFY 2024: Original award of $5,744,163.

31.    DMA/WEM intends to apply again for EMPG funds in FFY 2025.

32.    EMPG dollars fund the salaries of WEM preparedness, response and recovery personnel. WEM personnel lead statewide coordination efforts to prepare for, respond to, and recover from all types of threats and disasters. The EMPG program also funds WEM communications, facilities, vehicles for disaster response, and the State All-hazards Incident Management Team.

33.    The amounts passed through to localities under the EMPG program likewise fund the salaries of county and tribal emergency managers across Wisconsin. Without these funds, local jurisdictions will not have sufficient funding support to build and maintain emergency

management programs, develop operational plans, perform community outreach, and conduct training and exercises which contribute to resilience and preparedness.

34. EMPG funds the ongoing costs of hardware and software used at the State Emergency Operations Center, which is the physical location where the State coordinates all strategic and operational assistance provided to local jurisdictions in the event of a disaster.

*State and Local Cybersecurity Grant Program*

35. I am familiar with the State and Local Cybersecurity Grant Program ("SLCGP"). SLCGP provides federal funding to States to manage and reduce systemic cyber risk.

36. SLCGP funding is administered in Wisconsin by DMA/WEM.

37. Because SLCGP grants are formula grants and not competitive grants, each State is entitled to a specific allocation whenever a notice of funding opportunity is posted.

38. In addition to using SLCGP funds themselves, States may pass SLCGP funds through to subgrantees for the same purposes.

39. Wisconsin has applied for and received funds from SLCGP since it was created as part of the 2021 Infrastructure Investment and Jobs Act. At this time, DMA/WEM has three open SLCGP award from FFY 2022, FFY 2023 and FFY 2024:

    a. FFY 2022: Original award of $3,974,514.00;

    b. FFY 2023: Original award of $7,666,939.00; and

    c. FFY 2024: Original award of $5,890,643.00.

40. DMA/WEM intends to apply again for SLCGP funds in FFY 2025.

41. SLCGP funds help local and tribal governments strengthen their cyber defenses, improve incident response capabilities, and protect critical infrastructure from evolving cyber threats. The overall goal of the program is to enable state and local governments to take decisive steps to modernize their approach to cybersecurity.

42.     In Wisconsin, eligible projects activities include multi-factor authentication (MFA), managed detection and response (MDR), endpoint detection and response (EDR), extended detection and response (XDR) or a combination of these activities. MFA is a workforce service that requires users to provide two or more credentials to verify their identity. MDR services provide remotely delivered, human-led, turnkey security operations center functions by delivering threat disruption and containment. EDR is a cybersecurity solution that continuously monitors endpoint devices for malicious activity, using advanced analytics to detect, investigate, and respond to threats, such as ransomware and malware. XDR is a cybersecurity approach that unifies threat data from various security tools across an organization's technology stack, enabling faster and more efficient threat investigation, hunting, and response. Many local governments currently lack these core capabilities essential to maintain cybersecurity in an increasingly dangerous environment.

*Non-profit Security Grant Program*

43.     I am familiar with the Non-profit Security Grant Program ("NSGP"). NSGP provides funding support for target hardening and other physical security enhancements and activities to nonprofit organizations that are at high risk of terrorist attack.

44.     NSGP funding is administered in Wisconsin by DMA/WEM.

45.     Because NSGP grants are formula grants and not competitive grants, each State is entitled to a specific allocation whenever a notice of funding opportunity is posted.

46.     Excluding costs for management and administration, all NSGP funds are passed through to subgrantees.

47.     Wisconsin has applied for and received funds from NSGP since its creation in the Department of Homeland Security Appropriations Act of 2020.

48.    DMA-WEM has four open NSGP awards from FFYs 2021, 2022, 2023 and 2024:

a.    FFY 2021: Original award of $4,605,084.00;

b.    FFY 2022: Original award of $6,202,705.00;

c.    FFY 2023: Original award of $3,935,126.00; and

d.    FFY 2024: Original award of $7,314,960.00.

49.    DMA-WEM intends to apply again for NSGP funds in FFY 2025.

50.    Nonprofit organizations generally lack any other source of funds to implement such measures absent FEMA funding, and the work will not be completed. A cut-off of funds would significantly hinder efforts to safeguard these vulnerable faith-based and civic organizations during a period of heightened risk of violent domestic extremism.

