**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

STATE OF ILLINOIS, et al.,

        *Plaintiffs*,

  v.

FEDERAL EMERGENCY
MANAGEMENT AGENCY, et al.,

        *Defendants.*

No. 1:25-cv-206-WES-PAS

# EXHIBIT 55

Declaration of Angela Thomas

## DECLARATION OF ANGELA THOMAS

I, Angela Thomas, pursuant to 28 U.S.C. § 1746, hereby declare:

1.     I am over the age of eighteen and understand the obligations of an oath.

2.     I am the State Controller at the Wisconsin Department of Administration's State Controller's Office (SCO). I have held this role since 2022. I make this declaration based on personal knowledge and on my review of information and records gathered by SCO staff.

3.     As a condition of receiving federal funds, state agencies must meet the audit requirements of the Federal Single Audit Act of 1984, as amended, and of the Federal Office of Management and Budget Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards (Uniform Guidance). 2 CFR 200.501(b) requires the State of Wisconsin to have a Single Audit conducted in accordance with 2 CFR 200.514. As part of the Single Audit, 2 CFR 200.510(b) requires the State of Wisconsin to prepare a Schedule of Expenditures of Federal Awards (SEFA). The SEFA is a listing of all federal expenditures for the respective state fiscal year (SFY) and is required to be published within the Legislative Audit Bureau's (LAB) Single Audit Report.

4.     The SCO provides centralized accounting, treasury, cash management, payroll, and internal control services for Wisconsin state agencies. The SCO coordinates with all state agencies expending federal funds to compile the State of Wisconsin's Schedule of Expenditures of Federal Awards (SEFA).

5.     All state agencies expending federal funds are required to submit an Excel workbook of federal expenditures for the respective SFY ('Agency SEFA Workbook'). Additionally, all agencies expending federal funds are required to provide a signed certification certifying to various elements, including but not limited to, certifying that agency management

1

expended federal funding for the respective SFY, agency management is responsible for understanding and complying with Uniform Guidance (2 CFR Part 200), and agency management is responsible for the preparation of their Agency SEFA Workbook.

6.      The SCO performs limited desk reviews of reasonableness to general ledger detail and other Uniform Guidance requirements of selected Agency SEFA Workbooks and may ask questions or propose changes for agency consideration. The data is compiled into two separate versions of the SEFA, one unformatted SEFA for submission to the Federal Audit Clearinghouse (FAC) and one formatted SEFA that will be included in the LAB's Single Audit. The SEFA begins on page 209 of the State of Wisconsin's FY 2023-24 Single Audit Report available at: https://legis.wisconsin.gov/lab/media/pyojciey/25-04full_713388.pdf. LAB issues the Auditor's Report on the Schedule of Expenditures of Federal Awards Required by Uniform Guidance as part of the State of Wisconsin's FY 2023-24 Single Audit Report. The Auditor's Report on the Schedule of Expenditures of Federal Awards Required by Uniform Guidance can be seen on page 30 of the State of Wisconsin's FY 2023-24 Single Audit Report and is included below:

**Report on the Schedule of Expenditures of Federal Awards**
**Required by Uniform Guidance**

We have audited the financial statements of the governmental activities, the business-type activities, the aggregate discretely presented component units, each major fund, and the aggregate remaining fund information for the State of Wisconsin as of and for the year ended June 30, 2024, and the related notes to the financial statements, which collectively comprise the State of Wisconsin's basic financial statements. We have issued our report thereon dated December 18, 2024, which contains unmodified opinions on those financial statements. Our report included a reference to other auditors. Our audit was conducted for the purpose of forming opinions on the financial statements that collectively comprise the basic financial statements. We have not performed any procedures with respect to the audited financial statements subsequent to December 18, 2024. The accompanying Schedule of Expenditures of Federal Awards is presented for purposes of additional analysis, as required by Uniform Guidance, and is not a required part of the basic financial statements. Such information is the responsibility of management and was derived from and relates directly to the underlying accounting and other records used to prepare the basic financial statements. The information has been subjected to the auditing procedures applied in the audit of the financial statements and certain additional procedures, including comparing and reconciling such information directly to the underlying accounting and other records used to prepare the basic financial statements, and other additional procedures in accordance with auditing standards generally accepted in the United States of America. In our opinion, the schedule of expenditures of federal awards is fairly stated in all material respects in relation to the basic financial statements as a whole.

LEGISLATIVE AUDIT BUREAU

*Legislative Audit Bureau*

March 26, 2025

7.      Attached is an excerpt from the SEFA pertaining to the amount of Department of Homeland Security federal funding state agencies expended in SFY 2023-24, by federal program, assistance listing number (ALN), and state agency. This SEFA was presented in the State of Wisconsin's FY 2023-24 Single Audit Report. This excerpt indicates that the amount of Department of Homeland Security federal funding state agencies expended in SFY 2023-24 was $139,773,164.00.

