UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ILLINOIS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY, *et al.*,<br><br>    Defendants. | Civil Action No.<br>25-cv-206-WES-PAS |

## DECLARATION OF PAVLO OBORSKI

I, Pavlo Oborski, declare as follows:

1. I am the Grants Management Branch Chief (BSX-22) for the Division of Boating Safety at the United States Coast Guard ("USCG"). I have held this position since 2010. I manage the Recreational Boat Safety program ("RBS" or "program") on behalf of the USCG.

2. By delegation from the Secretary of the U.S. Department of Homeland Security ("DHS"), the USCG administers the program. DHS, however, issues each fiscal year's Notice of Funding Opportunity ("NOFO") for the RBS.

3. The program funds eligible States in providing boating safety education, assistance, and enforcement activities. *See, e.g.*, 46 U.S.C. §§ 13101-13109. Funds are allocated and distributed for such activities conducted within a fiscal year. 46 U.S.C. § 13104. Such funds remain available for obligation by the State for three years after the date of allocation. 46 U.S.C. § 13105. In other words, once awarded, funds remain available for states to seek reimbursement for boating safety education, assistance and enforcement activities for three years.

4. The application of Paragraph C.IX (Communication and Cooperation with the Department of Homeland Security and Immigration Officials) and Paragraph C.XVII(2)(a)(iii) (Anti-Discrimination Grant Award Certification regarding immigration)

1

(the "Immigration Conditions") to the State Recreational Boating Safety Program is currently under review and a final decision has not been made regarding the application of the Immigration Conditions to the State Recreational Boating Safety Program. In light of this review, USCG will no longer require an agreement to comply with the Immigration Conditions in order to receive funding for the State Recreational Boating Safety Program for any active Notices of Funding Opportunities, and USCG will communicate this clarification to potential grant recipients for this program. The Coast Guard will clarify the final decision regarding the applicability of the Immigration Conditions in any future Notice of Funding Opportunity for FY 2026.

I, Pavlo Oborski, declare under penalty of perjury that the foregoing is true and correct.

Executed on July 23, 2025

Pavlo Oborski
Grants Management Branch Chief (BSX-22)
Division of Boating Safety
United States Coast Guard