# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

STATE OF ILLINOIS, et al.,

    *Plaintiffs*,

v.

FEDERAL EMERGENCY MANAGEMENT AGENCY, et al.,

    *Defendants*.

No. 1:25-cv-206-WES-PAS

## INDEX OF EXHIBITS TO PLAINTIFF STATES' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| No. | Document Title |
|---|---|
| 1 | Memorandum from Chief, Grants Mgmt. Branch, U.S. Coast Guard, to Boating Law Administrators (Apr. 4, 2025) |
| 2 | Memorandum from Chief, Grants Mgmt. Branch, U.S. Coast Guard, to Boating Law Administrators (July 24, 2025) |
| 3 | Declaration of R. Henry Weaver |
| 3-A | Letter from Kristi Noem, Sec'y of Homeland Sec., to Hon. JB Pritzker (July 28, 2025) |
| 3-B | Search Grants, Grants.gov |
| 3-C | Synopsis, View Grant Opportunity, Fiscal Year 2025 Homeland Security Grant Program (HSGP), Grants.gov |
| 3-D | Related Documents, View Grant Opportunity, Fiscal Year 2025 Homeland Security Grant Program (HSGP), Grants.gov |
| 3-E | Notice of Funding Opportunity (NOFO): Fiscal Year 2025 Homeland Security Grant Program (HSGP) (July 28, 2025 ~3:00 PM EDT) |
| 3-F | Notice of Funding Opportunity (NOFO): Fiscal Year 2025 Homeland Security Grant Program (HSGP) (July 28, 2025 4:41 PM EDT) |
| 3-G | Notice of Funding Opportunity (NOFO): National Nonprofit Organization Recreational Boating Safety (RBS) Grant Program |
| 3-H | Notice of Funding Opportunity (NOFO): Fiscal Year 2024 Fire Prevention and Safety (FP&S) Grant Program |

| No. | Document Title |
|---|---|
| 3-I | Notice of Funding Opportunity (NOFO): Fiscal Year 2024 Staffing for Adequate Fire and Emergency Response (SAFER) Grant Program |
| 3-J | Notice of Funding Opportunity (NOFO): Fiscal Year 2025 National Earthquake Hazards Reduction Program Individual State Earthquake Assistance |
| 3-K | Notice of Funding Opportunity (NOFO): Fiscal Year 2025 National Dam Safety Program State Assistance Spring Grant |
| 3-L | Notice of Funding Opportunity (NOFO): Fiscal Year 2025 Nonprofit Security Grant Program |
| 3-M | Notice of Funding Opportunity (NOFO): Fiscal Year 2025 Emergency Management Performance Grant |
| 3-N | Notice of Funding Opportunity (NOFO): Fiscal Year 2025 Homeland Security National Training Program (HSNTP): Continuing Training Grants (CTG) |
| 3-O | Notice of Funding Opportunity (NOFO): Fiscal Year 2025 Transit Security Grant Program |
| 3-P | Notice of Funding Opportunity (NOFO): Fiscal Year 2025 Port Security Grant Program (PSGP) |
| 3-Q | Notice of Funding Opportunity (NOFO): Fiscal Year 2025 Regional Catastrophic Preparedness Grant Program |
| 3-R | Notice of Funding Opportunity (NOFO): Fiscal Year (FY) 2025 State and Local Cybersecurity Grant Program (SLCGP) |