UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STATE OF ILLINOIS, *et al.*,

                *Plaintiffs,*

v.

FEDERAL EMERGENCY MANAGEMENT AGENCY, *et al.*,

                *Defendants.*

CA No.: 1:25-cv-00206-WES-PAS

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule 206(d)(1), undersigned counsel, Christopher Medeiros, respectfully withdraws his entry of appearance as counsel for plaintiff State of California. Mr. Medeiros's last day of employment with the California Department of Justice is September 5, 2025. James Stanley, Joel Marrero, Lee Sherman, Alexis Piazza, Delbert Tran, Deylin Thrift-Viveros, Luke Freedman and Newton Knowles will continue to represent plaintiff State of California in this matter.

Dated:  September 4, 2025

                Respectfully Submitted,

                Rob Bonta
                Attorney General of California

                */s/ Christopher Medeiros*
                Christopher Medeiros
                *Deputy Attorney General*

Office of the Attorney General
600 West Broadway, Suite 1800
San Diego, CA 92101
Telephone: (619) 738-9154
Email: Christopher.Medeiros@doj.ca.gov

*Counsel for Plaintiff State of California*

## CERTIFICATE OF SERVICE

    I hereby certify that this document was filed through the CM/ECF system on September 4, 2025, and will be served upon all registered counsel electronically.

*/s/ Christopher Medeiros*
Christopher Medeiros
