**UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF RHODE ISLAND**

STATE OF ILLINOIS, ET AL.

    Plaintiffs,

    v.                                                    1:25-cv-00206-WES

FEDERAL EMERGENCY MANAGEMENT
AGENCY, ET AL.

    Defendants.

### JUDGMENT

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

Pursuant to Fed. R. Civ. P. 58, judgment is hereby entered in accordance with the Court's Memorandum and Order of September 24, 2025.

<u>It is so ordered</u>.

September 24, 2025                    By the Court:

                                                     /s/ Hanorah Tyer-Witek
                                                     Clerk of Court