**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF ILLINOIS, et al., | |
| *Plaintiffs*, | |
| v. | No. 1:25-cv-206-WES-PAS |
| FEDERAL EMERGENCY MANAGEMENT AGENCY, et al., | |
| *Defendants*. | |

# EXHIBIT 1

Proposed Order

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF ILLINOIS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> FEDERAL EMERGENCY MANAGEMENT AGENCY, *et al.*, <br><br> *Defendants*. | No. 1:25-cv-206-WES-PAS |

**[PROPOSED] ORDER**

This matter comes before the Court for supplemental briefing on the scope of the remedy entered in this matter on September 24, 2025. *See* ECF 71–72. Upon consideration of the parties' filings and exhibits thereto, the Court ENFORCES its prior judgment and ORDERS as follows:

1. The "Contested Conditions" are defined as provided in the Court's prior order. *See* ECF 71 at 4–6.

2. The Contested Conditions and all award articles titled "Compliance with Federal Immigration Law" are set aside and vacated pursuant to 5 U.S.C. § 706(2).

3. Defendants are permanently enjoined from enforcing against Plaintiff States and their instrumentalities and subdivisions: (a) the Contested Conditions, (b) the "Compliance with Federal Immigration Law" award articles, and (c) any materially similar term requiring cooperation with federal immigration enforcement as a condition on federal funds.

4. Within seven days of the date of this Order, defendants shall amend all award documents that they have issued to Plaintiff States and their instrumentalities and

        subdivisions to remove all "Compliance with Federal Immigration Law" articles and reissue the amended award documents.

5.      Within seven days of the date of this Order, defendants shall amend all award documents that they have issued to Plaintiff States and their instrumentalities and subdivisions to remove all instances of the following sentence, or its material equivalents: "If the injunction is stayed, vacated, or extinguished, the 'Compliance with Federal Immigration Law' Agreement Article will immediately become effective," and reissue the amended award documents.

6.      No part of the relief here ordered is inconsistent with or in any way more limited than the relief ordered on September 24, 2025.

IT IS SO ORDERED.

_____

William E. Smith

United States District Judge

Dated: _____, 2025