**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF ILLINOIS, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL EMERGENCY<br>MANAGEMENT AGENCY, et al.,<br><br>*Defendants*. | No. 1:25-cv-206-WES-PAS |

# EXHIBIT 2

## Comparison of Original Contested Conditions to the "Compliance with Federal Immigration Law" Article

**COMPARISON OF ORIGINAL CONTESTED CONDITIONS TO THE "COMPLIANCE WITH FEDERAL IMMIGRATION LAW" ARTICLE**

**(Line Breaks and Indenting Added for Readability)**

~~(1) All recipients and other recipients of funds under this award must agree~~<ins>2.     Certification</ins>

<ins>a.   The state, territorial or local recipient and subrecipients must certify under penalty of perjury pursuant to 28 U.S.C. § 1746, and using a form that is acceptable to the Department of Homeland Security,</ins> that they will comply with the following requirements related to coordination and cooperation with the Department of Homeland Security and immigration officials:

~~(a)~~<ins>i.</ins> They ~~must~~<ins>will</ins> comply with the requirements of 8 U.S.C. §§ 1373 and 1644. These statutes prohibit restrictions on information sharing by state and local government entities with ~~DHS~~<ins>the Department of Homeland Security</ins> regarding the citizenship or immigration status, lawful or unlawful, of any individual. Additionally, 8 U.S.C. § 1373 prohibits any person or agency from prohibiting, or in any way restricting, a Federal, ~~State~~<ins>state</ins>, or local government entity from doing any of the following with respect to information regarding the immigration status of any individual: <ins>(</ins>1) sending such information to, or requesting or receiving such information from, Federal immigration officials; <ins>(</ins>2) maintaining such information; or <ins>(</ins>3) exchanging such information with any other Federal, ~~State~~<ins>state</ins>, or local government entity~~;~~<ins>.</ins>

~~(b)~~<ins>ii.</ins> They ~~must~~<ins>will</ins> comply with other relevant laws related to immigration, including prohibitions on encouraging or inducing an alien to come to, enter, or reside in the United States in violation of law, 8 U.S.C. § 1324(a)(1)(A~~) (~~<ins>)</ins>(iv), prohibitions on transporting or moving illegal aliens, 8 U.S.C. § 1324(a)(1)(A)(ii), prohibitions on harboring, concealing, or shielding from detection illegal aliens, 8 U.S.C. §

1324(a)(1)(A)(iii), and any applicable conspiracy, aiding or abetting, or attempt liability regarding these statutes~~;~~.

~~(c) That they~~iii. They will honor requests for cooperation, such as ~~participation~~participating in joint operations, sharing of information, or requests for short term detention of an alien pursuant to a valid detainer. A jurisdiction does not fail to comply with this requirement merely because it lacks the necessary resources to assist in a particular instance~~;~~.

~~(d) That they~~iv. They will provide access to detainees, such as when an immigration officer seeks to interview a person who might be a removable alien~~; and~~.

~~(e) That they~~v. They will not leak or otherwise publicize the existence of an immigration enforcement operation.

~~(2)~~b.  The state or territorial recipient must ~~certify under penalty of perjury pursuant to 28 U.S.C. § 1746 and using a form that is acceptable to DHS, that it will comply with the requirements of this term. Additionally, the recipient agrees that it will~~ require ~~any subrecipients or contractors to certify in the same manner that they will comply with this term prior to~~a state, territorial, or local government subrecipient to make the certification above before providing them with any funding under ~~this award~~the subaward.

~~(3) The recipient agrees that compliance with this term~~.  Materiality and Remedies for Noncompliance

This term and condition is material to the ~~Government's~~Department of Homeland Security's decision to ~~make or~~ continue with this grant award and ~~that~~ the Department of ~~homeland~~Homeland Security may ~~terminate this grant, or~~ take any ~~other allowable enforcement~~

2

3

~~action~~remedy for noncompliance, including termination, if the state or territorial recipient or a local government subrecipient fails to comply with this term and condition.