# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ILLINOIS, *et al.*,<br><br>     Plaintiffs,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY, *et al.*,<br><br>     Defendants. | Civil Action No.<br>25-cv-206-WES-PAS |

**DEFENDANTS' NOTICE OF COMPLIANCE WITH ECF 75**

Defendants hereby file this notice with the Court. On October 20, 2025, Defendants re-issued award letters to the eight direct grant recipients of Countering Weapons of Mass Destruction grants in compliance with the Court's Order (ECF 75). An example of such updated terms and conditions in the award letters appears as Ex. 1.

As part of an agreement with Plaintiffs' counsel and concerning FEMA grant programs affected by ECF 75, (a) Defendants emailed the attached notice to direct FEMA grant recipients, *see* Ex. 2; and (b) Defendants will issue revised, formal award letters to these grant recipients complying with ECF 75 within seven days after the ongoing lapse in federal appropriations ends.

To the extent that compliance with the preceding deadline might be affected by individual grantees' initiation of amendment or payment requests between the time a grant was awarded/accepted and when federal appropriations lapsed on October 1, 2025, Defendants will work in good faith with affected grantees to comply expeditiously with the Court's order.

Dated: October 21, 2025

Respectfully submitted,

FEDERAL EMERGENCY MANAGEMENT AGENCY; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES COAST GUARD; DAVID RICHARDSON, in his official capacity as Senior Official Performing the Duties of the Administrator of the Federal Emergency Management Agency; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; and KEVIN E. LUNDAY, in his official capacity as Acting Commandant of the U.S. Coast Guard,

By their Attorneys,

SARA MIRON BLOOM
Acting United States Attorney

*/s/ Kevin Bolan*

BETHANY N. WONG
KEVIN BOLAN
Assistant United States Attorneys
One Financial Plaza, 17th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (Fax)
Email: kevin.bolan@usdoj.gov

## CERTIFICATION OF SERVICE

I hereby certify that on October 21, 2025, I electronically filed the foregoing and it is available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

*/s/ Kevin Bolan*
Kevin Bolan
Assistant United States Attorney