UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ILLINOIS, *et al.*,

    Plaintiffs,

v.

FEDERAL EMERGENCY MANAGEMENT AGENCY, *et al.*,

    Defendants.

Civil Action No.
25-cv-206-WES-PAS

**NOTICE OF APPEAL**

    Notice is hereby given that the United States of America, on behalf of all Defendants, appeals to the United States Court of Appeals for the First Circuit from the final judgment that the district court (Smith, J.) entered in favor of the Plaintiffs on September 24, 2020 (ECF No. 72) as well as the court's order granting Plaintiffs' motion to enforce the judgment entered on October 14, 2025 (ECF No. 75).

Dated: November 21, 2025

Respectfully submitted,

FEDERAL EMERGENCY MANAGEMENT AGENCY; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES COAST GUARD; DAVID RICHARDSON, in his official capacity as Senior Official Performing the Duties of the Administrator of the Federal Emergency Management Agency; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; and KEVIN E. LUNDAY, in his official capacity as Acting Commandant of the U.S. Coast Guard,

By their Attorneys

SARA MIRON BLOOM
Acting United States Attorney

*/s/ Kevin Bolan*
KEVIN BOLAN
Assistant United States Attorney
One Financial Plaza, 17th Floor
Providence, RI 02903
(401) 709-5000
kevin.bolan@usdoj.gov

1

## CERTIFICATE OF SERVICE

      I certify that on November 21, 2025, I filed this document and its attachments through the Court's ECF system, thereby electronically serving all parties of record in this action.

                                            */s/ Kevin Bolan*
                                            KEVIN BOLAN
                                            Assistant United States Attorney