# United States Court of Appeals
## For the First Circuit

No. 25-2131

STATE OF ILLINOIS; STATE OF CALIFORNIA; STATE OF NEW JERSEY; STATE OF RHODE ISLAND; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN; DISTRICT OF COLUMBIA,

Plaintiffs - Appellees,

v.

FEDERAL EMERGENCY MANAGEMENT AGENCY; UNITED STATES COAST GUARD; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; ROBERT FENTON, in the official capacity as Senior Official Performing the Duties of the Administrator of the Federal Emergency Management Agency; KEVIN LUNDAY, in the official capacity as Commandant of the U.S. Coast Guard; MARKWAYNE MULLIN, in the official capacity as Secretary of the Department of Homeland Security,

Defendants - Appellants.

**JUDGMENT**

Entered: September 16, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of Appellants' assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Lauren S. Zurier, Kevin M. Bolan, Bethany N. Wong, Alex Hemmer, Robert Henry Weaver, Delbert K. Tran, Michael Louis Newman, James Edward Stanley, Shankar Duraiswamy, Anaiis Gonzalez, Sarah Nealon, Kathryn M. Sabatini, Keith D. Hoffmann, Paul Timothy James Meosky, David Moskowitz, Ashley H. Meskill, Vanessa L. Kassab, Ian R. Liston, David Dana Day, Kalikoonalani Diara Fernandes, Vivian A. Mikhail, James C. Luh, Robert Newman Brewer, Katherine B. Dirks, Hannah C. Vail, Neil Giovanatti, Heidi Parry Stern, Rabia Muqaddam, Zoe Levine, Robert A. Koch, Jonathan T. Rose, Cristina Sepe, Tyler S. Roberts, Benjamin M. Seel, Marsha Chien, Mitchell P. Reich, Joseph S. Larisa Jr.