# United States Court of Appeals
## For the First Circuit

---

No. 25-2131

STATE OF ILLINOIS; STATE OF CALIFORNIA; STATE OF NEW JERSEY; STATE OF RHODE ISLAND; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN; DISTRICT OF COLUMBIA,

Plaintiffs - Appellees,

v.

FEDERAL EMERGENCY MANAGEMENT AGENCY; UNITED STATES COAST GUARD; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; DAVID RICHARDSON, in the official capacity as Senior Official Performing the Duties of the Administrator of the Federal Emergency Management Agency; KEVIN LUNDAY, in the official capacity as Acting Commandant of the U.S. Coast Guard; KRISTI NOEM, in the official capacity as Secretary of the Department of Homeland Security,

Defendants - Appellants.

---

**MANDATE**

Entered: September 16, 2026

In accordance with the judgment of September 16, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Kevin M. Bolan
Robert Newman Brewer
Marsha Chien
David Dana Day

Katherine B. Dirks
Shankar Duraiswamy
Kalikoonalani Diara Fernandes
Neil Giovanatti
Anaiis Gonzalez
Alex Hemmer
Keith D. Hoffmann
Vanessa L. Kassab
Robert A. Koch
Joseph S. Larisa Jr.
Zoe Levine
Ian R. Liston
James C. Luh
Paul Timothy James Meosky
Ashley H. Meskill
Vivian A. Mikhail
David Moskowitz
Rabia Muqaddam
Sarah Nealon
Michael Louis Newman
Mitchell P. Reich
Tyler S. Roberts
Jonathan T. Rose
Kathryn M. Sabatini
Benjamin M. Seel
Cristina Sepe
James Edward Stanley
Heidi Parry Stern
Delbert K. Tran
Hannah C. Vail
Robert Henry Weaver
Bethany N. Wong
Lauren S. Zurier