**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF ILLINOIS, ET AL.<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY, ET AL.,<br><br>*Defendants*. | C.A. No. 1:25-cv-00206 |

**NOTICE OF WITHDRAWAL OF APPEARANCE FOR PAUL MEOSKY**

PLEASE TAKE NOTICE that Paul Meosky, due to his departure from the Office of the Rhode Island Attorney General, hereby withdraws as attorney of record for Plaintiff State of Rhode Island in the above-captioned matter.

Plaintiff State of Rhode Island will continue to be represented by Joshua Dunn, who has filed an appearance in this matter.

Dated: October 21, 2026

Respectfully submitted,

*/s/ Paul T.J. Meosky*

Paul T.J. Meosky, RI Bar No. 10742
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, ext. 2064
(401) 222-2995 (Fax)
pmeosky@riag.ri.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of October, 2026, I caused the foregoing to be filed electronically with the Clerk of the Court by using the CM/ECF System, which will serve a copy on all interested parties registered for electronic filing, and that the document is available for viewing and downloading from the ECF System.

*/s/ Paul T.J. Meosky*
Paul T.J. Meosky