# Exhibit B

FEMA

U.S. Department of Homeland Security
Washington, DC 20472

**Grant Programs Directorate Information Bulletin**
**No. 589**
**October 9, 2026**

MEMORANDUM FOR: All State Administrative Agency Heads
All State Administrative Agency Points of Contact
All Urban Area Security Initiative Points of Contact
All State Homeland Security Directors
All State Emergency Management Agency Directors
All Eligible Transit Agencies
All Transportation Security Partners
All Port Security Partners
All Tribal Nation Points of Contact

FROM: Jonathon P. Myers
Acting Associate Administrator for Resilience

SUBJECT: **Amendment to Correct the Fiscal Year 2026 Homeland Security Grant Program Agreement Article Titled "Fusion Center Intelligence Support, Coordination, and Reporting Requirement"**

---

## I. Purpose

This Information Bulletin notifies Fiscal Year (FY) 2026 Homeland Security Grant Program recipients that FEMA is amending all FY 2026 Homeland Security Grant Program awards to correct an administrative error in all FY 2026 Homeland Security Grant Program awards.

## II. Background

On September 23, 2026, FEMA issued FY 2026 Homeland Security Grant Program awards. Included in those awards was an agreement article titled "Fusion Center Intelligence Support, Coordination, and Reporting Requirement." Due to an administrative error, the language in the agreement article is incorrect.

## III. Grant Award Amendments

Effective immediately, FEMA is amending the agreement article titled "Fusion Center Intelligence Support, Coordination, and Reporting Requirement" in all FY 2026 Homeland Security Grant Program awards. The following language replaces the agreement article in its entirety:

*1) Fusion centers expending Fiscal Year 2026 Homeland Security Grant Program funds must provide meaningful intelligence support to the appropriate regional Homeland Security Task Force (HSTF). The 2026 Preparedness Grants Manual states that fusion centers must "maintain strong partnerships to enable intelligence, operational, investigative, and analytic collaboration and deconfliction of threat information with other partners located within their jurisdiction and across their region." The most important part of this requirement will be support for the appropriate regional HSTF. HSTFs were created through Section 6 of Executive Order 14159, which states:*
*"The objective of each HSTF is to end the presence of criminal cartels, foreign gangs, and transnational criminal organizations throughout the United States, dismantle cross-border human smuggling and trafficking networks, end the scourge of human smuggling and trafficking, with a particular focus on such offenses involving children, and ensure the use of all available law enforcement tools to faithfully execute the immigration laws of the United States."*
*Fusion centers are expected to further these objectives through formal coordination with the appropriate regional HSTF by providing intelligence, logistical, and operational support. Fusion centers must provide quarterly updates to the Federal Emergency Management Agency (FEMA) Homeland Security Programs Division, Grants Programs Directorate. The update is expected to include a general description of the type of support and the following metrics:*

- *Number of tips, leads, or Suspicious Activity Reports (SARs) provided to HSTFs.*
- *Number of personnel assigned to the HSTF within the fusion center's area of responsibility.*
- *Number of joint HSTF analytic products written and posted to the Homeland Security Information Network.*

*2) Fusion centers expending Fiscal Year 2026 Homeland Security Grant Program funds must provide intelligence support to federal law enforcement actions against identity theft and related crimes. The Homeland Security Grant Program lists "supporting border crisis response and enforcement" as a National Priority Area, and the Preparedness Grants Manual states that fusion centers "should leverage and build upon their terrorism-focused analytic and information-sharing capabilities so they can be applied to address threats across the DHS mission space." Specifically, fusion centers should leverage and build upon their terrorism-focused analytic and information-sharing capabilities to focus on federal law enforcement issues related to identity theft, identity mills, and illicit identification documents. Fusion centers must provide quarterly updates to the FEMA Homeland Security Programs Division, Grants Programs Directorate. The update is expected to include a general description of the type of support and the following metrics:*

- *Number of tips, leads, or SARs sent to DHS or other federal partners involving:*
    - *Identity theft;*
    - *"Identity mills" (businesses or informal networks producing or selling identities);*
    - *Fraudulent identity or supporting documents;*
    - *Patterns of repeated ID fraud.*
- *Updates on participation in Department of Homeland Security 287(g) programs.*

- *Provide updates on if the lead agency for the fusion center is an active 287(g) partner with a current, fully executed, and operational Memorandum of Agreement.*
- *The number of seats the fusion center holds for officials from U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations.*

*3) Fusion centers funded by the Fiscal Year 2026 Homeland Security Grant Program must support federal initiatives to trace proceeds from federal benefit fraud that are sent to foreign recipients, focusing on terrorist and transnational criminal organizations. The Preparedness Grants Manual states that fusion centers "should leverage and build upon their terrorism-focused analytic and information-sharing capabilities so they can be applied to address threats across the DHS mission space, including…threats from…transnational organized criminal activity." This activity may be conducted through support to the appropriate HSTF and in accordance with the requirements outlined in Section One. Fusion centers must provide quarterly updates to the FEMA Homeland Security Programs Division, Grants Programs Directorate. The update is expected to include a general description of the type of support and the following metrics:*

- *Number of tips, leads, or SARs regarding suspected fraud involving federal benefits, including grants, subsidies, or assistance programs, with descriptions of the type of fraud.*
- *Number of products that analyze outbound remittances or wire transfers linked to suspected benefit fraud.*

*4) Fusion centers expending Fiscal Year 2026 Homeland Security Grant Program funds must prioritize intelligence activities according to the Homeland Security Intelligence Priorities Framework (HIPF). Intelligence products must include the relevant HIPF priority topic, and most intelligence products must align with Priority One topics. Fusion centers must provide quarterly updates to the FEMA Homeland Security Programs Division, Grants Programs Directorate. The update is expected to include a general description of how fusion centers use the HIPF to allocate resources and personnel.*

FEMA will confirm these amendments in the award file for each impacted award in the FEMA Grants Outcomes system.

## IV. Questions

Questions regarding this IB may be directed to FEMA Grants News at fema-grants-news@fema.dhs.gov.