# Exhibit C

**From:** HSPD <hspd@fema.dhs.gov>
**Sent:** Monday, October 19, 2026 10:11 AM
**To:** HSPD <hspd@fema.dhs.gov>
**Subject:** Your Fiscal Year 2026 Homeland Security Grant Program award is ready for review

Hello SAAs,

As a follow-up to our earlier email, FEMA has finished updating your FY 2026 HSGP award to reflect the Sept. 28, 2026, court order and Information Bulletin No. 589. Your reissued award package is now available in FEMA Go.

Please log in to the FEMA Go, review the updated award package, and have your authorized official accept the award by Dec. 15, 2026. After the award is accepted, you may resume submitting amendments and payment requests as usual.

If you have questions, please reply to this email or contact your Preparedness Officer.

Thank you,

Team HSPB

**From:** HSPD
**Sent:** Thursday, October 15, 2026 11:33 AM
**To:** HSPD <hspd@fema.dhs.gov>
**Subject:** Upcoming Action Required: Fiscal Year 2026 Homeland Security Grant Program Award Reissuance

Hello SAAs,

I am reaching out regarding important updates to your Fiscal Year (FY) 2026 Homeland Security Grant Program (HSGP) award in the FEMA Grants Outcomes (FEMA GO) system. These changes will be made, beginning as early as Thursday, October 15, 2026, to bring your award into full compliance with the September 28, 2026, summary judgment order in *Metropolitan Government of Nashville and Davidson County, Tennessee, et al. v. U.S. Department of Homeland Security, et al.* (D.D.C.), and to correct an administrative error in the fusion center article, as described in Information Bulletin No. 589.

This email addresses only the changes required by the court order and Information Bulletin No. 589, and FEMA's actions to adjust your award. Any other administrative items (such as holds or routine grant management actions) will be handled separately by your Program Office.

**Award Reissuance and Acceptance**
Beginning as early as Thursday, October 15, 2026, FEMA will pull back, update and reissue your award package in FEMA GO to reflect the adjusted terms required by the court order and Information Bulletin No. 589.

- You will receive a notification once the revised award is available in FEMA GO.
- At that time, you will need to **review and formally accept the reissued award by December 15, 2026**.
- If you do not accept the award by this date, please contact your Preparedness Officer to discuss next steps.

**Key Updates to Your Award**

- **Terms & Conditions:** Will be revised to remove the Election Security Compliance Withhold article (the 20 percent holdback) and to update the Pass-Through of Funds to Local and Tribal Governments article, as required by the court order and described in Information Bulletin No. 587.
- **Fusion Center Agreement Article:** Will be replaced with the corrected language in Information Bulletin No. 589.
- **Election Security Minimum:** The 3 percent minimum election security investment requirement is not affected by the court order and remains in effect.

**What You Need to Do**

- No action is required from you at this time while FEMA processes these updates.
- Once you receive the notification that your award has been reissued, please log into FEMA GO, review the updated award package, and have your authorized official **accept the award by December 15, 2026** to ensure continued access to your grant funds and program activities.

After your authorized official accepts the reissued award, you may resume submitting amendments or payment requests as usual.

Any separate issues related to budget revisions or other programmatic holds that are **not** tied to this litigation will continue to be handled directly with your Preparedness Officer.

Thank you for your patience and partnership as FEMA implements the court's directives and amends FY 2026 HSGP awards. If you have questions about these litigation-related updates or the acceptance process, please reply to this email or contact your Preparedness Officer.

Best Regards,

Team HSPB

# Award Letter

U.S. Department of Homeland Security
Washington, D.C. 20472

Effective date: 09/23/2026

Geoffrey Martin
OHIO DEPARTMENT OF PUBLIC SAFETY, EMERGENCY MANAGMENT AGENCY
2855 W DUBLIN GRANVILLE RD
COLUMBUS, OH 43235

EMW-2026-SS-05002

Dear Geoffrey Martin,

Congratulations on behalf of the Department of Homeland Security, your application submitted for the Fiscal Year (FY) 2026 Homeland Security Grant Program, has been approved in the amount of $17,172,878.00 in Federal funding. This award of federal assistance is executed as a Grant.

Before you request and receive any of the Federal funds awarded to you, you must establish acceptance of the award through the FEMA Grants Outcomes (FEMA GO) system. By accepting this award, you acknowledge that the terms of the following documents are incorporated into the terms of your award:

- Award Summary - included in this document
- Agreement Articles - included in this document
- Obligating Document - included in this document
- Fiscal Year (FY) 2026 Homeland Security Grant Program (HSGP) Notice of Funding Opportunity
- The Preparedness Grant Manual (PGM)

Please make sure you read, understand, and maintain a copy of these documents in your official file for this award.

Sincerely,

Associate Administrator (A)
FEMA Resilience

Cynthia Spishak
Acting Associate Administrator
Resilience

# Award Summary

**Program:** Fiscal Year 2026 Homeland Security Grant Program
**Recipient:** OHIO DEPARTMENT OF PUBLIC SAFETY, EMERGENCY MANAGMENT AGENCY
**UEI-EFT:** VH65Q2NSMHE6
**Award number:** EMW-2026-SS-05002

## Summary description of award

The Fiscal Year (FY) 2026 Homeland Security Grant Program (HSGP) is one of three grant programs that constitute the DHS/FEMA focus on enhancing the ability of state, local, tribal, and territorial governments, as well as nonprofits, to prevent, protect against, respond to, and recover from terrorist attacks. These grant programs are part of a comprehensive set of measures authorized by Congress and implemented by DHS to help strengthen the Nation's communities against potential terrorist attacks. Among the five basic homeland security missions noted in the DHS Strategic Plan, the HSGP supports the goal to Strengthen National Preparedness and Resilience.

## Amount awarded table

The amount of the award is detailed in the attached Obligating Document for Award.

The following are the budgeted estimates for object classes for this award (including Federal share plus your cost share, if applicable):

| Object Class | Total |
|---|---|
| Personnel | $1,672,376.00 |
| Fringe benefits | $190,666.00 |
| Travel | $47,340.00 |
| Equipment | $15,075,545.00 |
| Supplies | $0.00 |
| Contractual | $184,951.00 |
| Construction | $0.00 |
| Other | $2,000.00 |
| Indirect charges | $0.00 |
| Federal | $17,172,878.00 |
| Non-federal | $0.00 |
| Total | $17,172,878.00 |
| Program Income | $0.00 |

## Approved scope of work

After review of your application, FEMA has approved the below scope of work. Justifications are provided for any differences between the scope of work in the original application and the approved scope of work under this award. You must submit scope or budget revision requests for FEMA's prior approval, via an amendment request, as appropriate per 2 C.F.R. § 200.308 and the FY2026 HSGP NOFO.

**Approved request details:**

## Investment

### Overtime and backfill costs (in accordance with operational Cost Guidance)

DESCRIPTION

tbd

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $731,250.00 | $731,250.00 |

BUDGET CLASS

Personnel

## Investment

### Full- or part-time staff or contractors/consultants

DESCRIPTION

Delivery of eligible training to local EMAs, law enforcement, and public safety agencies by contractor trainers

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $159,951.00 | $159,951.00 |

BUDGET CLASS

Contractual

### Program management

DESCRIPTION

Personnel Costs for Ohio EMA Training Staff to manage delivery of Homeland Security Training to Ohio partners and stakeholders.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $89,572.00 | $89,572.00 |

BUDGET CLASS

Personnel

### Program management

DESCRIPTION

Fringe Benefits Costs for Ohio EMA Training Staff to manage delivery of Homeland Security Training to Ohio partners and stakeholders.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $70,378.00 | $70,378.00 |

BUDGET CLASS

Fringe benefits

## Information Technology

DESCRIPTION

Use of various fusion center software for threat analysis.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $247,660.00 | $247,660.00 |

BUDGET CLASS

Equipment

## Hiring of new staff positions/contractors/consultants for participation in information/intelligence analysis and sharing groups or fusion center activities (up to 50% of the allocation)

DESCRIPTION

tdb

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $140,000.00 | $140,000.00 |

BUDGET CLASS

Personnel

## Training workshops and conferences

DESCRIPTION

This will be used to fund training opportunities for Ohio Homeland Security personnel to aid in prevent and protect by building the skills in protection of soft targets, intelligence and information sharing, cybersecurity and community preparedness.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $37,340.00 | $37,340.00 |