*Emergency Operations Center Grant Program*

51.    I am familiar with the Emergency Operations Center Grant Program ("EOC"). EOC is intended to improve emergency management and preparedness capabilities by supporting flexible, sustainable, secure, strategically located, and fully interoperable EOCs with a focus on addressing identified deficiencies and needs.

52.    EOC funding is administered in Wisconsin by DMA/WEM.

53.    EOC grants are selected through a Congressionally Directed Spending (CDS) process.

54.    Excluding costs for management and administration, all NSGP funds are passed through to subgrantees.

55.    Wisconsin has applied for and received funds from EOC in the past.

56.    DMA/WEM has one open EOC award from FFY 2024, original award amount $937,000.00.

8

57.     DMA-WEM intends to apply for EOC in FFY2025 if the CDS process results in the selection of a Wisconsin community for an award.

58.     EOC funds are being used by DMA/WEM to upgrade computer hardware, audio/visual equipment, communications equipment, and complete a redesign of the State Emergency Operations Center in order to improve information sharing and enhance the State's ability to coordinate assistance during disasters. Funds have also been awarded to a county to purchase furnishings and electronics for their new Emergency Operations Center.

## II.     Other Annual Grants

59.     DMA/WEM also serves as the state recipient for the following additional FEMA programs that, like the preparedness grants, operate on an annual funding model.

*Legislative Pre-Disaster Mitigation*

60.     I am familiar with the Legislative Pre-Disaster Mitigation ("LPDM") program. LPDM makes funds available to state, local, tribal, and territorial governments to plan for and implement sustainable cost-effective measures designed to reduce the risk to individuals and property from future natural hazards.

61.     LPDM grants are selected through a Congressionally Directed Spending (CDS) process.

62.     Excluding costs for management and administration, all LPDM funds are passed through to subgrantees.

63.     Wisconsin has applied for and received funds from LPDM.

64.     DMA-WEM has two open LPDM awards from FFYs 2022 and 2023:

   a.  FFY 2022: Original award of $2,191,000.00; and

   b.  FFY 2023: Original award of $1,811,151.04.

9

65.     DMA-WEM intends to apply for LPDM in FFY2025 if the CDS process results in the selection of a Wisconsin community for an award

66.     LPDM funds help communities implement projects to reduce the risk of future disasters and save future repair costs. For example, after devastating floods in 2012 and 2016, Douglas County, WI, identified the need to lengthen and harden the County Highway W bridge over the Nemadji River. Daily traffic counts show this bridge serves about 25% of the county's population, or over 10,000 people, daily. It's an important route for first responders as well and when it floods, it is impassable. $825,000 federal share (with a $625,000 match) was awarded under FFY 2023 LPDM to improve the bridge. Benefits for the project were calculated several years ago to be around $1.7 million.

### III.     Post-Disaster Public Assistance Programs

67.     A number of FEMA grant programs are tied not to an annual application process but rather to the presidential declaration of a major disaster under the Stafford Disaster Relief and Emergency Assistance Act. Typically, a State's governor sends a request for a disaster declaration to FEMA, and the President then either grants or denies the request. The President can also declare a major disaster without a governor's request.

68.     Seven major disasters declared by the President in Wisconsin have active or pending FEMA awards at this time, listed according to the major disaster declaration number ("DR"):

        a.     DR-4276-WI: Severe Storms and Flooding that took place in northern Wisconsin between July 11, 2016 – July 12, 2016;

10

b.    DR-4343-WI: Severe Storms, Straight-line Winds, Flooding, Landslides, and Mud that took place in western Wisconsin between July 19, 2017 – July 23, 2017;

c.    DR-4383-WI: Severe Storms, Straight-line Winds, and Flooding that took place in northern and central Wisconsin between June 15, 2018 – June 19, 2018;

d.    DR-4402-WI: Severe Storms, Tornadoes, Straight-line Winds, Flooding, and Landslides that took place in southern Wisconsin between August 17, 2018 – September 14, 2018;

e.    DR-4459-WI: Severe Storms, Tornadoes, Straight-line Winds, and Flooding that took place statewide between July 18, 2019 – July 20, 2019;

f.    DR-4477-WI: Winter Storm and Flooding that occurred in Milwaukee, Kenosha, and Racine counties between January 10, 2020 – January 12, 2020; and

g.    DR-4520-WI: COVID-19 Pandemic that took place statewide between January 20,2020 – May 11, 2023.