3

**U.S. DEPARTMENT OF HOMELAND SECURITY:**

Direct Grants:

| | | | | |
|---|---|---|---|---|
| 97.008 | Non-Profit Security Program | DMA | 3,518,357 | 3,288,692 |
| 97.012 | Boating Safety Financial Assistance | DNR | 2,926,737 | 0 |
| 97.023 | Community Assistance Program State Support Services Element (CAP-SSSE) | DNR | 289,752 | 0 |
| 97.029 | Flood Mitigation Assistance | DMA | 23,203 | 18,754 |

The accompanying notes are an integral part of this schedule.    252    *INDIVIDUAL PROGRAMS AND OTHER CLUSTERS*

**STATE OF WISCONSIN**
**SCHEDULE OF EXPENDITURES OF FEDERAL AWARDS**
**FOR THE YEAR ENDED JUNE 30, 2024**

| ASSISTANCE LISTING NUMBER | OTHER IDENTIFYING NUMBER | FEDERAL PROGRAM | STATE AGENCY OR UW INSTITUTION | EXPENDITURES | AMOUNT PROVIDED TO SUBRECIPIENTS |
|---|---|---|---|---|---|
| | | *INDIVIDUAL PROGRAMS AND OTHER CLUSTERS* | | | |
| 97.036 | | COVID-19 - Disaster Grants - Public Assistance (Presidentially Declared Disasters) | DMA | 29,222,808 | 17,691,049 |
| 97.036 | | COVID-19 - Disaster Grants - Public Assistance (Presidentially Declared Disasters) | DOA | 5,891,920 | 0 |
| 97.036 | | COVID-19 - Disaster Grants - Public Assistance (Presidentially Declared Disasters) (from DMA) | DHS | 76,152,276 | 0 |
| 97.036 | | Disaster Grants - Public Assistance (Presidentially Declared Disasters) (from DMA) | DNR | 317,433 | 0 |
| | | Total Federal Program 97.036 (Note 17) | | 111,584,437 | 17,691,049 |
| 97.039 | | Hazard Mitigation Grant | DMA | 5,310,975 | 4,874,093 |
| 97.041 | | National Dam Safety Program | DNR | 120,490 | 0 |
| 97.042 | | COVID-19 - Emergency Management Performance Grants | DMA | 82,611 | 0 |
| 97.042 | | Emergency Management Performance Grants | DMA | 6,596,564 | 4,199,888 |
| | | Total Federal Program 97.042 | | 6,679,175 | 4,199,888 |
| 97.043 | | State Fire Training Systems Grants | WTCS | 13,121 | 13,121 |
| 97.044 | | Assistance to Firefighters Grant | WTCS | 573,427 | 546,267 |
| 97.045 | | Cooperating Technical Partners | DNR | 1,083,869 | 0 |
| 97.047 | | BRIC: Building Resilient Infrastructure and Communities | DMA | 2,977,010 | 2,799,669 |
| 97.050 | Lost Wages Assistance | COVID-19 - Presidential Declared Disaster Assistance to Individuals and Households - Other Needs | DWD | (524,004) | 0 |
| 97.067 | | Homeland Security Grant Program | DMA | 3,709,335 | 1,176,156 |
| 97.067 | | Homeland Security Grant Program (from DMA) | DOJ | 967,365 | 0 |
| | | Total Federal Program 97.067 | | 4,676,700 | 1,176,156 |
| 97.091 | | Homeland Security Biowatch Program | DNR | 359,465 | 0 |
| 97.137 | | State and Local Cybersecurity Grant Program Tribal Cybersecurity Grant Program | DMA | 71,268 | 0 |
| 97.137 | | State and Local Cybersecurity Grant Program Tribal Cybersecurity Grant Program (from DMA) | DOA | 6,412 | 0 |
| | | Total Federal Program 97.137 | | 77,680 | 0 |
| | | Other Federal Financial Assistance: | | | |
| 97.N/A | | Funds from DHS for Narcan Saturation project | UW-Whitewater | 80,609 | 0 |
| | | Subtotal Direct Grants | | 139,771,003 | 34,607,689 |
| | | Subgrants: | | | |
| 97.024 | LRO ID: 913400-011 | Emergency Food and Shelter National Board Program (from Emergency Food and Shelter Program) | UW-Superior | 2,161 | 0 |
| | | Subtotal Subgrants | | 2,161 | 0 |
| | | TOTAL U.S. DEPARTMENT OF HOMELAND SECURITY | | 139,773,164 | 34,607,689 |

8.    As a condition of receiving federal funds, the State of Wisconsin must comply with the requirements of Uniform Guidance. 2 CFR 200.512(a)(1) requires the State of Wisconsin to submit the audit, the data collection form, and the reporting package to the FAC by the required deadline. SCO and LAB are responsible for uploading the required documents to the FAC. The

4

State Controller at SCO and Deputy State Auditor for Financial Audit at LAB are responsible for certifying the submission to the FAC. The State of Wisconsin's FY 2023-24 submission was accepted by the FAC on March 28, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of April 2025, in Madison, WI

*Angela Thomas*

Angela Thomas
State Controller
Department of Administration

5