BUDGET CLASS

Travel

## Terrorism Incident Prevention Equipment

DESCRIPTION

tbd

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $525,768.00 | $525,768.00 |

BUDGET CLASS

Equipment

## Terrorism Incident Prevention Equipment

DESCRIPTION

TBD

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $157,731.00 | $157,731.00 |

BUDGET CLASS

Equipment

### Terrorism Incident Prevention Equipment

DESCRIPTION

TBD

| QUANTITY | UNIT PRICE | TOTAL |
| --- | --- | --- |
| 1 | $468,803.00 | $468,803.00 |

BUDGET CLASS

Equipment

### CBRNE Operational Search and Rescue Equipment

DESCRIPTION

TBD

| QUANTITY | UNIT PRICE | TOTAL |
| --- | --- | --- |
| 1 | $3,053,835.00 | $3,053,835.00 |

BUDGET CLASS

Equipment

### Other Authorized Equipment

DESCRIPTION

Suite of software services to coordinate and monitor events in the State Emergency Operations Center

| QUANTITY | UNIT PRICE | TOTAL |
| --- | --- | --- |
| 1 | $15,000.00 | $15,000.00 |

BUDGET CLASS

Equipment

### Travel

DESCRIPTION

Attendance and participation in the National Homeland Security Conference

| QUANTITY | UNIT PRICE | TOTAL |
| --- | --- | --- |
| 1 | $10,000.00 | $10,000.00 |

BUDGET CLASS

Travel

## Investment

## Program management

DESCRIPTION

tdb

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $191,862.00 | $191,862.00 |

BUDGET CLASS

Personnel

## Terrorism Incident Prevention Equipment

DESCRIPTION

Projects to be determined

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $383,726.00 | $383,726.00 |

BUDGET CLASS

Equipment

## Terrorism Incident Prevention Equipment

DESCRIPTION

Projects to be determined

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $115,118.00 | $115,118.00 |

BUDGET CLASS

Equipment

## Terrorism Incident Prevention Equipment

DESCRIPTION

Projects to be determined

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $652,332.00 | $652,332.00 |

BUDGET CLASS

Equipment

## Terrorism Incident Prevention Equipment

DESCRIPTION

Projects to be determined

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $2,494,215.00 | $2,494,215.00 |

BUDGET CLASS

Equipment

## Investment

### Program management

DESCRIPTION

Management and administration of the UASI grant program by Ohio EMA staff.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $183,334.00 | $183,334.00 |

BUDGET CLASS

Personnel

### Terrorism Incident Prevention Equipment

DESCRIPTION

Projects to be determined

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $366,269.00 | $366,269.00 |

BUDGET CLASS

Equipment

### Terrorism Incident Prevention Equipment

DESCRIPTION

Projects to be determined

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $109,881.00 | $109,881.00 |

BUDGET CLASS

Equipment

### Terrorism Incident Prevention Equipment

DESCRIPTION

Projects to be determined

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $622,657.00 | $622,657.00 |

BUDGET CLASS

Equipment

### Terrorism Incident Prevention Equipment

DESCRIPTION

Projects to be determined

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $2,380,547.00 | $2,380,547.00 |

BUDGET CLASS

Equipment

## Investment

### Program management

DESCRIPTION

Management and administration of the UASI grant program by Ohio EMA staff.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $183,263.00 | $183,263.00 |

BUDGET CLASS

Personnel

### Terrorism Incident Prevention Equipment

DESCRIPTION

Projects to be determined

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $366,527.00 | $366,527.00 |

BUDGET CLASS

Equipment

## Terrorism Incident Prevention Equipment

DESCRIPTION

Projects to be determined

| QUANTITY | UNIT PRICE | TOTAL |
| --- | --- | --- |
| 1 | $109,958.00 | $109,958.00 |

BUDGET CLASS

Equipment

## Terrorism Incident Prevention Equipment

DESCRIPTION

Projects to be determined

| QUANTITY | UNIT PRICE | TOTAL |
| --- | --- | --- |
| 1 | $623,095.00 | $623,095.00 |

BUDGET CLASS

Equipment

## Terrorism Incident Prevention Equipment

DESCRIPTION

Projects to be determined

| QUANTITY | UNIT PRICE | TOTAL |
| --- | --- | --- |
| 1 | $2,382,423.00 | $2,382,423.00 |

BUDGET CLASS

Equipment

## Management and/or Administration costs

### Personnel

DESCRIPTION

OPSG M&A (via OPSG Funding)

| | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 1 | $10,500.00 | $10,500.00 | Personnel |

### Personnel

DESCRIPTION

SHSP M&A

| | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 1 | $132,095.00 | $132,095.00 | Personnel |

### Personnel

DESCRIPTION

OPSG M&A (2.5% via SHSP)

| | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 1 | $10,500.00 | $10,500.00 | Personnel |

## Contractual

DESCRIPTION

Maintenance costs of Grants Software platform to manage the HSGP grant

| | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 1 | $25,000.00 | $25,000.00 | Contractual |

## Other

DESCRIPTION

Processing Fees for grant reimbursements to subrecipients

| | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 1 | $2,000.00 | $2,000.00 | Other |

## Fringe benefits

DESCRIPTION

Fringe benefit costs for staff to manage SHSP grants

| | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 1 | $103,788.00 | $103,788.00 | Fringe benefits |

## Fringe benefits

DESCRIPTION

Fringe benefits of staff managing the OPSG M&A (via OPSG Funding)

| | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 1 | $8,250.00 | $8,250.00 | Fringe benefits |

## Fringe benefits

DESCRIPTION

Fringe benefits of staff managing the OPSG M&A (2.5% via SHSP)

| | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 1 | $8,250.00 | $8,250.00 | Fringe benefits |

# Agreement Articles

**Program:** Fiscal Year 2026 Homeland Security Grant Program
**Recipient:** OHIO DEPARTMENT OF PUBLIC SAFETY, EMERGENCY MANAGMENT AGENCY
**UEI-EFT:** VH65Q2NSMHE6
**Award number:** EMW-2026-SS-05002

# Table of contents

| | |
|---|---|
| **Article 1** | **Assurances, Administrative Requirements, Cost Principles, Representations and Certifications** |
| **Article 2** | **General Acknowledgements and Assurances** |
| **Article 3** | **Age Discrimination Act of 1975** |
| **Article 4** | **American Security Drone Act of 2023** |
| **Article 5** | **Americans with Disabilities Act of 1990** |
| **Article 6** | **Civil Rights Act of 1964 – Title VI** |
| **Article 7** | **Civil Rights Act of 1968 – Title VIII** |
| **Article 8** | **Communication and Cooperation with the Department of Homeland Security and Immigration Officials** |
| **Article 9** | **CHIPS and Science Act of 2022** |
| **Article 10** | **Copyright** |
| **Article 11** | **Debarment and Suspension** |
| **Article 12** | **Drug Free Workplace Act of 1988** |
| **Article 13** | **Duplicative Costs** |
| **Article 14** | **Education Amendments of 1972 (Equal Opportunity in Education Act) – Title IX** |
| **Article 15** | **Energy Policy and Conservation Act of 1975** |
| **Article 16** | **Equal Treatment of Faith-Based Organizations** |
| **Article 17** | **False Claims Act and Program Fraud Civil Remedies** |
| **Article 18** | **Federal Anti-Discrimination Laws Material to the Government's Payment Decisions Under the False Claims Act** |
| **Article 19** | **Federal Debt Status** |
| **Article 20** | **Fly America Act** |
| **Article 21** | **Hotel and Motel Fire Safety Act of 1990** |
| **Article 22** | **John S. McCain National Defense Authorization Act of Fiscal Year 2019** |
| **Article 23** | **Lobbying Prohibitions** |
| **Article 24** | **National Environmental Policy Act** |
| **Article 25** | **National Security Presidential Memorandum-33 (NSPM-33) and Provisions of the Science and CHIPS Act of 2022** |
| **Article 26** | **Patents and Intellectual Property Rights** |
| **Article 27** | **Procurement of Recovered Materials** |