69.    FEMA provides critical funding for Wisconsin communities to recover after a major disaster through a number of programs, including those discussed below. As shown by the above list, many major disasters arise from storm activity that typically intensifies during the upcoming summer months.

In total, as to the seven major disasters above, FEMA has obligated over $1 billion in federal funds to help Wisconsin communities recover from these devastating events. The total amount of funds obligated for the Federal Fiscal Year (FFY):

11

a.  FFY 2017: $12,677,982.59

b.  FFY 2018: $16,573,574.24

c.  FFY 2019: $29,480,365.36

d.  FFY 2020: $46,713,863.17

e.  FFY 2021: $66,009,353.24

f.  FFY 2022: $567,469,813.01

g.  FFY 2023: $170,544,074.38

h.  FFY 2024: $108,247,385.97

i.  FFY 2025: $15,621,922.25

*Public Assistance Program*

70.    I am familiar with the Public Assistance Program. After the President makes a major disaster declaration, Public Assistance provides federal funding to States and other eligible recipients to help communities pay for emergency work in the immediate aftermath of a disaster and also to complete more long-term recovery work.

71.    After a major disaster, DMA/WEM, as the state recipient for Public Assistance funds, develops a list of impacts that the disaster has had on Wisconsin. FEMA and DMA/WEM work to develop detailed damage assessments, which ultimately become the basis on which FEMA determines the amount of funding that will be made available.

72.    FEMA awards funds based on the validated cost of the scope of work developed by DMA/WEM and approved by FEMA. Typically, FEMA will then cover 75% of the eligible costs, with the state recipient responsible for the remaining 25%.

73.    In addition to using Public Assistance funds themselves, States may pass Public Assistance funds through to subgrantees as part of the approved scope of work.

12

74.     By following the above process, every State is entitled to an allocation of Public Assistance funds whenever the President approves a major disaster for that State.

75.     DMA/WEM has seven open Public Assistance awards:

    a.     DR-4276: Original award of $18,108,843.;

    b.     DR-4343: Original award of $11,590,780;

    c.     DR-4383: Original award of $10,945,192;

    d.     DR-4402: Original award of $49,446,522;

    e.     DR-4459: Original award of $23, 918,898;

    f.     DR-4477: Original award of $5,593,988; and

    g.     DR-4520: Original award of $880,867,865.

76.     DMA/WEM intends to apply again for Public Assistance funds whenever there is an eligible major disaster affecting Wisconsin, which could happen at any time.

77.     Public Assistance funding provides crucial immediate support for Wisconsin communities after presidentially declared major disasters. The allowable emergency work immediately after a disaster includes extraordinary life-saving measures like search and rescue and distribution of food aid, as well as debris removal. In the longer term, Public Assistance funds "permanent work," which refers to efforts to repair eligible roads, bridges, water control facilities, buildings and equipment, utilities, ports, recreational areas, and other physical infrastructure.

78.     In Wisconsin, the Public Assistance Program has proven indispensable, helping communities save lives, recover faster, and rebuild stronger and more resilient systems in the face of devastation. From restoring electrical infrastructure damaged by powerful derechos to deploying medical surge staffing during a historic pandemic, the program ensures that vital public services can be quickly stabilized and rebuilt.

13

79.     For example, in July of 2016, severe storms brought substantial flooding to northern Wisconsin that resulted in the declaration of disaster DR-4276. The region sustained millions of dollars in damage to public infrastructure in the region. Saxon Harbor, located on Lake Superior, was inundated by flood waters and completely destroyed. In addition to local efforts, $5,692,364 was made eligible at 75% of the eligible costs, through the FEMA Public Assistance program to restore the damaged harbor facilities, which was a major economic driver for the small community. This funding addressed issues ranging from debris removal and dredging to the relocation of the campground and complete repair of the harbor facilities affected by the substantial flooding.