| | |
|---|---|
| **Article 28** | **Rehabilitation Act of 1973** |
| **Article 29** | **Reporting Recipient Integrity and Performance Matters** |
| **Article 30** | **Reporting Subawards and Executive Compensation** |
| **Article 31** | **Required Use of American Iron, Steel, Manufactured Products, and Construction Materials** |
| **Article 32** | **Subrecipient Monitoring and Management** |
| **Article 33** | **System for Award Management and Unique Entity Identifier Requirements** |
| **Article 34** | **Termination of a Federal Award** |
| **Article 35** | **Trafficking Victims Protection Act of 2000** |
| **Article 36** | **Uniting and Strengthening America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorism (USA PATRIOT Act of 2001)** |
| **Article 37** | **Whistleblower Protection Act** |
| **Article 38** | **All Executive Orders Related to Grants** |
| **Article 39** | **Executive Order 14332, Improving Oversight of Federal Grantmaking** |
| **Article 40** | **Executive Order 13513, Federal Leadership on Reducing Text Messaging While Driving** |
| **Article 41** | **Executive Order 13224, Blocking Property and Prohibiting Transactions With Persons Who Commit, Threaten to Commit, or Support Terrorism** |
| **Article 42** | **Acknowledgement of Federal Funding from DHS** |
| **Article 43** | **Activities Conducted Abroad** |
| **Article 44** | **Collection and Use of Personally Identifiable Information** |
| **Article 45** | **Non-Supplanting Requirements** |
| **Article 46** | **Notice of Funding Opportunity (NOFO) Requirements** |
| **Article 47** | **SAFECOM** |
| **Article 48** | **Use of DHS Seal, Logo, and Flags** |
| **Article 49** | **Environmental Planning and Historic Preservation (EHP) Review** |
| **Article 50** | **Applicability of DHS Standard Terms and Conditions to Tribal Nations** |
| **Article 51** | **Acceptance of Post Award Changes** |
| **Article 52** | **Disposition of Equipment Acquired Under the Federal Award** |
| **Article 53** | **Indirect Cost Rate** |
| **Article 54** | **Prior Approval for Modification of Approved Budget** |

| | |
|---|---|
| **Article 55** | **Build America, Buy America Act (BABAA) Required Contract Provision & Self-Certification** |
| **Article 56** | **Incorporation of Information Bulletin No. 582** |
| **Article 57** | **Summary Description of Award and Subprograms** |
| **Article 58** | **HSGP Performance Goal** |
| **Article 59** | **OPSG Program Performance Goal** |
| **Article 60** | **Operation Stonegarden Program Hold** |
| **Article 61** | **National Priority Area Program Hold** |
| **Article 62** | **Foreign National Vetting** |
| **Article 63** | **Pass-Through of Funds to Local and Tribal Governments** |
| **Article 64** | **Fusion Center Intelligence Support, Coordination, and Reporting Requirement** |
| **Article 65** | **Incorporation of Information Bulletins No. 587 and No. 589** |

| | |
|---|---|
| **Article 1** | **Assurances, Administrative Requirements, Cost Principles, Representations and Certifications**<br>Recipients must complete either the Office of Management and Budget (OMB) Standard Form 424B Assurances – Non- Construction Programs, or OMB Standard Form 424D Assurances – Construction Programs, as applicable. Certain assurances in these documents may not be applicable to your program and the DHS financial assistance office (DHS FAO) may require applicants to certify additional assurances. Applicants are required to fill out the assurances, as instructed. |
| **Article 2** | **General Acknowledgements and Assurances**<br>a. Recipients are required to follow the applicable provisions of the Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards in effect as of the federal award date and located in Title 2, Code of Federal Regulations, Part 200 and adopted by DHS at 2 C.F.R. § 3002.10. b. All recipients and subrecipients must acknowledge and agree to provide DHS access to records, accounts, documents, information, facilities, and staff pursuant to 2 C.F.R. § 200.337. 1) Recipients must cooperate with any DHS compliance reviews or compliance investigations. 2) Recipients must give DHS access to examine and copy records, accounts, and other documents and sources of information related to the federal award and permit access to facilities and personnel. 3) Recipients must submit timely, complete, and accurate reports to the appropriate DHS officials and maintain appropriate backup documentation to support the reports. 4) Recipients must comply with all other special reporting, data collection, and evaluation requirements required by law, federal regulation, Notice of Funding Opportunity, federal award specific terms and conditions, and/or DHS Component program guidance. Organization costs related to data and evaluation are allowable. The definition of data and evaluation costs is in 2 C.F.R. § 200.455(c), the full text of which is incorporated by reference. |
| **Article 3** | **Age Discrimination Act of 1975**<br>Recipients must comply with the Age Discrimination Act of 1975, Public Law 94-135 (codified as amended at Title 42, U.S. Code § 6101 et seq.), which prohibits recipients from discriminating on the basis of age in any program or activity receiving federal financial assistance. |
| **Article 4** | **American Security Drone Act of 2023**<br>Recipients must comply with the American Security Drone Act of 2023, of the National Defense Authorization Act for Fiscal Year 2024, Pub. L. 118-31 (41 U.S.C. § 3901 note prec.), which prohibits the procurement and operation of covered unmanned aircraft systems manufactured or assembled by covered foreign entities. |
| **Article 5** | **Americans with Disabilities Act of 1990**<br>Recipients must comply with the requirements of Titles I, II, and III of the Americans with Disabilities Act, Pub. L. 101-336 (1990) (codified as amended at 42 U.S.C. §§ 12101– 12213), which prohibits recipients from discriminating on the basis of disability in the operation of public entities, public and private transportation systems, places of public accommodation, and certain testing entities. |

| | |
|---|---|
| **Article 6** | **Civil Rights Act of 1964 – Title VI**<br>Recipients must comply with the Civil Rights Act of 1964, which provides that no person in the United States will, on the grounds of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving federal financial assistance. DHS implementing regulations are in 6 C.F.R. Part 21. The Federal Emergency Management Agency's (FEMA) implementing regulations are in 44 C.F.R. Part 7. |
| **Article 7** | **Civil Rights Act of 1968 – Title VIII**<br>Recipients must comply with Title VIII of the Civil Rights Act of 1968, Pub. L. 90-284 (codified as amended at 42 U.S.C. § 3601 et seq.) which prohibits recipients from discriminating in the sale, rental, financing, and advertising of dwellings, or in the provision of services in connection. therewith, on the basis of race, color, national origin, religion, disability, familial status, and sex, as implemented by the U.S. Department of Housing and Urban Development at 24 C.F.R. Part 100. The prohibition on disability discrimination includes the requirement that new multifamily housing with four or more dwelling units— i.e., the public and common use areas and individual apartment units (all units in buildings with elevators and ground-floor units in buildings without elevators)—be designed and constructed with certain accessible features. See 24 C.F.R. Part 100, Subpart D. |

**Article 8** **Communication and Cooperation with the Department of Homeland Security and Immigration Officials**

(1) The Department of Homeland Security will analyze whether the conditions in this section will be applied to any grant program in a way that is consistent with the specific statutes that apply to each grant program because the purpose of each grant program has a nexus to immigration activities, law enforcement, or national security, including preventing and responding to acts of terrorism and extremism, and DHS may tailor the conditions in this section to a specific grant program. DHS will clarify in the grant documents whether and how the terms in this section apply to each grant. (2) Where applicable, recipients and subrecipients of funds under an award must agree that they will comply with the following requirements related to coordination and cooperation with DHS and immigration officials: (a) They must comply with the requirements of 8 U.S.C. §§ 1373 and 1644. These statutes prohibit restrictions on information sharing by state and local government entities with DHS regarding the citizenship or immigration status, lawful or unlawful, of any individual. Additionally, 8 U.S.C. §§ 1373 prohibits any person or agency from prohibiting, or in any way restricting, a Federal, State, or local government entity from doing any of the following with respect to information regarding the immigration status of any individual: 1) sending such information to, or requesting or receiving such information from, Federal immigration officials; 2) maintaining such information; or 3) exchanging such information with any other Federal, State, or local government entity; (b) They must comply with other relevant laws related to immigration, including prohibitions on encouraging or inducing an alien to come to, enter, or reside in the United States in violation of law, 8 U.S.C. § 1324(a)(1)(A)(iv), prohibitions on transporting or moving illegal aliens, 8 U.S.C. § 1324(a)(1)(A)(ii), prohibitions on harboring, concealing, or shielding from detection illegal aliens, 8 U.S.C. § 1324(a)(1)(A)(iii), and any applicable conspiracy, aiding or abetting, or attempt liability regarding these statutes; (c) They will honor requests for cooperation with immigration detainers, including requests for information regarding criminal history, expected release date, actual release date, detention location, nationality, residence, and employment; and requests for short-term detention of not more than 48 hours of an alien pursuant to a valid detainer to allow DHS to assume custody. A jurisdiction does not fail to comply with this requirement merely because it lacks the necessary resources to assist in a particular instance. They will not prohibit voluntary cooperation with DHS under 8 U.S.C. § 1357(g). (d) That they will provide access to detainees, such as when an immigration officer seeks to interview a person who might be a removable alien; and (e) That they will not leak or otherwise publicize the existence of an immigration enforcement operation. (3) By accepting the grant award, recipients are certifying that: They do not, and will not during the term of this award, operate any program that benefits illegal immigrants or incentivizes illegal immigration by establishing or maintaining programs providing direct financial support or public benefits to illegal immigrants. (a) Illegal immigrant means any alien, as defined in 8 U.S.C. § 1101(a)(3), who has no lawful immigration status in the United States. (4) The recipient must certify under penalty of perjury pursuant to 28 U.S.C. § 1746 and using a form that is acceptable to DHS, that it will comply with the requirements of this term. Additionally, the recipient agrees that it will require any subrecipients or contractors to certify in the same manner that they will comply with this term prior to providing them with any funding under this award. (5) The recipient agrees that compliance with this term is material to the Government's decision to make or continue with this award and that the Department of homeland Security may terminate this grant, or take any other allowable enforcement action, if the recipient fails to comply with this term.