80.     As another example, DR-4459 was declared a major disaster in 2019 following severe storms in northern Wisconsin. The storms resulted in 17 confirmed tornadoes, severe straight-line winds, large hail, and heavy rains that impacted 20 counties. Widespread tree and power line damage caused extended power outages in the region, including tens of thousands of customers of publicly owned utilities. Residents in many rural communities rely on member-owned electrical cooperatives to power their homes, businesses, and farms. The publicly owned utility, Polk-Burnett Electric Cooperative, was eligible for federal reimbursement of 75% of $2,232,661.45 from the FEMA Public Assistance program. When rural electrical distribution systems are damaged, utilities must divert other community investments into repairing critical infrastructure that keeps the lights on in Wisconsin. Without financial assistance to these cooperatives eligible for Public Assistance, delayed recovery would have exacerbated already challenging economic conditions for the areas impacted.

*Hazard Mitigation Grant Program*

81.     I am familiar with the Hazard Mitigation Grant Program (HMGP). After the President makes a major disaster declaration, HMGP provides federal funding to States to develop

hazard mitigation plans and rebuild in a way that reduces future disaster losses in the communities affected by the declared disaster.

82.    HMGP funding is administered in Wisconsin by DMA/WEM.

83.    Because HMGP grants are formula grants and not competitive grants, a State is entitled to a specific allocation determined by regulation following a major disaster declaration.

84.    In addition to using HMGP funds themselves, States may pass HMGP funds through to subgrantees for the same purposes. Local governments as well as eligible private, nonprofit organizations apply to DMA/WEM, which in turn sends applications on to FEMA for approval.

85.    DMA/WEM has four open HMGP awards:

    a.    DR-4402: Original award of $10,627,201.04;

    b.    DR-4459: Original award of $3,643,477.65;

    c.    DR-4477: Original award of $948,675.97; and

    d.    DR-4520: Original award of $14,186,710.74.

86.    DMA/WEM intends to apply again for HMGP funds whenever there is an eligible major disaster affecting Wisconsin, which could happen at any time.

87.    HMGP funds are invaluable to local mitigation preparedness and planning efforts. For example, over the years, the Village of Cross Plains has experienced flooding from Brewery Creek and Black Earth Creek. In 2018, there was an unprecedented rainfall event that led to catastrophic damages in the community. $128,595 in HMGP funds from this disaster (DR-4402) were used to conduct a study of the watershed and develop options for mitigation. Under the HMGP for DR-4520 (COVID), the Village sought and received a grant for $236,303.86 (fed share) to implement one of the mitigation options to restore wetlands around Brewery Creek and

15

reconnect the floodplain. The preliminary design includes approximately 8.5 acres of wetland/wet mesic prairie restoration and 4.5 acres of upland prairie restoration. This project should result in benefits of over $2 million, making it a cost-effective investment.

88.    As another example funded by HMGP funds, over the past 5-7 years, Lake Michigan has experienced extremely high water levels which causes rapid shoreline erosion. This erosion has resulted in an old sewer interceptor line becoming inaccessible and at severe risk of failure. This line serves the City of Sheboygan, population 50,000. Using $7,809,600.00 of HMGP from DR-4520 (COVID), the City will protect the sanitary system by constructing an engineered revetment to protect against shoreline erosion/and failure of the infrastructure from the effects of severe storms, flooding, coastal erosion, and ice hazards, all of which are worsened by the rising lake levels. Benefits for this project were calculated at over $168 million, so it is extremely cost-effective.

## IV.    Harms To The State Caused By DHS's Funding Conditions

89.    On March 27, 2025, DHS posted a new version of its Standard Terms and Conditions applicable to new federal awards ratified in FFY 2025. Because FEMA is a component of DHS, these new Standard Terms would apply to any grant agreement executed under the programs described above.

90.    The 2025 Standard Terms and Conditions include a new Section IX titled "Communication and Cooperation with the Department of Homeland Security and Immigration Officials." The new Section IX seeks certain commitments not only from all "recipients," but also from "other recipients of funds under this award," which would include all the units of local government and nonprofit organizations who might be sub-grantees of DMA/WEM.

16

91.     Among other things, the new section IX purports to require grantees and sub-grantees to "honor requests for cooperation, such as participation in joint operations, sharing of information, or requests for short term detention of an alien pursuant to a valid detainer" and not to "leak or otherwise publicize the existence of an immigration enforcement operation."