**Article 9** **CHIPS and Science Act of 2022**

(1) Recipients of DHS research and development (R&D) awards must report to the DHS Component research program office any finding or determination of sex based and sexual harassment and/or an administrative or disciplinary action taken against principal investigators (PI) or co-investigators (Co-PI) to be completed by an authorized organizational representative (AOR) at the recipient institution. (2) Notification. An AOR must disclose the following information to agencies within 10 days of the date that the finding is made, or 10 days from when a recipient imposes an administrative action on the reported individual, whichever is sooner. Reports should include: (a) Award number, (b) Name of PI or Co-PI being reported, (c) Awardee name, (d) Awardee address, (e) AOR name, title, phone, and email address, (f) Indication of the report type: (i) Finding or determination has been made that the reported individual violated awardee policies or codes of conduct, statutes, or regulations related to sexual harassment, sexual assault, or other forms of harassment, including the date that the finding was made. (ii) Imposition of an administrative or disciplinary action by the recipient on the reporting individual related to a finding/determination or an investigation of an alleged violation of recipient policy or codes of conduct, statutes, or regulations, or other forms of harassment. (iii) The date and nature of the administrative/disciplinary action, including a basic explanation or description of the event, which should not disclose personally identifiable information regarding any complaints or individuals involved. Any description provided must be consistent with the Family Educational Rights in Privacy Act. (3) Definitions. (a) An "authorized organizational representative (AOR)" is an administrative official who, on behalf of the proposing institution, is empowered to make certifications and representations and can commit the institution to the conduct of a project that an agency is being asked to support as well as adhere to various agency policies and award requirements. (b) "Principal investigators and co-principal investigators" are award personnel supported by a grant, cooperative agreement, or contract under Federal law. (c) A "reported individual" refers to recipient personnel who have been reported to a federal agency for potential sexual harassment violations. (d) "Sex based harassment" means a form of sex discrimination and includes harassment based on sex, sex stereotypes, sex characteristics, pregnancy or related conditions, sexual orientation, and gender identity. (e) "Sexual harassment" means unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature when this conduct explicitly or implicitly affects an individual's employment, unreasonably interferes with an individual's work performance, or creates an intimidating, hostile, or offensive work environment, whether such activity is carried out by a supervisor or by a co-worker, volunteer, or contractor.

**Article 10** **Copyright**

Recipients must affix the applicable copyright notices of 17 U.S.C. §§ 401 or 402 to any work first produced under federal awards and also include an acknowledgement that the work was produced under a federal award (including the federal award number and federal awarding agency). As detailed in 2 C.F.R. § 200.315, a federal awarding agency reserves a royalty-free, nonexclusive, and irrevocable right to reproduce, publish, or otherwise use the work for federal purposes and to authorize others to do so.

| | |
|---|---|
| **Article 11** | **Debarment and Suspension**<br>Recipients must comply with the non-procurement debarment and suspension regulations implementing Executive Orders 12549 and 12689 set forth at 2 C.F.R. Part 180 as implemented by DHS at 2 C.F.R. Part 3000. These regulations prohibit recipients from entering into covered transactions (such as subawards and contracts) with certain parties that are debarred, suspended, or otherwise excluded from or ineligible for participation in federal assistance programs or activities. |
| **Article 12** | **Drug Free Workplace Act of 1988**<br>Recipients must comply with the Drug-Free Workplace Act of 1988 and drug-free workplace requirements in Subpart B (or Subpart C, if the recipient is an individual) of 2 C.F.R. Part 3001, which adopts the government-wide implementation of the Drug-Free Workplace Act of 1988. |
| **Article 13** | **Duplicative Costs**<br>Recipients are prohibited from charging any cost to this federal award that will be included as a cost or used to meet cost sharing requirements of any other federal award in either the current or a prior budget period. However, recipients may shift costs that are allowable under two or more federal awards where otherwise permitted by federal statutes, regulations, or the federal award terms and conditions. |
| **Article 14** | **Education Amendments of 1972 (Equal Opportunity in Education Act) – Title IX**<br>Recipients must comply with the requirements of Title IX of the Education Amendments of 1972, Pub. L. 92-318 (codified as amended at 20 U.S.C. § 1681 et seq.), which provide that no person in the United States will, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any educational program or activity receiving federal financial assistance. DHS implementing regulations are codified at 6 C.F.R. Part 17. FEMA's implementing regulations are in 44 C.F.R. Part 19. |
| **Article 15** | **Energy Policy and Conservation Act of 1975**<br>Recipients must comply with the requirements of the Energy Policy and Conservation Act, Pub. L. No. 94-163 (1975) (codified as amended at 42 U.S.C. § 6201 et seq.), which policies relating to energy efficiency that are defined in the state energy conservation plan issued in compliance with the Energy Policy and Conservation Act of 1975. |
| **Article 16** | **Equal Treatment of Faith-Based Organizations**<br>Recipients must comply with the equal treatment policies and requirements contained in 6 C.F.R. Part 19 and other applicable statutes, regulations, and guidance governing the participations of faith-based organizations in individual DHS programs. It is DHS policy to ensure the equal treatment of faith-based organizations in social service programs administered or supported by DHS or its component agencies, enabling those organizations to participate in providing important social services to beneficiaries. |

| | | |
|---|---|---|
| **Article 17** | **False Claims Act and Program Fraud Civil Remedies**<br>Recipients must comply with the requirements of the False Claims Act, 31 U.S.C. §§ 3729- 3733, which prohibits the submission of false or fraudulent claims for payment to the Federal Government and details the administrative remedies for false claims and statements made. |
| **Article 18** | **Federal Anti-Discrimination Laws Material to the Government's Payment Decisions Under the False Claims Act**<br>Recipients must agree that its compliance in all respects with all applicable Federal anti-discrimination laws is material to the government's payment decisions for purposes of 31 U.S.C. § 3729(b)(4) (Definition of "material"). (1) Definitions. As used in this term – (a) DEI means "diversity, equity, and inclusion." (b) DEIA means "diversity, equity, inclusion, and accessibility." (c) Discriminatory equity ideology has the meaning set forth in Section 2(b) of Executive Order 14190. (d) Federal anti-discrimination laws mean Federal civil rights law that protect individual Americans from discrimination on the basis of race, color, sex, religion, and national origin. (2) Grant award certification. (a) By accepting the grant award, recipients are certifying that: (i) They do not, and will not during the term of this financial assistance award, operate any programs that advance or promote DEI, DEIA, or discriminatory equity ideology in violation of Federal anti-discrimination laws; and (3) DHS reserves the right to suspend payments in whole or in part and/or terminate financial assistance awards if the Secretary of Homeland Security or the Secretary's designee determines that the recipient has violated any provision of subsection (2). (4) Upon suspension or termination under subsection (3), all funds received by the recipient shall be deemed to be in excess of the amount that the recipient is determined to be entitled to under the Federal award for purposes of 2 C.F.R. § 200.346. As such, all amounts received will constitute a debt to the Federal Government that may be pursued to the maximum extent permitted by law. |
| **Article 19** | **Federal Debt Status**<br>All recipients are required to be non-delinquent in their repayment of any federal debt. Examples of relevant debt include delinquent payroll and other taxes, audit disallowances, and benefit overpayments. |
| **Article 20** | **Fly America Act**<br>Recipients must comply with Preference for U.S. Flag Air Carriers (Certificated Air Carriers List \| US Department of Transportation) for international air transportation of people and property to the extent that such service is available, in accordance with the International Air Transportation Fair Competitive Practices Act of 1974, 49 U.S.C. § 40118, and the interpretative guidelines issued by the Comptroller General of the United States in the March 31, 1981, amendment to Comptroller General Decision B-138942. |
| **Article 21** | **Hotel and Motel Fire Safety Act of 1990**<br>Recipients must ensure that all conference, meeting, convention, or training space funded entirely or in part by federal award funds complies with the fire prevention and control guidelines of Section 6 of the Hotel and Motel Fire Safety Act of 1990. |