92.     I understand that DMA/WEM is unable to comply with all applications of the federal government's new funding conditions.

93.     Even if it were able to comply, DMA/WEM would be required to monitor compliance with DHS's new conditions as to all its many sub-grantees of DMA/WEM awards. In order to do so, DMA/WEM would be required to allocate an additional estimated $133,872 in funds and hire one additional Full-Time Equivalent (FTE) employee..

94.     In the event DMA/WEM is unable to comply with the federal government's new funding conditions, Wisconsin would be unable to receive FY2025 FEMA funds, depriving the State of over $23 million in estimated FFY 2025 and frustrating its ability to fulfill all of the crucial functions detailed above.  Moreover, the $23 million dollar figure may be substantially higher if there are any significant disasters for which FFY 2025 funding might be available.

95.     The State Homeland Security Program funds 100% of the costs of training and maintaining the State Cyber Response Team. This capability would cease to function if FEMA funds were eliminated.  The State Urban Search and Rescue Task Force, law enforcement bomb, SWAT, and dive teams and two intelligence fusion centers would also be severely degraded without FEMA funds, leaving communities more vulnerable to terrorist attacks and mass casualty events. The termination of SHSP grant funds would also eliminate approximately 150 training classes attended by 2,500 responders annually, and up to 40 emergency response exercises supported through the program.

96.    The Emergency Management Performance Grant program funds the salaries of state, county, and tribal emergency management staff as well as equipment and facilities. *See supra* ¶¶ 32-34.  Many county and tribal emergency management agencies in Wisconsin could be functionally shut down if EMPG funding is discontinued. However, local governments are statutorily required to have emergency management programs under Ch. 323 of the Wisconsin Statutes.  Without EMPG funds, it is likely that many counties would operate with an emergency management program in name only that is functionally eliminated or severely scaled back. These local emergency management agencies are first line of defense during a disaster.

97.    At the state level, DMA/WEM operations would likewise be decimated, leaving no state agency to coordinate disaster response.  Specifically, WEM would have to cut up to 25% of its positions across all sections and areas of responsibility and would not be able to sustain a full activation of the State Emergency Operations Center for more than one operational period. WEM also would be unable to provide disaster support out in the field for larger incidents, to effectively maintain and update operational plans and procedures, to keep WEM personnel adequately trained on all aspects of its response and recovery mission, or to maintain and replace equipment, hardware and software to ensure mission readiness. In short, WEM would be unable to meet our core statutory mission to coordinate the state response and recovery to disasters.

98.    The Nonprofit Security Grant Program funds critical security measures for hundreds of nonprofit organizations like houses of worship, private schools, and hospitals. *See supra* ¶¶ 43, 50.  These organizations generally lack any other source of funds to implement such measures absent FEMA funding, and the work will not be completed. A cut-off of funds would significantly hinder efforts to safeguard these vulnerable faith-based and civic organizations during a period of heightened risk of violent domestic extremism.

18

99.     The State and Local Cybersecurity Grant Program provides funding to help local governments strengthen their cyber defenses. *See supra* ¶¶ 35, 41-42.   The cybersecurity enhancements described in paragraph 42 would not be implemented for dozens of local governments across the state, leaving those communities more vulnerable to attacks if the program were eliminated.   There is no substitute stream of funding if SLCGP dollars are cut off.   The discontinuation of SLCGP funding would immediately hamper efforts to safeguard against cybersecurity attacks from both criminal actors and hostile nation-states such as China, Russia, and Iran.

100.     Public Assistance and Hazard Mitigation grants provide crucial support to state and local governments and individuals in the wake of a presidentially declared major disaster. *See supra* ¶¶ 76, 77, 80, 81, 83-86. The denial of such funding to Wisconsin would severely hamper the ability of Wisconsin communities to recover from the next natural disaster, which could come at any time.

101.     DMA does not have the budgetary resources or flexibility to make up for the lost funding without drawing funding away from other important public safety and law enforcement operations. If DMA does not receive the DHS grants and funding listed above, it will likely need to terminate some DMA/WEM employees.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of May, 2025 in Madison, Wisconsin.

_____
Greg Engle
Administrator
Emergency Management Division
Wisconsin Department of Military Affairs

19