| | | |
|---|---|---|
| **Article 22** | **John S. McCain National Defense Authorization Act of Fiscal Year 2019**<br>Recipients, subrecipients, and their contractors and subcontractors are prohibited from obligating or expending federal award funds on certain telecommunications and video surveillance products and contracting with certain entities for national security reasons described in section 889 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019, 2 C.F.R. §§ 200.216, 200.327, 200.471, and Appendix II to 2 C.F.R. Part 200. |
| **Article 23** | **Lobbying Prohibitions**<br>None of the funds provided under a federal award may be expended by the recipient to pay any person to influence, or attempt to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with any federal action related to a federal award or contract, including any extension, continuation, renewal, amendment, or modification. Recipients must file a lobbying certification form found on Grants.gov Lobbying Form as described in Appendix A to 6 C.F.R. Part 9, and file a lobbying disclosure form as described in Appendix B to 6 C.F.R. Part 9 found on Grants.gov as the Disclosure of Lobbying Activities (SF-LLL). |
| **Article 24** | **National Environmental Policy Act**<br>Recipients must comply with the requirements of the National Environmental Policy Act of 1969, (NEPA). |
| **Article 25** | **National Security Presidential Memorandum-33 (NSPM-33) and Provisions of the Science and CHIPS Act of 2022**<br>(1) Recipient research institutions ("covered institutions") must comply with the requirements in NSPM-33 and provisions of Pub. L.117-167, Section 10254 (codified at 42 U.S.C. § 18951) certifying that the institution has established and operates a research security program that includes elements relating to: (a) cybersecurity; (b) foreign travel security; (c) research security training; and (d) export control training, as appropriate. (2) Definition. "Covered institutions" means recipient research institutions receiving federal Research and Development (R&D) science and engineering support "in excess of $50 million per year." |
| **Article 26** | **Patents and Intellectual Property Rights**<br>Recipients are subject to the Bayh-Dole Act, 35 U.S.C. § 200 et seq. and applicable regulations governing inventions and patents, including the regulations issued by the Department of Commerce at 37 C.F.R. Part 401 (Rights to Inventions Made by Nonprofit Organizations and Small Business Firms under Government Awards, Contracts, and Cooperative Agreements) and the standard patent rights clause set forth at 37 C.F.R. § 401.14. |
| **Article 27** | **Procurement of Recovered Materials**<br>States, political subdivisions of states, and their contractors must comply with Section 6002 of the Solid Waste Disposal Act, Pub. L. 89-272 (1965) (codified as amended by the Resource Conservation and Recovery Act at 42 U.S.C. § 6962) and 2 C.F.R. § 200.323. The requirements of Section 6002 include procuring only items designated in guidelines of the Environmental Protection Agency (EPA) at 40 C.F.R. Part 247 that contain the highest percentage of recovered materials practicable, consistent with maintaining a satisfactory level of competition. |

| | |
|---|---|
| **Article 28** | **Rehabilitation Act of 1973**<br>Recipients must comply with the requirements of Section 504 of the Rehabilitation Act of 1973, Pub. L. 93-112 (codified as amended at 29 U.S.C. § 794), which provides that no otherwise qualified handicapped individuals in the United States will, solely by reason of the handicap, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving federal financial assistance. |
| **Article 29** | **Reporting Recipient Integrity and Performance Matters**<br>If the total value of any currently active grants, cooperative agreements, and procurement contracts from all federal awarding agencies exceeds $10,000,000 for any period of time during the period of performance of the federal award, then the recipient must comply with the requirements set forth in the government-wide federal award term and condition for Recipient Integrity and Performance Matters in 2 C.F.R. Part 200, Appendix XII, the full text of which is incorporated by reference. |
| **Article 30** | **Reporting Subawards and Executive Compensation**<br>For federal awards that total or exceed $30,000, recipients are required to comply with the government-wide federal award term and condition on Reporting Subawards and Executive Compensation set forth at 2 C.F.R. Part 170, Appendix A, the full text of which is incorporated by reference. |

**Article 31** **Required Use of American Iron, Steel, Manufactured Products, and Construction Materials**

(1) Recipients of a federal award from a financial assistance program that provides funding for infrastructure are hereby notified that none of the funds provided under this federal award may be used for a project for infrastructure unless: (a) all iron and steel used in the project are produced in the United States—this means all manufacturing processes, from the initial melting stage through the application of coatings, occurred in the United States; (b) all manufactured products used in the project are produced in the United States—this means the manufactured product was manufactured in the United States; and the cost of the components of the manufactured product that are mined, produced, or manufactured in the United States is greater than 55 percent of the total cost of all components of the manufactured product, unless another standard for determining the minimum amount of domestic content of the manufactured product has been established under applicable law or regulation; and (c) all construction materials are manufactured in the United States—this means that all manufacturing processes for the construction material occurred in the United States. (2) The Buy America preference only applies to articles, materials, and supplies that are consumed in, incorporated into, or affixed to an infrastructure project. As such, it does not apply to tools, equipment, and supplies, such as temporary scaffolding, brought to the construction site and removed at or before the completion of the infrastructure project. Nor does a Buy America preference apply to equipment and furnishings, such as movable chairs, desks, and portable computer equipment, that are used at or within the finished infrastructure project but are not an integral part of the structure or permanently affixed to the infrastructure project. (3) Waivers. When necessary, recipients may apply for, and the agency may grant, a waiver from these requirements. The agency should notify the recipient for information on the process for requesting a waiver from these requirements. a. When the Federal agency has determined that one of the following exceptions applies, the federal awarding official may waive the application of the domestic content procurement preference in any case in which the agency determines that: i. applying the domestic content procurement preference would be inconsistent with the public interest; ii. the types of iron, steel, manufactured products, or construction materials are not produced in the United States in sufficient and reasonably available quantities or of a satisfactory quality; or iii. the inclusion of iron, steel, manufactured products, or construction materials produced in the United States will increase the cost of the overall project by more than 25%. b. A request to waive the application of the domestic content procurement preference must be in writing. The agency will provide instructions on the format, contents, and supporting materials required for any waiver request. Waiver requests are subject to public comment periods of no less than 15 days and must be reviewed by the Made in America Office. c. There may be instances where a federal award qualifies, in whole or in part, for an existing waiver described at "Buy America" Preference in FEMA Financial Assistance Programs for Infrastructure | FEMA.gov. (4) Definitions. The definitions applicable to this term are set forth at 2 C.F.R. § 184.3, the full text of which is incorporated by reference.

**Article 32** **Subrecipient Monitoring and Management**

Pass-through entities must comply with the requirements for subrecipient monitoring and management.

| | | |
|---|---|
| **Article 33** | **System for Award Management and Unique Entity Identifier Requirements**<br>Recipients are required to comply with the requirements set forth in the governmentwide federal award term and condition regarding the System for Award Management and Unique Entity Identifier Requirements in 2 C.F.R. Part 25, Appendix A, the full text of which is incorporated reference. |
| **Article 34** | **Termination of a Federal Award**<br>(1) By DHS. DHS may terminate a federal award, in whole or in part, for the following reasons: (a) If the recipient fails to comply with the terms and conditions of the federal award; (b) With the consent of the recipient, in which case the parties must agree upon the termination conditions, including the effective date, and in the case of partial termination, the portion to be terminated; (c) Pursuant to the terms and conditions of the federal award; or (d) For convenience, pursuant to Executive Order 14332, Improving Oversight of Federal Grantmaking, including when the award no longer advances agency priorities or the national interest, but subject to appropriate exceptions, including agreements entered into in furtherance of international trade agreements or those awarded by the Department of Commerce under title XCIX of the William M. (Mac) Thornberry National Defense Authorization Act for Fiscal Year 2021 (Public Law 116-283), the CHIPS and Science Act of 2022 (Public Law 117-167), or Division F of the Infrastructure Investment and Jobs Act (Public Law 117-58). (2) By the Recipient. The recipient may terminate the federal award, in whole or in part, by sending written notification to DHS stating the reasons for such termination, the effective date, and in the case of partial termination, the portion to be terminated. However, if DHS determines that the remaining portion of the federal award will not accomplish the purposes for which the federal award was made, DHS may terminate the federal award in its entirety. (3) Notice. Either party will provide written notice of intent to terminate for any reason to the other party no less than 30 calendar days prior to the effective date of the termination. (4) Compliance with Closeout Requirements for Terminated Awards. The recipient must continue to comply with closeout requirements in 2 C.F.R. §§ 200.344-200.345 after an award is terminated. |
| **Article 35** | **Trafficking Victims Protection Act of 2000**<br>Recipients must comply with the requirements of the government-wide federal award term and condition which implements Trafficking Victims Protection Act of 2000, Pub. L. 106-386, § 106 (codified as amended at 22 U.S.C. § 7104). The federal award term and condition is in 2 C.F.R. § 175.105, the full text of which is incorporated by reference. |
| **Article 36** | **Uniting and Strengthening America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorism (USA PATRIOT Act of 2001)**<br>Recipients must comply with the requirements of Pub. L. 107-56, Section 817 of the USA PATRIOT Act, which amends 18 U.S.C. §§ 175–175c. |
| **Article 37** | **Whistleblower Protection Act**<br>Recipients must comply with the statutory requirements for whistleblower protections in 10 U.S.C § 4701 and 41 U.S.C. § 4712. |

| | |
|---|---|
| **Article 38** | **All Executive Orders Related to Grants**<br>Presidential Executive Orders. Recipients must comply with the requirements and actions of Presidential executive orders related to grants (also known as federal assistance and financial assistance), including those published after the date of this publication, the full text of which are incorporated by reference. |
| **Article 39** | **Executive Order 14332, Improving Oversight of Federal Grantmaking**<br>Draw Down of Funds. Recipients are prohibited from directly drawing down general grant funds for specific projects without the affirmative authorization of DHS. Recipients must provide written payment justification, with specificity, for requests for each drawdown. |
| **Article 40** | **Executive Order 13513, Federal Leadership on Reducing Text Messaging While Driving**<br>Federal Leadership on Reducing Text Messaging While Driving. Recipients are encouraged to adopt and enforce policies that ban text messaging while driving recipient-owned, recipient-rented, or privately owned vehicles when on official government business or when performing any work for or on behalf of the Federal Government. Recipients are also encouraged to conduct the initiatives of the type described in Section 3(a) of Executive Order 13513. |
| **Article 41** | **Executive Order 13224, Blocking Property and Prohibiting Transactions With Persons Who Commit, Threaten to Commit, or Support Terrorism**<br>Terrorist Financing. Recipients must comply with Executive Order 13224 and applicable statutory prohibitions on transactions with, and the provisions of resources and support to, individuals and organizations associated with terrorism. Recipients are legally responsible for ensuring compliance with the Executive Order and laws. |
| **Article 42** | **Acknowledgement of Federal Funding from DHS**<br>Recipients must acknowledge their use of federal award funding when issuing statements, press releases, requests for proposal, bid invitations, and other documents describing projects or programs funded in whole or in part with federal award funds. |
| **Article 43** | **Activities Conducted Abroad**<br>Recipients must coordinate with appropriate government authorities when performing project activities outside the United States obtain all appropriate licenses, permits, or approvals. |
| **Article 44** | **Collection and Use of Personally Identifiable Information**<br>(1) Recipients who collect personally identifiable information (PII) as part of carrying out the scope of work under a federal award are required to have a publicly available privacy policy that describes standards on the usage and maintenance of the PII they collect. (2) Definition. DHS defines "PII" as any information that permits the identity of an individual to be directly or indirectly inferred, including any information that is linked or linkable to that individual. Recipients may also find the DHS Privacy Impact Assessments: Privacy Guidance and Privacy Template as useful resources respectively. |

| | |
|---|---|
| **Article 45** | **Non-Supplanting Requirements**<br>Recipients of federal awards under programs that prohibit supplanting by law must ensure that federal funds supplement but do not supplant non-federal funds that, in the absence of such federal funds, would otherwise have been made available for the same purpose. |
| **Article 46** | **Notice of Funding Opportunity (NOFO) Requirements**<br>All the instructions, guidance, limitations, scope of work, and other conditions set forth in the NOFO for this federal award are incorporated by reference. All recipients must comply with any such requirements set forth in the NOFO. If a condition of the NOFO is inconsistent with these terms and conditions and any such terms of the federal award, the condition in the NOFO shall be invalid to the extent of the inconsistency. The remainder of that condition and all other conditions set forth in the NOFO shall remain in effect. |
| **Article 47** | **SAFECOM**<br>Recipients receiving federal awards made under DHS programs that provide emergency communication equipment and its related activities must comply with the SAFECOM Guidance for Emergency Communication Grants, including provisions on technical standards that ensure and enhance interoperable communications. The SAFECOM Guidance is updated annually and can be found at Funding and Sustainment \| CISA. |
| **Article 48** | **Use of DHS Seal, Logo, and Flags**<br>Recipients must obtain written permission from DHS prior to using the DHS seals, logos, crests, or reproductions of flags, or likenesses of DHS agency officials. This includes use of DHS component (e.g., FEMA, CISA, etc.) seals, logos, crests, or reproductions of flags, or likenesses of component officials. |

| | | |
|---|---|---|
| **Article 49** | **Environmental Planning and Historic Preservation (EHP) Review**<br>FEMA funded activities that could impact the environment and historic properties are subject to the FEMA EHP review process. This review does not address all federal, state, and local requirements. Acceptance of federal funding requires the recipient to comply with all federal, state, and local laws. FEMA is required to consider the potential impacts to natural and cultural resources of all projects funded by FEMA grant funds, through its EHP review process, as mandated by: the National Environmental Policy Act; Endangered Species Act; National Historic Preservation Act of 1966, as amended; Clean Water Act; Clean Air Act; National Flood Insurance Program regulations; and any other applicable laws, regulations and executive orders (EO). General guidance for FEMA's EHP process is available on FEMA.gov. Specific applicant guidance on how to submit information for EHP review depends on the individual grant program. Applicants should contact their grant program officer to be put in contact with EHP staff responsible for assisting with their specific grant program. The FEMA EHP review process must be completed before funds are released to carry out the proposed project. Otherwise, FEMA may not be able to fund the project due to noncompliance with EHP laws, executive orders, regulations, and policies. FEMA may also need to perform a project closeout review to ensure the applicant complied with all required EHP conditions identified in the initial review. If ground is disturbed during construction, the applicant will monitor the ground disturbance, and if any potential archaeological resources are discovered, the applicant will immediately cease work in that area and notify the pass-through entity, if applicable, and FEMA. EO 11988, Floodplain Management, and EO 11990, Protection of Wetlands, require that all federal actions in or affecting the floodplain or wetlands be reviewed for opportunities to relocate, and be evaluated for social, economic, historical, environmental, legal, and safety considerations. FEMA's regulations at 44 C.F.R. Part 9 implement the EOs and require an eight-step review process if a proposed action is in a floodplain or wetland or has the potential to affect or be affected by a floodplain or wetland. |
| **Article 50** | **Applicability of DHS Standard Terms and Conditions to Tribal Nations**<br>The DHS Standard Terms and Conditions are a restatement of general requirements imposed upon recipients and flow down to sub-recipients as a matter of law, regulation, or executive order. If the requirement does not apply to Tribal Nations, or there is a federal law or regulation exempting its application to Tribal Nations, then the acceptance by Tribal Nations, or acquiescence to DHS Standard Terms and Conditions does not change or alter its inapplicability to a Tribal Nation. The execution of grant documents is not intended to change, alter, amend, or impose additional liability or responsibility upon the Tribal Nations where it does not already exist. |
| **Article 51** | **Acceptance of Post Award Changes**<br>Should FEMA determine that an error has been made in the award package, or if an administrative change must be made to the award package, recipients will be notified of the change in writing. Once the notification has been made, any subsequent requests for funds will indicate recipient acceptance of the changes to the award. Please email FEMA Grant Management Operations at ASK-GMD@fema.dhs.gov for any questions. |

| | |
|---|---|
| **Article 52** | **Disposition of Equipment Acquired Under the Federal Award**<br>When original or replacement equipment acquired under this award is no longer needed for the original project or program or for other activities currently or previously supported by a federal awarding agency, the non-state recipient or subrecipient (including subrecipients of a state or Tribal Nation), must request instructions from FEMA to make proper disposition of the equipment pursuant to 2 C.F.R. § 200.313(e). State recipients must follow the disposition requirements in accordance with state laws and procedures noted in 2 C.F.R. § 200.313(b). Tribal Nations must follow the disposition requirements in accordance with tribal laws and procedures noted in 2 C.F.R. § 200.313(b); and if such laws and procedures do not exist, then Tribal Nations must follow the disposition instructions in 2 C.F.R. § 200.313(e). |
| **Article 53** | **Indirect Cost Rate**<br>2 C.F.R. § 200.211(b)(16) requires the terms of the award to include the indirect cost rate for the federal award. If applicable, the approved indirect cost rate associated with the award must be documented in the budget or other award materials approved by FEMA and maintained in the official award file. |
| **Article 54** | **Prior Approval for Modification of Approved Budget**<br>Before making any change to the FEMA approved budget for this award, a written request must be submitted and approved by FEMA as required by 2 C.F.R. § 200.308. For purposes of non-construction projects, FEMA is using its discretion to impose an additional restriction under 2 C.F.R. § 200.308(i) regarding the transfer of funds among direct cost categories, programs, functions, or activities. For awards with an approved budget where the federal share is greater than the simplified acquisition threshold (currently $350,000) and where the cumulative amount of such transfers exceeds or is expected to exceed 10% of the total budget FEMA last approved, transferring funds among direct cost categories, programs, functions, or activities is unallowable without prior written approval from FEMA. For purposes of awards that support both construction and non-construction work, 2 C.F.R. § 200.308(f)(9) requires the recipient to obtain prior written approval from FEMA before making any fund or budget transfers between the two types of work. Any deviations from a FEMA approved budget must be reported in the first Federal Financial Report (SF-425) that is submitted following any budget deviation, regardless of whether the budget deviation requires prior written approval. |
| **Article 55** | **Build America, Buy America Act (BABAA) Required Contract Provision & Self-Certification**<br>In addition to the DHS Standard Terms & Conditions regarding Required Use of American Iron, Steel, Manufactured Products, and Construction Materials, recipients and subrecipients of FEMA financial assistance programs that are subject to BABAA must include a Buy America Preference contract provision as noted in 2 C.F.R. § 184.4 and a contractor self-certification as required by the FEMA Buy America Preference in FEMA Financial Assistance Programs for Infrastructure Policy (FEMA Policy #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). This requirement applies to all subawards, contracts, and purchase orders for work performed, or products supplied under the FEMA award subject to BABAA. |

**Article 56** **Incorporation of Information Bulletin No. 582**

Information Bulletin No. 582 and any successor Information Bulletins are incorporated into the terms of this grant award.

**Article 57** **Summary Description of Award and Subprograms**

The purpose of the FY 2026 HSGP is to support state and local efforts to prevent terrorism and other catastrophic events and to prepare the Nation for the threats and hazards that pose the greatest risk to the security of the United States. The HSGP provides funding to implement investments that build, sustain, and deliver the 32 core capabilities essential to achieving the National Preparedness Goal of a secure and resilient Nation. Among the five basic homeland security missions noted in the DHS Quadrennial Homeland Security Review, HSGP supports the goal to Strengthen National Preparedness and Resilience. The building, sustainment, and delivery of these core capabilities are not exclusive to any single level of government, organization, or community, but rather, require the combined effort of the whole community. This HSGP award consists of State Homeland Security Program (SHSP) funding in the amount of $5,257,671, Urban Area Security Initiative (UASI) funding in the amount of $11,165,207 (Cincinnati, OH-KY-IN, $3,665,266; Columbus, OH, $3,662,688; Cleveland-Elyria, OH, $3,837,253), and Operation Stonegarden (OPSG) funding in the amount of $750,000. The following counties shall receive OPSG subawards for the following amounts: Ashtabula, $80,000; Cuyahoga, $100,000; Erie, $110,000; Huron, $25,000; Lorain, $135,000; Lucas, $100,000; Ottawa, $150,000; Sandusky, $50,000. These grant programs fund a range of activities, including planning, organization, equipment purchase, training, exercises, and management and administration across all core capabilities and mission areas.

**Article 58** **HSGP Performance Goal**

In addition to the Biannual Strategy Implementation Report (BSIR) submission requirements outlined in the Preparedness Grants Manual, recipients must demonstrate how the grant-funded project addressed the core capability gap associated with this project and identified in the Threat and Hazard Identification and Risk Analysis (THIRA) or Stakeholder Preparedness Review (SPR) or sustains existing capabilities as applicable. The capability gap reduction must be addressed in the Project Description of the BSIR for each project.

**Article 59** **OPSG Program Performance Goal**

In addition to the Biannual Strategy Implementation Report (BSIR) submission requirements outlined in the Preparedness Grants Manual, recipients must demonstrate how the grant-funded project addressed the core capability gap associated with this project and identified in the Threat and Hazard Identification and Risk Analysis (THIRA) or Stakeholder Preparedness Review (SPR) or sustains existing capabilities as applicable. The capability gap reduction or capability sustainment must be addressed in the Project Description of the BSIR for each project.

| | | |
|---|---|---|
| **Article 60** | **Operation Stonegarden Program Hold**<br>The recipient is prohibited from drawing down OPSG funding under this award or reimbursing OPSG subrecipients of this award until each unique, specific, or modified county level, tribal, or equivalent Operations Order or Fragmentary Order (FRAGO) has been reviewed by FEMA/GPD and Customs and Border Protection/United States Border Patrol (CBP/USBP). The recipient will receive the official notification of approval from FEMA/GPD. |
| **Article 61** | **National Priority Area Program Hold**<br>The recipient must not incur costs against, or draw down funding for, any project counted toward the 30 percent minimum spending requirement across the National Priority Areas until FEMA/GPD has reviewed that project for effectiveness and has notified the recipient in writing that the project is approved. Review and approval occur project by project, and approval of one project does not release any other project. The National Priority Areas for FY 2026 are protecting soft targets and crowded places; supporting Homeland Security Task Forces and fusion centers; enhancing cybersecurity; enhancing election security, which requires at least 3 percent of the award; and supporting border crisis response and enforcement, which requires at least 10 percent of the award. The election security and border crisis response and enforcement minimums are satisfied within the 30 percent total rather than in addition to it. Costs incurred before FEMA/GPD issues written approval for a project are incurred at the recipient's risk. If FEMA/GPD does not approve the project, those costs are not allowable under this award and will not be reimbursed. The effect of this hold on the statutory pass-through period is governed by the condition titled Pass-Through of Funds to Local and Tribal Governments. |
| **Article 62** | **Foreign National Vetting**<br>As provided in IB 568, the recipient and its subrecipients must comply with FEMA policy and process for foreign national vetting in non-disaster grant programs. Subrecipients must vet all individuals whose salaries, wages, or fringe benefits are charged to the subaward and provide the required certification to the recipient. The recipient must submit the required information for each individual within the scope of IB 568, and must not permit an individual whose vetting has not been completed to access grant-funded facilities, systems, or information except as IB 568 provides. The recipient must retain vetting documentation and make it available to FEMA on request. |

**Article 63** **Pass-Through of Funds to Local and Tribal Governments**

As required by 6 U.S.C. § 605(c) for SHSP and 6 U.S.C. § 604(d) for UASI, the recipient must make available to local and tribal governments not less than 80 percent of the SHSP and UASI funds awarded under this award, within 45 days. The recipient may satisfy this requirement with funds or, with the consent of those governments, with items, services, or activities of equivalent value. This requirement applies to SHSP and UASI funds only and does not apply to OPSG funds. The 45-day period runs separately for each amount of SHSP and UASI funding that becomes available to the recipient. For funds available at the time of award, the period begins on the date the recipient receives the funds. For amounts allocated to projects subject to a programmatic hold, the funds are not available at the time of award and the period does not begin for those funds until FEMA notifies the recipient in writing that the hold has been released or that the project has been approved, beginning instead on the date of that written notice. A hold on one amount does not suspend the period for any other amount, and funds available at the time of award must still be passed through within 45 days of receipt. For each such period, the recipient must pass through not less than 80 percent of the SHSP and UASI funds that became available at the beginning of that period. Meeting this obligation in each period satisfies the 80 percent requirement for the award as a whole. An amount subject to a programmatic hold is released only when every applicable hold has been lifted, and its 45-day period begins on the date of the last written release notice. The recipient must certify to the Administrator that the required distribution has been made, as required by 6 U.S.C. §§ 605(c)(2) and 604(d). A separate certification is required for each period, and each certification must identify the date the period began, the amount that became available, the amount passed through, and the local and tribal governments to which it was made available. FEMA records the release date of each amount in FEMA GO. This condition does not extend the period of performance. Where a programmatic hold materially compresses the time available to the recipient, the recipient may request an extension of the period of performance in accordance with the Preparedness Grants Manual. This condition does not limit the authority of the Governor to request in writing that the Administrator extend the 45-day period under 6 U.S.C. § 605(c)(3), or the right of a local or tribal government to petition the Administrator under 6 U.S.C. § 605(c)(5).

**Article 64** **Fusion Center Intelligence Support, Coordination, and Reporting Requirement**

1) Fusion centers expending Fiscal Year 2026 Homeland Security Grant Program funds must provide meaningful intelligence support to the appropriate regional Homeland Security Task Force (HSTF). The 2026 Preparedness Grants Manual states that fusion centers must "maintain strong partnerships to enable intelligence, operational, investigative, and analytic collaboration and deconfliction of threat information with other partners located within their jurisdiction and across their region." The most important part of this requirement will be support for the appropriate regional HSTF. HSTFs were created through Section 6 of Executive Order 14159, which states: "The objective of each HSTF is to end the presence of criminal cartels, foreign gangs, and transnational criminal organizations throughout the United States, dismantle cross-border human smuggling and trafficking networks, end the scourge of human smuggling and trafficking, with a particular focus on such offenses involving children, and ensure the use of all available law enforcement tools to faithfully execute the immigration laws of the United States." Fusion centers are expected to further these objectives through formal coordination with the appropriate regional HSTF by providing intelligence, logistical, and operational support. Fusion centers must provide quarterly updates to the Federal Emergency Management Agency (FEMA) Homeland Security Programs Division, Grants Programs Directorate. The update is expected to include a general description of the type of support and the following metrics: • Number of tips, leads, or Suspicious Activity Reports (SARs) provided to HSTFs. • Number of personnel assigned to the HSTF within the fusion center's area of responsibility. • Number of joint HSTF analytic products written and posted to the Homeland Security Information Network. 2) Fusion centers expending Fiscal Year 2026 Homeland Security Grant Program funds must provide intelligence support to federal law enforcement actions against identity theft and related crimes. The Homeland Security Grant Program lists "supporting border crisis response and enforcement" as a National Priority Area, and the Preparedness Grants Manual states that fusion centers "should leverage and build upon their terrorism-focused analytic and information-sharing capabilities so they can be applied to address threats across the DHS mission space." Specifically, fusion centers should leverage and build upon their terrorism-focused analytic and information-sharing capabilities to focus on federal law enforcement issues related to identity theft, identity mills, and illicit identification documents. Fusion centers must provide quarterly updates to the FEMA Homeland Security Programs Division, Grants Programs Directorate. The update is expected to include a general description of the type of support and the following metrics: • Number of tips, leads, or SARs sent to DHS or other federal partners involving: o Identity theft; o "Identity mills" (businesses or informal networks producing or selling identities); o Fraudulent identity or supporting documents; o Patterns of repeated ID fraud. • Updates on participation in Department of Homeland Security 287(g) programs. o Provide updates on if the lead agency for the fusion center is an active 287(g) partner with a current, fully executed, and operational Memorandum of Agreement. • The number of seats the fusion center holds for officials from U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations. 3) Fusion centers funded by the Fiscal Year 2026 Homeland Security Grant Program must support federal initiatives to trace proceeds from federal benefit fraud that are sent to foreign recipients, focusing on terrorist and transnational criminal organizations. The Preparedness Grants Manual states that fusion centers "should leverage and build upon their terrorism-focused analytic and information-sharing capabilities so they can be applied to address threats across the DHS mission space, including…threats from…transnational organized criminal activity." This activity may be conducted through support to the appropriate HSTF and in accordance with the requirements outlined in Section One. Fusion centers must provide quarterly updates

| | |
|---|---|
| | to the FEMA Homeland Security Programs Division, Grants Programs Directorate. The update is expected to include a general description of the type of support and the following metrics: • Number of tips, leads, or SARs regarding suspected fraud involving federal benefits, including grants, subsidies, or assistance programs, with descriptions of the type of fraud. • Number of products that analyze outbound remittances or wire transfers linked to suspected benefit fraud. 4) Fusion centers expending Fiscal Year 2026 Homeland Security Grant Program funds must prioritize intelligence activities according to the Homeland Security Intelligence Priorities Framework (HIPF). Intelligence products must include the relevant HIPF priority topic, and most intelligence products must align with Priority One topics. Fusion centers must provide quarterly updates to the FEMA Homeland Security Programs Division, Grant Programs Directorate. The update is expected to include a general description of how fusion centers use the HIPF to allocate resources and personnel. |
| **Article 65** | **Incorporation of Information Bulletins No. 587 and No. 589** Information Bulletin No. 587, Compliance with Court Order in Metropolitan Government of Nashville and Davidson County, Tennessee, et al. v. U.S. Department of Homeland Security, et al., No. 26-02886 (D.D.C.) – Amendment of Fiscal Year 2026 Homeland Security Grant Program Awards (October 7, 2026), and Information Bulletin No. 589, Amendment to Correct the Fiscal Year 2026 Homeland Security Grant Program Agreement Article Titled “Fusion Center Intelligence Support, Coordination, and Reporting Requirement” (October 9, 2026), are incorporated into the terms of this grant award. (1) As required by the September 28, 2026, Order of the U.S. District Court for the District of Columbia, the following terms and conditions are rescinded and do not apply to this award: the election administration conditions and 20 percent holdback requirements on pages 15–16 of the FY 2026 HSGP NOFO; Information Bulletin No. 580, Fiscal Year 2026 Election Security Guidance, issued August 10, 2026; and the agreement article titled “Election Security Compliance Withhold.” If the Court’s Order is vacated or extinguished, the election administration conditions and 20 percent holdback will immediately become effective, consistent with Information Bulletin No. 587. (2) All other requirements of the FY 2026 HSGP NOFO remain in effect, including the requirement to spend at least 3 percent of grant funds on investments in physical and cyber election security. (3) The agreement article titled “Pass-Through of Funds to Local and Tribal Governments” is amended as provided in Information Bulletin No. 587, and the agreement article titled “Fusion Center Intelligence Support, Coordination, and Reporting Requirement” is replaced in its entirety as provided in Information Bulletin No. 589. |

# Obligating document

| 1. Agreement No. | 2. Amendment No. | 3. Recipient No. | 4. Type of Action | 5. Control No. |
|---|---|---|---|---|
| EMW-2026-SS-05002 | N/A | 311334820 | AWARD | WX03948N2026T, WX03949N2026T, WX03950N2026T |

| 6. Recipient Name and Address | 7. Issuing FEMA Office and Address | 8. Payment Office and Address |
|---|---|---|
| OHIO DEPARTMENT OF PUBLIC SAFETY, EMERGENCY MANAGMENT AGENCY<br>2855 W DUBLIN GRANVILLE RD<br>COLUMBUS, OH 43235 | Grant Programs Directorate<br>500 C Street, S.W.<br>Washington DC, 20528-7000<br>1-866-927-5646 | FEMA, Financial Services Branch<br>500 C Street, S.W., Room 723<br>Washington DC, 20742 |

| 9. Name of Recipient Project Officer | 9a. Phone No. | 10. Name of FEMA Project Coordinator | 10a. Phone No. |
|---|---|---|---|
| Geoffrey Martin | 3302340697 | Homeland Security Grant Program Grant Program | 1-877-585-3242 |

| 11. Effective Date of This Action | 12. Method of Payment | 13. Assistance Arrangement | 14. Performance Period |
|---|---|---|---|
| 09/23/2026 | OTHER - FEMA GO | COST REIMBURSEMENT | 09/01/2026 to 08/31/2029<br>**Budget Period**<br>09/01/2026 to 08/31/2029 |

**15. Description of Action a. (Indicate funding data for awards or financial changes)**

| Program Name Abbreviation | Assistance Listing No. | Accounting Data (ACCS Code) | Prior Total Award | Amount Awarded This Action + or (-) | Current Total Award | Cumulative Non-Federal Commitment |
|---|---|---|---|---|---|---|
| HSGP | 97.067 | 2026-FA-GG01 - P410-xxxx-4101-D | $0.00 | $5,257,671.00 | $5,257,671.00 | See Totals |
| HSGP | 97.067 | 2026-FA-GH01 - P410-xxxx-4101-D | $0.00 | $11,165,207.00 | $11,165,207.00 | See Totals |
| HSGP | 97.067 | 2026-FA-GG02 - P410-xxxx-4101-D | $0.00 | $750,000.00 | $750,000.00 | See Totals |
| | | Totals | $0.00 | $17,172,878.00 | $17,172,878.00 | $0.00 |

**b. To describe changes other than funding data or financial changes, attach schedule and check here:**
N/A

**~~16.FOR NON-DISASTER PROGRAMS: RECIPIENT IS REQUIRED TO SIGN AND RETURN THREE (3) COPIES OF THIS DOCUMENT TO FEMA (See Block 7 for address)~~**
This field is not applicable for digitally signed grant agreements

| 17. RECIPIENT SIGNATORY OFFICIAL (Name and Title) | DATE |
|---|---|
| **18. FEMA SIGNATORY OFFICIAL (Name and Title)** | **DATE** |
| **Cynthia Spishak, Acting Associate Administrator Resilience** | **09/23/2026** |